IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VIRNETX INC. AND SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,<br><br>PLAINTIFFS,<br><br>VS.<br><br>APPLE INC.,<br><br>DEFENDANT. | § § § § § § § § § § § § | Civil Action No. 6:12-cv-855<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF VIRNETX INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff VirnetX Inc. ("VirnetX") makes this corporate disclosure statement.

VirnetX is a wholly-owned subsidiary of VirnetX Holding Corporation. No known publicly held company owns a 10% or more interest in VirnetX Holding Corporation.

DATED: November 6, 2012                    Respectfully submitted,

                                            **McKOOL SMITH, P.C.**

                                            /s/ *Douglas A. Cawley*
Douglas A. Cawley, ***Lead Attorney***
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@mckoolsmith.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@mckoolsmith.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@mckoolsmith.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
Email: msibley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
E-mail: sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

          Robert M. Parker
          Texas State Bar No. 15498000
          Email: rmparker@pbatyler.com
          R. Christopher Bunt
          Texas State Bar No. 00787165
          Email: rcbunt@pbatyler.com
          Andrew T. Gorham
          Texas Bar No. 24012715
          Email: tgorham@pbatyler.com
          **PARKER, BUNT & AINSWORTH, P.C.**
          100 East Ferguson, Suite 1114
          Tyler, Texas 75702
          Telephone: (903) 531-3535
          Telecopier: (903) 533-9687

          **ATTORNEYS FOR PLAINTIFF VIRNETX INC.**