IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. ET AL** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:12-cv-855** |
| | § | **PATENT CASE** |
| **APPLE INC.** | § | |

**ORDER SETTING STATUS CONFERENCE**

A Status Conference in this case is set for **June 27, 2013 at 1:30 p.m.** at the William M. Steger Federal Building and Courthouse, 211 West Ferguson, 3rd Floor, Judge Leonard Davis's Court, Tyler, Texas. The parties are required to attend the conference <u>**unless**</u> the parties submit a Notice of Agreement and attach their agreed Docket Control Order and Discovery Order <u>taken from the undersigned's website</u> (located under the heading, "Sample Forms") no later than 9:00 a.m. three days prior to the above date. The parties shall also submit an agreed order related to the discovery and production of electronically stored information (ESI)[1] and a Protective Order.[2]

The parties may submit disputes concerning the Discovery Order, Docket Control Order, and any issues related to ESI and/or Protective Order without appearing at the conference as long as the parties submit a Notice of Dispute Regarding Discovery Order, Docket Control Order, and Any Issues Related to ESI and/or Protective Order and attach the disputed Order to include the parties' respective proposals in brackets where differences exist. This notice is due by 9:00 a.m. three days prior to the date of the conference. After the Court rules on the disputes set out by the parties, the parties will be given a new deadline to submit the document incorporating the Court's rulings.

If, however, the parties consent to a Magistrate Judge, they shall file the consent form provided by the Clerk's Office by the deadline indicated above. After the filing of the consent

---

[1] The parties may refer to Appendix P of the Local Rules (Model Order Regarding E-Discovery in Patent Cases) as a starting point.
[2] The parties may refer to the Court's website for a sample protective order for patent cases.

form, the Magistrate Judge's office will direct you in filing the appropriate Docket Control Order for him/her.

Should the parties prefer to attend a scheduling/status conference, the parties are to confer and submit as a reference point for the discussion any disputes concerning the Discovery Order, Docket Control Order, ESI, and the Protective Order no later than 9:00 a.m. two days prior to the conference. In their submission(s) to the Court, the parties shall also indicate the preference to hold such a conference.

The following dates and/or information shall be incorporated into the Docket Control Order:

| | |
|---|---|
| Markman | May 8, 2014 at 9:00 a.m. |
| Pre-Trial Conference | September 24, 2015 at 9:00 a.m. |
| Jury Selection | October 5, 2015 at 9:00 a.m. |
| Jury Trial | October 13, 2015 at 9:00 a.m. |
| Agreed Mediator [3] | |

Further, if Plaintiff intends to file additional related cases, it shall file a notice indicating as such by the same deadline.

**So ORDERED and SIGNED this 16th day of May, 2013.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

---

[3] If the parties cannot agree on a mediator, the Court will appoint one. Requests or Motions for Extension of Time to Agree on a Mediator will not be considered by the Court.