**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc., <br><br> Plaintiff, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Civil Action No. 6:11-cv-563 <br><br> Jury Trial Demanded |
| VirnetX Inc. and Science Applications International Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Civil Action No. 6:12-cv-855 <br><br> Jury Trial Demanded |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3, Plaintiffs, VirnetX Inc. and Leidos, Inc., formerly Science Applications International Corporation (collectively "VirnetX") and Defendant, Apple Inc. ("Apple") hereby file this Joint Claim Construction and Prehearing Statement in accordance with the Court's Docket Control Order entered June 25, 2013 [Dkt. 56].

**a) Terms on Which the Parties Agree**

After several meet and confer telephone conferences, the parties were able to narrow the list of disputed claim terms and phrases for their P.R. 4-1 lists and P.R. 4-2 exchange of preliminary claim construction and extrinsic evidence. The parties, however, were unable to reach an agreement on the meaning of the disputed claim terms or phrases set forth in **Exhibit B** hereto.

**b) Proposed Constructions**

The parties have set forth their proposed constructions in four exhibits:

**Exhibit A** sets forth the proposed constructions of each agreed upon claim term of the VirnetX patents in suit, U.S. Patent No. 6,502,135 ("the '135 patent"), U.S. Patent No. 7.418,504 ("the '504 patent"), U.S. Patent No. 7,490,151 ("the '151 patent"), U.S. Patent No. 7,921,211 ("the '211 patent"), U.S. Patent No. 8,051,181 ("the '181 patent") and 8,504,697 ("the '697 patent") (collectively, "the Patents-in-Suit"). For those terms in Exhibit A previously construed by this Court, the parties request that those terms be given the meanings as adopted in the Court's memorandum opinions in *VirnetX Inc. v. Cisco Sys. Inc.*, No. 6:10-cv-417-LED, Dkt. No. 266 (Apr. 25, 2012) and *VirnetX Inc. v. Mitel Networks Corp.*, No. 6:11-cv-18-LED, Dkt. No. 307 (Aug. 1, 2012).

**Exhibit B** sets forth VirnetX's and Apple's proposed respective constructions of each disputed claim term of the Patents-in-Suit. VirnetX and Apple have agreed to rest on the prior claim construction briefing for many of the terms that have already been construed. *See* No. 6:10-CV-00417-LED, Dkt. Nos. 173, 182, 192, 209, 366, 424. Where a party proposes a construction that was previously adopted by the Court, that party requests that the term be given the meaning as adopted in the Court's memorandum opinions in *VirnetX Inc. v. Cisco Sys. Inc.*, No. 6:10-cv-417-LED, Dkt. No. 266 (Apr. 25, 2012) and *VirnetX Inc. v. Mitel Networks Corp.*, No. 6:11-cv-18-LED, Dkt. No. 307 (Aug. 1, 2012). The terms that the parties will rest on the prior briefing have been highlighted in green. The un-highlighted terms will be the subject of new briefing in this matter.

**Exhibit C** sets forth all references from the specification and prosecution history that support VirnetX's proposed constructions and an identification of the extrinsic evidence known to VirnetX on which VirnetX intends to rely either to support its proposed construction of the claim language or to oppose Apple's proposed construction of the claim language. VirnetX relies on the intrinsic

evidence as a whole relating to the Patents-in-Suit, including the claim language, the specification and figures, the file history, and the references cited on the face of the patent. In addition to the intrinsic and extrinsic evidence identified by VirnetX, VirnetX reserves the right to rely on the record of *VirnetX Inc. v. Microsoft Corp.*, No. 6:07-cv-80, *VirnetX Inc. v. Cisco Sys. Inc.*, No. 6:10-cv-417-LED, and *VirnetX Inc. v. Mitel Networks Corp.*, No. 6:11-cv-18-LED, and any intrinsic or extrinsic evidence identified by Apple in support of its proposed constructions. VirnetX may also rely upon intrinsic and extrinsic evidence, including the prosecution history and/or any re-examinations, to rebut the constructions proposed by Apple.

