## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. and SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,** | § § § § § | |
| **Plaintiffs,** | § § | **CASE NO. 6:12-CV-855** |
| **vs.** | § § § | |
| **APPLE, INC.,** | § § § | |
| **Defendant.** | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Claim Construction Briefing Deadlines (Docket No. 126).  Under the parties' proposed extensions, the P.R. 4-5(c) reply brief would not be due until three days before the *Markman* hearing on May 8, 2014.  In order to allow the Court sufficient time to prepare for the *Markman* hearing, the parties' Motion is **DENIED**.  The parties, if they choose, may meet and confer in order to submit a revised P.R. 4-5(a)–(c) briefing schedule that does not extend deadlines past April 28, 2014.

**So ORDERED and SIGNED this 14th day of March, 2014.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**