# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX, INC. AND<br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION, | §<br>§<br>§<br>§ | Civil Action No. 6:12-cv-855-RWS<br>**LEAD CONSOLIDATED CASE** |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | |
| APPLE INC. | §<br>§ | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## DEFENDANT APPLE INC.'S TRIAL WITNESS LIST

Pursuant to the Court's Discovery Order and Docket Control Order entered in this action, Defendant Apple Inc. ("Apple") hereby respectfully submits its Trial Witness List for identification and categorization of trial witnesses. Apple includes in this trial witness list individuals who may be listed on Plaintiffs' opening and rebuttal witness lists without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony. Apple's trial witness list relates to the current action (6:12-cv-855-RWS / 6:11-cv-563-RWS) only. Apple expressly reserves the right to modify, supplement, or amend this trial witness list in response to Plaintiffs' witnesses lists, in response to any consolidation for trial of this matter with *VirnetX v. Apple*, No. 10-cv-417-RWS, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court.

At this time, Apple identifies the following witnesses for trial:[1]

---

[1] To the extent a witness is not available to offer live testimony, Apple may present deposition testimony for each such respective witness irrespective of whether the witness is designated as may call by deposition.

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **W. Christopher Bakewell**<br><br>Employer: Duff & Phelps<br><br>Topic: Damages | X | | |
| **Matthew Blaze**<br><br>Employer: University of Pennsylvania<br><br>Topic: Invalidity; Non-Infringement; Patents-in-Suit; Technology-in-Suit; Accused Products | X | | |
| **James Carmichael**<br><br>Employer: Miles & Stockbridge P.C.<br><br>Topic: Inequitable Conduct; PTO Practice and Procedure | X | | |
| **E. Deborah Jay**<br><br>Employer: Field Research Corporation<br><br>Topic: Damages | X | | |
| **Daniel McFadden**<br><br>Employer: University of California, Berkeley; University of Southern California; The Brattle Group<br><br>Topic: Damages | X | | |
| **Lee Van Pelt**<br><br>Employer: Van Pelt, Yi & James LLP<br><br>Topic: Non-infringement opinions of counsel | X | | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Darin Adler**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Frank Casanova**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Donald Foley**<br><br>Employer: Leidos, Inc.; Martingale Consulting<br><br>Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Patrick Gates**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Sandy Ginoza**<br><br>Employer: Association Management Solutions, LLC<br><br>Topic: Prior Art | | X | |
| **Chris Hopen**<br><br>Employer: Switch Inc.<br><br>Topic: Prior Art | | X | |
| **Thomas Jansen**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |

3

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Toby Kusmer**<br><br>Employer: McDermott Will & Emery LLP<br><br>Topic: Inequitable Conduct; Patent Prosecution | | X | |
| **Kendall Larsen**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |
| **Victor Larson**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Sameer Mathur**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |
| **Edmund Colby Munger**<br><br>Employer: Retired<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Simon Patience**<br><br>Employer: Retired<br><br>Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Henning Schulzrinne**  Employer: Columbia University  Topic: Prior Art | | X | |
| **Robert Short**  Employer: VirnetX, Inc.  Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **John Stauffer**  Employer: Apple Inc.  Topic: Accused Products | | X | |
| **Gokul Thirumalai**  Employer: Apple Inc.  Topic: Accused Products | | X | |
| **Michael Williamson**  Employer: VirnetX, Inc.  Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Robert Wolven**  Employer: Columbia University  Topic: Prior Art | | X | |
| **Jamie Wood**  Employer: Apple Inc.  Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Justin Wood**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Andy Yang**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Joe Abuan**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Chris Becherer**<br><br>Employer: Rdio<br><br>Topic: Accused Products | | | X |
| **William Becker**<br><br>Employer: SafeNet, Inc.<br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Darryl Bleau**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **George Bonanto**<br><br>Employer: Google Inc.<br><br>Topic: Communications with VirnetX | | | X |

