## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., and<br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>C.A. No. 6:12-cv-00855-RWS<br><br><br><br>__JURY TRIAL DEMANDED__ |

## VIRNETX INC.'S REBUTTAL TRIAL WITNESS LIST

Pursuant to the Amended Discovery Order (Dkt. No. 204), and the Proposed Fourth Amended Docket Control Order (Dkt. No. 205), entered in this case, Plaintiff VirnetX Inc. ("VirnetX") files this Rebuttal Trial Witness List for identification and categorization of rebuttal trial witnesses.

At this time, VirnetX identifies the following rebuttal witnesses for trial:

| | WITNESS | (A)<br>WILL CALL | (B)<br>MAY CALL | PROBABLY<br>WILL NOT<br>CALL |
|---|---|---|---|---|
| 1. | All witnesses identified by Apple in its Trial Witness List or Rebuttal Trial Witness List. | | √ | |

VirnetX incorporates its Trial Witness List filed on March 13, 2015 (Dkt. No. 206) and expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendant's witness lists and rebuttal witness lists. VirnetX hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on

circumstances as they may evolve prior to the commencement of trial.  Many witnesses presented by VirnetX or Apple would only be relevant to legal issues.  VirnetX objects to the presentation of legal issues to the jury (e.g., inequitable conduct, etc.).

DATED:  March 20, 2015.

Respectfully submitted,

**CALDWELL CASSADY CURRY P.C.**

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email:  jnemunaitis@caldwellcc.com
Chris S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
Email: jmcmanis@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email:  rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email:  rcbunt@pbatyler.com

3

Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 20th day March, 2015.  Local Rule CV-5(a)(3)(A).

 /s/ Jason Cassady
Jason D. Cassady