**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VIRNETX INC., and SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, §§§§ | |
| Plaintiffs, § | |
| § | Civil Action No. 6:12-cv-00855-RWS |
| v. § | **LEAD CONSOLIDATED CASE** |
| § | |
| APPLE INC., § | |
| § | **JURY TRIAL DEMANDED** |
| Defendant. § | |

### VIRNETX'S REQUESTED TIME FOR JURY SELECTION AND TRIAL

Plaintiff VirnetX Inc. ("VirnetX") estimates and hereby respectfully requests that the probable length of trial with Apple Inc. will be 6 days. VirnetX requests 13 hours per side for direct, cross, and rebuttal examinations.[1] VirnetX further requests 30 minutes per side for *voir dire*, 45 minutes per side for an opening statement, and 45 minutes per side for closing arguments.

DATED:  January 5, 2016                                                    Respectfully submitted,

                                                                                            CALDWELL CASSADY & CURRY

                                                                                             /s/ *Bradley W. Caldwell*
                                                                                             Bradley W. Caldwell
                                                                                             Texas State Bar No. 24040630
                                                                                             Email:  bcaldwell@caldwellcc.com
                                                                                             Jason D. Cassady

---

[1] VirnetX believes that this trial can be conducted in approximately 13 hours per side, in line with the typical practice in this District. VirnetX has already withdrawn a damages theory, and VirnetX has reached out to Apple in an attempt to further streamline this case beyond the claims and references allowed under the Model Order, including with proposals that could remove one or two patents from the trial. Apple's refusal (thus far) to engage with VirnetX on further streamlining this trial should not be rewarded with 25 hours of trial time.

Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
Email: jmcmanis@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

T. John Ward, Jr.
Texas State Bar No. 00794818

        Email: jw@wsfirm.com
        Claire Abernathy Henry
        Texas State Bar No. 24053063
        Email: claire@wsfirm.com
        **Ward & Smith Law Firm**
        P.O. Box 1231
        1127 Judson Road, Suite 220
        Longview, Texas 75606
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323

        **ATTORNEYS FOR PLAINTIFF**
        **VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 5th day January, 2016. Local Rule CV-5(a)(3)(A).

        */s/ Bradley W. Caldwell*
        Bradley W. Caldwell