**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC. AND SCIENCE APPLICATIONS INTERNATIONAL CORPORATION | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:12-cv-855-RWS LEAD CONSOLIDATED CASE |
| v. | § § | |
| APPLE INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## NOTICE OF PARTIES' AGREED TRIAL PROCEDURES

The Parties have met and conferred and agree upon the following trial management procedures:

1. The parties will exchange by email copies of **all documentary, graphic, slide, animation, boards, and any other form of Demonstratives** they plan to use at trial for use during direct examination or opening—but not for cross-examination—and an identification of witnesses each such Demonstrative will be used with on direct examination, by 7:00 p.m. the night before their intended use. In other words, if a demonstrative will be used on a Wednesday, it must be exchanged or made available by 7:00 p.m. on the previous Tuesday. The parties shall exchange objections to these demonstratives by 9:00 p.m. on the day the exhibits are received. Demonstratives exchanged will not be used by the opposing party prior to being used by the disclosing party.

    a. **"Demonstratives"** are exhibits specifically created for the purpose of the trial and *do not include* (1) demonstratives exhibits created in the courtroom during testimony or opening at trial, (2) the blowup

1

      (enlargement), highlighting, ballooning, etc. of trial exhibits or transcripts of testimony, or (3) demonstratives previously displayed in the course of the trial. Reasonable non-substantive edits or corrections of typographical and similar errors to demonstrative exhibits may be made to such exhibits prior to use.

  b. However, Demonstratives for direct examination and opening and trial exhibits must be cleared of outstanding objections before being shown to the jury. Additionally, any transcripts of testimony (excluding testimony given during this trial) must be cleared of outstanding objections before being shown to the jury during opening or on direct examination. On cross-examination, transcripts of testimony may be used so long as it is not in violation of a motion in limine or other exclusionary order, regardless of whether it was previously designated by the parties.

2. The parties will make available for inspection **all non-documentary demonstratives or live product demonstrations, such as physical exhibits**, physical prior art or physical products, they plan to use at trial for use during direct examination or opening—but not for cross-examination— by 7:00 p.m. two nights before their intended use. In other words, if a non-documentary demonstrative will be used on a Wednesday, it must be exchanged or made available by 7:00 p.m. on the previous Monday. The parties shall exchange objections to these non-documentary demonstratives or live product demonstrations by 7:00 p.m. the night before their intended use. Materials exchanged or made available under this paragraph will not be used by the opposing party prior to being used by the disclosing party.

3. The parties will exchange by email lists of **exhibits** they intend to use during direct examination or by witnesses called by designation by 7:00 p.m. the night before their intended use, and an identification of the witnesses each such exhibit will be used with on direct examination or by designation. The parties shall exchange objections to these exhibits, to the extent not pre-admitted, by 9:00 p.m. on the day the exhibits are received.

4. The parties will identify by email **witnesses** to be called live or by deposition (in the order of call) at 7:00 p.m., two days in advance of the day of trial during which the witnesses will testify. In other words, if a witness will testify on a Wednesday, the witness must be identified by 7:00 p.m. on the previous Monday.

5. For deposition designations, the parties will provide a list of any deposition designations the party intends to present by 6:30 pm two days before the designation is to be read or played. Counter-designations and objections to the 6:30 pm designations are due by 9:00 p.m. the same evening, and any unresolved objections will be raised with the Court the next morning. The party that seeks to read or play the deposition testimony must also provide the opposing party by 7 p.m. one day before the deposition testimony is to be played, a workable copy of the actual recordings to be played (or testimony to be read), including all designations and counter-designations. The parties shall cooperate in good faith to prepare the designated portions of the depositions for presentation at trial. The time available for each side's trial presentation shall be reduced by the length of its designations or counter-designations actually played or read at trial. If played, such time shall be measured by the amount of time of each party's designations. If read, such time shall be measured by the lines of testimony each party designates as a percentage of the total number of lines read.

6. The parties agree to continue to meet and confer to resolve any objections to the other party's deposition designations and exhibits. The parties agree to endeavor to enter into stipulations as to the authenticity and use of produced documents following the exchange of exhibit lists and objections.

7. The parties agree that any exhibit listed on a party's own exhibit list as to which no objection remains pending at the time of opening statements may be shown to the jury by that party during opening statements if the exhibit will be the subject of testimony and explained to the jury by a witness at trial.

8. The parties agree to exchange lists of "Admitted Exhibits" by 10:00 p.m. the night before the lists are to be submitted to the Court.

9. The parties will meet and confer regarding demonstratives, exhibits, and deposition objections at 9:15 p.m. the night the responding party provides their objections.

Dated: January 18, 2016

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
E-mail: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Rd., Ste. 1000
Dallas, Texas 75201

Respectfully submitted,

*/s/ Joseph A. Loy*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
Allen F. Gardner
Texas Bar No. 24043679
allengardner@potterminton.com

Telephone: (214) 810-4705
Telecopier: (214) 481-1757

T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: Claire@wsfirm.com
WARD, SMITH, & HILL, PLLC
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, TX 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email: charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

*/s/ Arturo Padilla*
Andy Tindel
State Bar No. 20054500
E-mail: atindel@andytindel.com
**MANN, TINDEL & THOMPSON -
ATTORNEYS AT LAW**
112 E. Line, Ste. 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

*Of Counsel:*

**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

Donald Urrbazo (*Pro Hac Vice*)
California State Bar No. 489509
Email: donaldu@ulawpc.com
Arturo Padilla (Pro Hac Vice)
California State bar No. 188902
Email: apadilla@ulawpc.com
**URRABAZO LAW, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF
LEIDOS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 18th day of January 2016.

*/s/ Jason D. Cassady*
Jason D. Cassady