**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC. AND<br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:12-cv-855-RWS<br>LEAD CONSOLIDATED CASE |
| v. | § § | |
| APPLE INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | | |

**JOINT NOTICE OF AGREEMENTS REGARDING MOTIONS IN LIMINE**

The Parties have met and conferred and agree to the following regarding the filed motions in limine (Dkt. Nos. 312 & 313), subject to the Parties' rights to approach the Court before presenting such evidence. These motions in limine no longer need to be argued at the hearing on Tuesday, January 19, 2016. All remaining motions in limine are pending for the hearing. The Parties continue to meet and confer on all other motions in limine in the hopes of reaching further agreement before the hearing.

- **VirnetX's Motion in Limine C**: Any argument, testimony, evidence, reference, or suggestion that the claims of the patents-in-suit were drafted to cover any of Apple's products or services. Apple reserves the right to present such evidence to the bench (outside the context of the jury) for all purposes.

- **VirnetX's Motion in Limine E (subpart MIL No. 17)**: Any argument, evidence, testimony, or reference involving live, physical demonstrations of alleged prior art or devices used to "show what prior art looked like."

Dated: January 18, 2016

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
E-mail: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Rd., Ste. 1000
Dallas, Texas 75201
Telephone: (214) 810-4705
Telecopier: (214) 481-1757

T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: Claire@wsfirm.com
WARD, SMITH, & HILL, PLLC
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, TX 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com

Respectfully submitted,

*/s/ Joseph A. Loy*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
Allen F. Gardner
Texas Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

2

**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF**
**VIRNETX INC.**


*/s/ Arturo Padilla*
Andy Tindel
State Bar No. 20054500
E-mail: atindel@andytindel.com
**MANN, TINDEL & THOMPSON -**
**ATTORNEYS AT LAW**
112 E. Line, Ste. 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

*Of Counsel:*

Donald Urrbazo (*Pro Hac Vice*)
California State Bar No. 489509
Email: donaldu@ulawpc.com
Arturo Padilla (Pro Hac Vice)
California State bar No. 188902
Email: apadilla@ulawpc.com
**URRABAZO LAW, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF**
**LEIDOS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 18th day of January 2016.

*/s/ Jason D. Cassady*
Jason D. Cassady