IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

VIRNETX INC., et al            §
                               §
V.                             §   CIVIL NO. 6:12cv855
                               §
APPLE INC.                     §

---

MINUTES FOR DAY SIX OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
FEBRUARY 1, 2016

OPEN: 9:02 am                                              ADJOURN: 6:47 pm

---

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Brad Caldwell, Jason Cassady, Austin Curry, and Johnny Ward |
| ATTORNEY FOR DEFENDANTS: | Greg Arovas, Robert Appleby, Joseph Loy, Jeannie Heffernan, Akshay Deoras, and Mike Jones |
| LAW CLERK: | Jenna Rea |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Brenda Smith |

---

| | |
|---|---|
| 9:02 am | Jury seated; Court welcomes everyone back |
| 9:03 am | Mr. Caldwell begins cross examination of Dr. Blaze |
| 9:12 am | Courtroom sealed |
| 9:13 am | Mr. Caldwell continues with cross |
| 9:53 am | Courtroom unsealed |
| 9:53 am | Mr. Caldwell continues with cross |
| 10:02 am | Recess |

| | |
|---|---|
| 10:19 am | Outside presence of jury; bench conference |
| 10:24 am | Jury seated; Mr. Caldwell continues with cross |
| 10:45 am | Mr. Caldwell passes the witness |
| 10:46 am | Mr. Appleby begins re-direct |
| 11:05 am | Mr. Appleby passes the witness |
| 11:05 am | Mr. Caldwell begins re-cross |
| 11:17 am | Mr. Appleby questions Dr. Blaze |
| 11:19 am | Mr. Caldwell questions Dr. Blaze |
| 11:20 am | Court asks the jury for any questions for Dr. Blaze |
| 11:21 am | Bench conference |
| 11:22 am | Court asks Dr. Blaze the first question from the jury; Dr. Blaze responds |
| 11:25 am | Mr. Appleby follows up with questions for Dr. Blaze |
| 11:25 am | Mr. Caldwell follows up with questions for Dr. Blaze |
| 11:28 am | Mr. Appleby questions Dr. Blaze |
| 11:29 am | Mr. Caldwell questions Dr. Blaze |
| 11:30 am | Court asks Dr. Blaze the second question from the jury; Dr. Blaze responds |
| 11:31 am | Mr. Appleby questions Dr. Blaze |
| 11:32 am | Mr. Caldwell questions Dr. Blaze |
| 11:33 am | Mr. Appleby questions Dr. Blaze |
| 11:34 am | Mr. Caldwell questions Dr. Blaze |
| 11:34 am | Court asks Dr. Blaze the final question from the jury: Dr. Blaze responds |
| 11:35 am | Witness is excused |
| 11:35 am | Jury excused for lunch |

| | |
|---|---|
| 11:36 am | Outside presence of jury, bench conference |
| 11:43 am | Recess |
| 12:59 pm | Outside presence of jury, bench conference |
| 1:08 pm | Jury seated |
| 1:08 pm | Witness Lee Van Pelt sworn in; Mr. Loy begins direct examination |
| 1:22 pm | Defendant's Exhibits #93, #94, #97, #98, #101, #102 |
| 1:37 pm | Mr. Loy passes the witness |
| 1:37 pm | Mr. Caldwell begins cross examination of Mr. Van Pelt |
| 1:59 pm | Objection by Mr. Loy; Mr. Caldwell responds; Court responds |
| 2:10 pm | Mr. Caldwell passes the witness |
| 2:10 pm | Mr. Loy begins re-direct |
| 2:18 pm | Mr. Caldwell begins re-cross |
| 2:21 pm | Court asks jury for any questions for Mr. Van Pelt |
| 2:22 pm | Bench conference |
| 2:23 pm | Court asks Mr. Van Pelt the first question from the jury; Mr. Van Pelt responds |
| 2:25 pm | No follow up questions from Mr. Loy; follow up questions from Mr. Caldwell |
| 2:26 pm | Mr. Loy questions Mr. Van Pelt |
| 2:27 pm | Witness excused |
| 2:28 pm | Witness Deborah Jay sworn in; Ms. Heffernan begins direct examination |
| 2:32 pm | Witness Dr. Deborah Jay offered as an expert in survey and methodology research; no objections |
| 2:37 pm | Defendant's Exhibit #140 |
| 2:53 pm | Ms. Heffernan passes the witness |
| 2:54 pm | Bench conference |

| | |
|---|---|
| 2:55 pm | Recess |
| 3:10 pm | Outside the presence of the jury, bench conference |
| 3:12 pm | Jury seated; Mr. Ward begins cross examination of Dr. Jay |
| 3:18 pm | Courtroom sealed |
| 3:19 pm | Mr. Ward continues with cross |
| 3:19 pm | Plaintiff's Exhibit #1186 |
| 3:20 pm | Plaintiff's Exhibit #1184 |
| 3:23 pm | Plaintiff's Exhibit #1117 |
| 3:23 pm | Courtroom unsealed |
| 3:24 pm | Mr. Ward continues with cross |
| 3:29 pm | Plaintiff's Exhibit #172 |
| 3:31 pm | Defendant's Exhibit #461 |
| 3:33 pm | Defendant's Exhibit #595 |
| 3:41 pm | Plaintiff's Exhibit #1127 |
| 3:44 pm | Mr. Ward passes the witness |
| 3:45 pm | Courtroom sealed |
| 3:45 pm | Ms. Heffernan begins re-direct |
| 3:57 pm | Courtroom unsealed |
| 3:58 pm | Mr. Ward begins re-cross |
| 3:58 pm | Court asks jury for any questions for Dr. Jay |
| 4:00 pm | Bench conference |
| 4:02 pm | Court asks Dr. Jay the questions from the jury; Dr. Jay responds |
| 4:06 pm | No follow up questions; witness excused |

| Time | Event |
|---|---|
| 4:06 pm | Bench conference |
| 4:13 pm | Ms. Heffernan begins direct examination of Chris Bakewell (previously sworn) |
| 4:20 pm | Ms. Heffernan offers Mr. Bakewell as an expert in intellectual property valuation and patent damages; no objections |
| 4:35 pm | Plaintiff's Exhibits #1088.02 and 1088.03 |
| 4:45 pm | Plaintiff's Exhibits #1089.03, #1089.05, and #1089.06 |
| 5:10 pm | Ms. Heffernan passes the witness |
| 5:10 pm | Bench conference |
| 5:11 pm | Jury excused |
| 5:14 pm | Recess |
| 5:35 pm | Begin informal charge conference |
| 6:47 pm | End informal charge conference |
| 6:47 pm | Recess |