IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12cv855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR DAY SEVEN OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
FEBRUARY 2, 2016

OPEN: 8:48 am                                                                                   ADJOURN: 5:08 pm

ATTORNEY FOR PLAINTIFFS:    Brad Caldwell, Jason Cassady, Austin Curry, and Johnny Ward

ATTORNEY FOR DEFENDANTS: Greg Arovas, Robert Appleby, Joseph Loy, Jeannie Heffernan, Leslie Schmidt, Akshay Deoras, and Mike Jones

LAW CLERK:                            Jenna Rea

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:                Brenda Smith

| | |
|---|---|
| 8:48 am | Outside the presence of the jury, Mr. Caldwell addresses the issue of a corrective instruction; Ms. Heffernan responds; Mr. Caldwell responds; Court responds; Mr. Arovas advises that he will file a written offer of proof on the reexam PTAB; Mr. Caldwell advises that he doesn't objection procedurally but does object to it coming in |
| 9:01 am | Jury seated; Court welcomes everyone back |
| 9:01 am | Mr. Ward begins cross examination of Chris Bakewell |
| 9:02 am | Bench conference |
| 9:08 am | Jury excused; Court to take up an evidentiary matter |

| Time | Event |
|---|---|
| 9:16 am | Recess |
| 9:34 am | Outside the presence of the jury, bench conference |
| 9:47 am | Jury seated; Court apologizes for the delay |
| 9:48 am | Mr. Ward continues cross of Mr. Bakewell |
| 9:50 am | Objection by Ms. Heffernan; bench conference |
| 9:52 am | Mr. Ward continues with cross |
| 10:10 am | Mr. Ward passes the witness |
| 10:11 am | Ms. Heffernan begins re-direct |
| 10:17 am | Objection by Mr. Ward, leading; Court - rephrase the question |
| 10:19 am | Plaintiff's Exhibit #395 |
| 10:22 am | Defendant's Exhibit #910.05 |
| 10:25 am | Mr. Ward begins re-cross |
| 10:29 am | Plaintiff's Exhibit #1086 |
| 10:31 am | Ms. Heffernan questions the witness |
| 10:33 am | Court asks the jury for any questions for the witness |
| 10:34 am | Bench conference |
| 10:35 am | Court asks the witness the question from the jury; Mr. Bakewell responds |
| 10:36 am | Ms. Heffernan questions the witness |
| 10:35 am | Mr. Ward questions the witness |
| 10:41 am | Witness is excused |
| 10:41 am | Jury excused |
| 10:42 am | Bench conference |
| 10:45 am | Recess |

| Time | Event |
|---|---|
| 11:00 am | Outside the presence of the jury, bench conference |
| 11:08 am | Jury seated |
| 11:09 am | Mr. Arovas advises that Apple rests. |
| 11:09 am | Mr. Curry begins rebuttal questioning of witness Mark Jones (previously sworn) |
| 11:19 am | Bench conference |
| 11:23 am | Mr. Curry continues |
| 11:24 am | Mr. Appleby questions Dr. Jones |
| 11:27 am | Courtroom sealed |
| 11:27 am | Mr. Appleby continues |
| 11:47 am | Courtroom unsealed |
| 11:47 am | Mr. Curry begins re-direct |
| 11:55 am | Mr. Appleby begins re-cross |
| 12:00 pm | Mr. Curry questions the witness |
| 12:01 pm | Court asks the jury for any questions for the witness |
| 12:03 pm | Bench conference |
| 12:04 pm | Court asks the witness questions from the jury |
| 12:05 pm | Mr. Curry questions the witness |
| 12:05 pm | Mr. Appleby questions the witness |
| 12:06 pm | Witness excused |
| 12:06 pm | Jury excused for lunch |
| 12:08 pm | Mr. Mizzo and Mr. Summers make formal objections to verdict form; Court gives rulings; Mr. Mizzo and Mr. Summers make formal objections to jury instructions; Court gives rulings |
| 12:28 pm | Mr. Jones advises the Court that he is prepared to submit written JMOL; no objections |

| | |
|---|---|
| 12:29 pm | Mr. Cassady submits VirnetX's Final Admitted Exhibit List; Mr. Mizzo present Apple's Final Admitted Exhibit List |
| 12:30 pm | Mr. Cassady submits the numbering of their demonstratives; no objections; not being used as evidence |
| 12:34 pm | Mr. Curry moves for judgment as a matter of law for infringement |
| 12:36 pm | Mr. Appleby responds |
| 12:39 pm | Court DENIES motion |
| 12:40 pm | Mr. Summers moves for judgment as a matter of law as to willfulness |
| 12:42 pm | Mr. John O'Quinn responds |
| 12:46 pm | Mr. Summers also moves for judgment as a matter of law as to the 2013 version of VPN On Demand. |
| 12:46 pm | Court DENIES motion |
| 12:46 pm | Mr. Summers asks for representation from Apple as to the old version of VPN On Demand that they do not intend to dispute the subjective prong of willfulness |
| 12:47 pm | Mr. O'Quinn responds |
| 12:50 pm | Recess |
| 1:19 pm | Outside the presence of the jury, Mr. Cassady advises they would like to make offer of proof regarding non-infringing alternative evidence in writing; no objections; moves for Rule 50; Ms. Heffernan responds; Court DENIES motion; objects to non-infringing alternative instruction not being included in the charge; OVERRULED |
| 1:25 pm | Jury seated |
| 1:26 pm | Plaintiff rests; nothing further from the defendant |
| 1:26 pm | Court gives instructions to jury |
| 2:16 pm | Bench conference |
| 2:17 pm | Mr. Caldwell begins closing statement for VirnetX |
| 2:40 pm | Mr. Ward continues with closing statement |

| | |
|---|---|
| 2:57 pm | Mr. Arovas gives closing statement for Apple |
| 3:58 pm | Mr. Caldwell concludes his closing statement |
| 4:18 pm | Court instructs the jury that it is now time to adjourn for deliberations |
| 4:18 pm | Jury excused |
| 4:19 pm | Mr. Arovas addresses the Court regarding several statements made during closing; Court advises that once a transcript is ready, to make a written filing |
| 4:20 pm | Recess |
| 4:30 pm | Received Juror Note #1 advising of the foreperson |
| 4:59 pm | Received Juror Note #2 |
| 5:05 pm | Court advises parties that the jury wishes to leave for the day |
| 5:06 pm | Jury seated; Court acknowledges foreperson; instructs the jury to not discuss the case with anyone and to not begin deliberations until everyone is present; will adjourn for the day |
| 5:08 pm | Recess |