IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VirnetX Inc. and<br>Science Applications International<br>Corporation,<br><br>v.<br><br>Apple, Inc. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:12-cv-855<br>LEAD CONSOLIDATED CASE<br><br>Jury Trial Demanded |

## **NOTICE CONCERNING THE DEMONSTRATIVES USED BY APPLE ON DIRECT AND CROSS EXAMINATION**

For the purpose of having a clear record, Apple provides the following notice of the demonstratives used during the direct examination of its witnesses and the cross examination of VirnetX's witnesses. Accordingly, Apple identifies the following demonstratives:

1. Short Cross DDX-1 to DDX-3
2. Larsen Cross DDX-6 to DDX-8, DDX-44, DDX-45, DDX-50 to DDX-54, DDX-56, DDX-58, DDX-59, and DDX-65
3. Jones Cross DDX-1 to DDX-5, and DDX-7
4. Wecker Cross DDX-19, and DDX-25
5. Weinstein Cross DDX-1 to DDX-8
6. Patience DDX-1 to DDX-10
7. Casanova DDX-1 to DDX-5, and DDX-7 to DDX-18
8. Jansen DDX-1 to DDX-14
9. Thirumalai DDX-1 to DDX-25
10. Wood DDX-1
11. Blaze DDX-1 to DDX-64, DDX-66 to DDX-79, and DDX-82 to DDX-94
12. Van Pelt DDX-1 to DDX-8, and DDX-10 to DDX-13

13. Jay DDX-1 to DDX-18

14. Bakewell DDX-1 to DDX-38

Dated: February 3, 2016

Respectfully submitted by:

*/s/ Michael E. Jones*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones
Texas Bar No. 10969400
mikejones@potterminton.com
Allen F. Gardner
Texas Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 3, 2016.

*/s/ Michael E. Jones*