IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. | § | |
| | § | Civil Action No. 6:12-cv-855-RWS |
| Plaintiff, | § | LEAD CONSOLIDATED CASE |
| | § | |
| v. | § | |
| | § | |
| APPLE INC. | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions provided by the Court in the Court's jury instructions. Your answers to each question must be unanimous.

As used herein, " '135 patent" means U.S. Patent No. 6,502,135; " '151 patent" means U.S. Patent No. 7,490,151; " '504 patent" means U.S. Patent No. 7,418,504; " '211 patent" means U.S. Patent No. 7,921,211.

1. Apple does not contest that the Original Version of VPN on Demand feature (iOS 3-6, 2009–2013) infringed VirnetX's '135 & '151 patents. What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate VirnetX for this infringement?

   Amount: $ 334,908,773.73

*CONTINUE ON TO NEXT PAGE*

2. Did VirnetX prove by a preponderance of the evidence that Apple's 2013 Version of VPN on Demand feature (iOS 7–8, 2013–present) infringes the following Claims of VirnetX's '135 & '151 patents?

   **Answer "Yes" or "No" for each Claim.**

   '135 Patent                    '151 Patent

   Claim 1    yes                 Claim 13   yes
   Claim 7    yes

3. Did VirnetX prove by a preponderance of the evidence that Apple's Original Version of the FaceTime System (iOS 4–6 and OS X 10.7–10.8, 2010–2013) infringed the following Claims of VirnetX's '504 & '211 patents?

   **Answer "Yes" or "No" for each Claim.**

   '504 Patent                    '211 Patent

   Claim 1    yes                 Claim 36   yes
   Claim 2    yes                 Claim 47   yes
   Claim 5    yes                 Claim 51   yes
   Claim 27   yes

*CONTINUE ON TO NEXT PAGE*

4. Did VirnetX prove by a preponderance of the evidence that Apple's 2013 Version of the FaceTime System (iOS 7–8 and OS X 10.9–10.10, 2013–present) infringes the following Claims of VirnetX's '504 & '211 patents?

   **Answer "Yes" or "No" for each Claim.**

   '504 Patent                '211 Patent

   Claim 1   yes              Claim 36   yes
   Claim 2   yes              Claim 47   yes
   Claim 5   yes              Claim 51   yes
   Claim 27  yes

5. Did VirnetX prove by a preponderance of the evidence that Apple's iMessage feature infringes the following Claims of VirnetX's '504 & '211 patents?

   **Answer "Yes" or "No" for each Claim.**

   '504 Patent                '211 Patent

   Claim 1   yes              Claim 36   yes
   Claim 2   yes              Claim 47   yes
   Claim 5   yes              Claim 51   yes
   Claim 27  yes

*CONTINUE ON TO NEXT PAGE*

*Answer Question 6 only if you answered "yes" for any of Questions 2, 3, 4, or 5 above. Otherwise, do not answer this question.*

6. To the extent you found infringement in Questions 2, 3, 4, or 5, what **additional** sum of money over and above what you awarded in response to Question 1, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate VirnetX for this infringement through the time of trial?

    Amount: $ 290,725,067.31

*CONTINUE ON TO NEXT PAGE*

*Answer Question 7 only for those Claims you answered "yes" in Question 2 above. Otherwise, do not answer this question.*

7. To the extent you found infringement of Apple's 2013 Version of VPN on Demand (iOS 7–8, 2013–present) in Question 2 above, did VirnetX prove by clear and convincing evidence that Apple's infringement was willful?

   **Answer "Yes" or "No" for each Claim.**

   '135 Patent

   Claim 1     yes
   Claim 7     yes

   '151 Patent

   Claim 13    yes


*Answer Question 8 only for those Claims you answered "yes" in Question 3 above. Otherwise, do not answer this question.*

8. To the extent you found infringement of Apple's Original Version of the FaceTime system (iOS 4–6 and OS X 10.7–10.8, 2010–2013) in Question 3 above, did VirnetX prove by clear and convincing evidence that Apple's infringement was willful from the prior verdict, November 6, 2012, until April 2013?

   **Answer "Yes" or "No" for each Claim.**

   '504 Patent

   Claim 1     yes
   Claim 2     yes
   Claim 5     yes
   Claim 27    yes

   '211 Patent

   Claim 36    yes
   Claim 47    yes
   Claim 51    yes

*CONTINUE ON TO NEXT PAGE*

*Answer Question 9 only for those Claims you answered "yes" in Question 4 above. Otherwise, do not answer this question.*

9. To the extent you found infringement of Apple's 2013 Version of the FaceTime system (iOS 7–8 and OS X 10.9–10.10, 2013–present) in Question 4 above, did VirnetX prove by clear and convincing evidence that Apple's infringement was willful?

    **Answer "Yes" or "No" for each Claim.**

    <u>'504 Patent</u>

    Claim 1  yes
    Claim 2  yes
    Claim 5  yes
    Claim 27 yes

    <u>'211 Patent</u>

    Claim 36 yes
    Claim 47 yes
    Claim 51 yes

Date: February 3, 2015

By: _____
    **JURY FOREPERSON**