IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

VIRNETX INC., et al          §
                             §
V.                           §      CIVIL NO. 6:12cv855
                             §
APPLE INC.                   §

---

### MINUTES FOR DAY EIGHT OF TRIAL
### HELD BEFORE JUDGE ROBERT W. SCHROEDER III
### FEBRUARY 3, 2016

OPEN: 3:11 pm                                               ADJOURN: 3:24 pm

---

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Brad Caldwell, Jason Cassady, Austin Curry, and Johnny Ward |
| ATTORNEY FOR DEFENDANTS: | Greg Arovas, Robert Appleby, Joseph Loy, Jeannie Heffernan, Leslie Schmidt, Akshay Deoras, and Mike Jones |
| LAW CLERK: | Jenna Rea |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Brenda Smith |

---

| | |
|---|---|
| 3:11 pm | Court advises that a verdict has been reached |
| 3:12 pm | Jury seated; Court asks foreperson if a verdict has been reached and if it is unanimous; yes; verdict form is handed to the Judge; Judge reviews the verdict form and hands it to Ms. Schroeder; Ms. Schroeder reads the verdict; Court asks if the parties want to poll the jury; they do not; Court thanks the jury for their service; |
| 3:22 pm | Jury is dismissed |
| 3:22 pm | Court thanks everyone for their professionalism; parties will meet and confer regarding post trial brief deadlines; parties are to write the Court (after 30 days) to seek permission to meet with any juror |

3:24 pm		Adjourned