# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. AND<br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION<br><br>v.<br><br><br>APPLE INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:10-cv-855-RWS<br><br>**Jury Trial Demanded** |

## RENEWAL OF APPLE'S *DAUBERT* MOTIONS

In accordance with the Court's Tenth Amended Docket Control Order (D.I. 539), Apple Inc. ("Apple") hereby renews the following *Daubert* motions, which were filed in this case.  This renewal is for preservation purposes, and, therefore, the rulings carry to this trial unless otherwise modified by the Court.

**Apple's *Daubert* Motions from the -855 Action**

- Apple moved to exclude the testimony of Mr. Roy Weinstein under *Daubert*.  (855 D.I. 217, 243, 323, 354.)  Before the Court's ruling, VirnetX withdrew Mr. Weinstein's at-risk profits model.  (855 D.I. 338 at 7.)  The Court denied the remaining grounds of Apple's motion.  (855 D.I. 362 at 4.)  Should VirnetX attempt to pursue Mr. Weinstein's at-risk profits model, Apple further requests that the Court rule on that aspect of the Weinstein *Daubert*.

- Apple requested to file a motion to exclude the testimony of Dr. William Wecker under *Daubert*.  (855 D.I. 216, 242.)  The Court denied Apple's request but held that Apple "may raise arguments concerning Dr. Weinstein's reliance on this data in Defendant's motion to strike Dr. Weinstein."  (855 D.I. 303 at 2.)  The Court denied Apple's motion to exclude the testimony of Mr. Weinstein, including his testimony relying on Dr. Wecker.  (855 D.I. 362 at 4.)

- Apple moved to exclude the testimony of Dr. Mark Jones under *Daubert*.  (855 D.I. 215, 241, 317, 351.)  The Court denied Apple's motion.  (855 D.I. 362 at 3.)

Dated: January 8, 2018                                     Respectfully submitted,

*/s/ Robert A. Appleby*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

>Akshay S. Deoras
>akshay.deoras@kirkland.com
>**KIRKLAND & ELLIS LLP**
>555 California Street
>San Francisco, CA 94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>
>Michael E. Jones, ***Lead Attorney***
>Texas Bar No. 10969400
>mikejones@potterminton.com
>**POTTER MINTON**
>A Professional Corporation
>110 N. College Avenue, Suite 500
>Tyler, Texas 75702
>Telephone: (903) 597-8311
>Facsimile: (903) 593-0846
>
>**ATTORNEYS FOR APPLE INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2018.

>*/s/ Robert A. Appleby*_____
>Robert A. Appleby