**Exhibit D** sets forth all references from the specification and prosecution history that support Apple's proposed constructions and an identification of the extrinsic evidence known to Apple on which Apple intends to rely either to support their proposed construction of the claim language or to oppose VirnetX's proposed construction of the claim language. Apple relies on the intrinsic evidence as a whole relating to the Patents-in-Suit, including the claim language, the specification and figures, the file history, and the references cited on the face of the patent. In addition to the intrinsic and extrinsic evidence identified by Apple, Apple reserves the right to rely on the record of *VirnetX Inc. v. Microsoft Corp.*, No. 6:07-cv-80, *VirnetX Inc. v. Cisco Sys. Inc.*, No. 6:10-cv-417-LED, and *VirnetX Inc. v. Mitel Networks Corp.*, No. 6:11-cv-18-LED, and any intrinsic or extrinsic evidence identified by VirnetX in support of its proposed constructions. Apple may also rely upon intrinsic and extrinsic evidence, including the prosecution history and/or any re-examinations, to rebut the constructions proposed by VirnetX.

c) **Claim Construction Hearing Length**

VirnetX anticipates that the length of time necessary for the Claim Construction Hearing is 1 hour, with the time being split equally between VirnetX and Apple.

Apple anticipates that the length of time necessary for the Claim Construction Hearing is 2 hours, with the time being split equally between VirnetX and Apple.

### d) Witnesses, Including Experts, for the Claim Construction Hearing

Based on their current understanding of the parties' respective claim construction positions, as derived from the meet-and-confer process, VirnetX and Apple do not believe expert testimony is necessary for the Claim Construction Hearing. If testimony becomes necessary, VirnetX reserves the right to call Dr. Mark Jones and Apple reserves the right to call Dr. John Kelly.

### e) Other Issues for the Hearing

VirnetX respectfully requests that the Court allow VirnetX to argue its motion to compel the production of Apple's source code [Dkt. No. 95] which is currently before the Court.

DATED: February 14, 2014    Respectfully submitted,

**CALDWELL CASSADY & CURRY**

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
E-mail: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
E-mail: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
E-mail: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
E-mail: jmcmanis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114

Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

*/s/ Andy Tindel*
Andy Tindel (Lead Counsel)
State Bar No. 20054500
E-mail: atindel@andytindel.com
**MANN, TINDEL &THOMPSON –
ATTORNEYS AT LAW**
112 E Line, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

Of Counsel:

Donald Urrabazo (*Pro Hac Vice*)
California State Bar No. 189509
Email: donaldu@ulawpc.com
Arturo Padilla (*Pro Hac Vice*)
California State Bar No. 188902
Email: apadilla@ulawpc.com
Ronald Wielkopolski (*Pro Hac Vice*)
District of Columbia Bar No. 1013586
Email: rwielkopolski@ulawpc.com
**URRABAZO LAW, P.C.**
2029 Century Park East, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF LEIDOS, INC., FORMERLY KNOWN AS SCIENCE APPLICATIONS INTERNATIONAL CORPORATION**

*/s/ Akshay S. Deoras*
Gregory S. Arovas (pro hac vice)
Robert A. Appleby (pro hac vice)
Jeanne M. Heffernan (pro hac vice)
Joseph A. Loy (pro hac vice)
Akshay S. Deoras (pro hac vice)
**KIRKLAND & ELLIS LLP**

601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Danny L. Williams
Texas State Bar No. 21518050
Terry D. Morgan
Texas State Bar No. 14452430
Ruben S. Bains
Texas State Bar No. 24001678
Chris N. Cravey
Texas State Bar No. 24034398
Matthew R. Rodgers
Texas State Bar No. 24041802
Brian K Buss
Texas State Bar No. 00798089
Drew Kim
Texas State Bar No. 24007482)
**WILLIAMS, MORGAN & AMERSON, P.C**.
10333 Richmond, Suite 1100
Houston, TX 77042
Tel: (713) 934-7000
Fax: (713) 934-7011

**ATTORNEYS FOR APPLE INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who has consented to electronic service on this day, February 14, 2014. Local Rule CV-5(a)(3)(A).

            */s/ Jason D. Cassady*
            Jason D. Cassady