6

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Mark Buckley** <br><br> Employer: Apple Inc. <br><br> Topic: Finance | | | X |
| **Adam Bulakowski** <br><br> Employer: ipCapital Group <br><br> Topic: Services provided to VirnetX | | | X |
| **Jeremy Butcher** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **Deidre Caldbeck** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **John Glancy** <br><br> Employer: Unknown <br><br> Topic: SAIC/Leidos; Technology-in-Suit | | | X |
| **Jurgen Gobien** <br><br> Employer: Leidos, Inc. <br><br> Topic: SAIC/Leidos; VirnetX; Technology-in-Suit | | | X |
| **Edward Hendrick** <br><br> Employer: Unknown <br><br> Topic: SAIC/Leidos; Technology-in-Suit | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Michael Lachuk**  Employer: Leidos, Inc.  Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | | X |
| **Luke McLeroy**  Employer: Ericsson  Topic: Inequitable Conduct; Patent Prosecution | | | X |
| **Robert Moline**  Employer: PricewaterhouseCoopers LLP  Topic: Finance | | | X |
| **Kevin Raidy**  Employer: Cowen & Co.  Topic: Services provided to VirnetX | | | X |
| **Art Rangel**  Employer: Apple Inc.  Topic: Accused Products | | | X |
| **Hasan Rashid**  Employer: McDermott Will & Emery LLP  Topic: Inequitable Conduct; Patent Prosecution | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Jeffrey Risher** <br><br>Employer: Apple Inc. <br><br>Topic: Licensing | | | X |
| **Ronak Shah** <br><br>Employer: Apple Inc. <br><br>Topic: Accused Products | | | X |
| **Erik Strahm** <br><br>Employer: Apple Inc. <br><br>Topic: Accused Products | | | X |
| **Giovanni Tobia** <br><br>Employer: Aastra Technologies Ltd.; Aastra U.S.A. <br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Andrew Vyrros** <br><br>Employer: Unknown <br><br>Topic: Accused Products | | | X |
| **Jon Weaklend** <br><br>Employer: VirnetX, Inc. <br><br>Topic: Finance | | | X |
| **Kevin Wells** <br><br>Employer: Unknown <br><br>Topic: Accused Products | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Barry Whitebook** Employer: Apple Inc. Topic: Accused Products | | | X |
| **Gregory Wood** Employer: VirnetX, Inc. Topic: VirnetX Business Operations | | | X |

Apple reserves the right to call any witness appearing on any opening or rebuttal trial witness lists of Plaintiffs VirnetX, Inc., SAIC and/or Leidos, Inc.

Dated: March 13, 2015                              Respectfully submitted,

                                                                */s/ Joseph A. Loy*
                                                                Gregory S. Arovas
                                                                 greg.arovas@kirkland.com
                                                                 Robert A. Appleby
                                                                 robert.appleby@kirkland.com
                                                                 Jeanne M. Heffernan
                                                                 jeanne.heffernan@kirkland.com
                                                                 Joseph A. Loy
                                                                 joseph.loy@kirkland.com
                                                                 **KIRKLAND & ELLIS LLP**
                                                                 601 Lexington Avenue
                                                                 New York, New York 10022
                                                                  Telephone:  (212) 446-4800
                                                                  Facsimile: (212) 446-4900

                                                                 Danny L. Williams
                                                                 State Bar No. 21518050
                                                                 E-mail:  danny@wmalaw.com
                                                                 Drew Kim
                                                                 State  Bar No. 24007482
                                                                 E-mail:  dkim@wmalaw.com
                                                                 **WILLIAMS MORGAN P.C.**
                                                                 10333 Richmond, Suite 1100
                                                                 Houston, Texas 77042
                                                                 Telephone:  (713) 934-7000
                                                                 Facsimile: (713) 934-7011

                                                                 Michael E. Jones, ***Lead Attorney***
                                                                 Texas Bar No. 10969400
                                                                 mikejones@potterminton.com
                                                                 Allen F. Gardner
                                                                 Texas Bar No. 24043679
                                                                 allengardner@potterminton.com
                                                                 **POTTER MINTON**
                                                                 A Professional Corporation
                                                                 110 N. College Avenue, Suite 500
                                                                 Tyler, Texas 75702
                                                                 Telephone: (903) 597-8311
                                                                 Facsimile: (903) 593-0846

                                                                 **ATTORNEYS FOR APPLE INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 13, 2015.

> */s/ Wendy K. Adams*
> Wendy K. Adams