# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND LEIDOS, INC.,** | § § § | Civil Action No. 6:12-cv-855-RWS |
| Plaintiffs, | § § | |
| v. | § § | |
| **APPLE INC.,** | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## DEFENDANT APPLE INC.'S TRIAL WITNESS LIST

Pursuant to the Court's Discovery Order and Docket Control Order entered in this action, Defendant Apple Inc. ("Apple") hereby respectfully submits its Trial Witness List for identification and categorization of trial witnesses. Apple includes in this trial witness list individuals who may be listed on Plaintiffs' opening and rebuttal witness lists without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony. Apple's trial witness list relates to the current action (6:12-cv-855-RWS) only. Apple expressly reserves the right to modify, supplement, or amend this trial witness list in response to Plaintiffs' witness lists, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court.

At this time, Apple identifies the following witnesses for trial:[1]

---

[1] To the extent a witness is not available to offer live testimony, Apple may present deposition testimony for each such respective witness irrespective of whether the witness is designated as may call by deposition.

## Liability & Damages Phases:

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **W. Christopher Bakewell**<br><br>Employer: Duff & Phelps<br><br>Topic: Damages | X | | |
| **Matthew Blaze**<br><br>Employer: University of Pennsylvania<br><br>Topic: Non-Infringement; Patents-in-Suit; Technology-in-Suit; Accused Products | X | | |
| **E. Deborah Jay**<br><br>Employer: Field Research Corporation<br><br>Topic: Damages | X | | |
| **Darin Adler**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Russell Binns**<br><br>Employer: Allied Security Trust<br><br>Licensing; Communications with VirnetX | | X | |
| **Deidre Caldbeck**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Donald Foley**<br><br>Employer: Leidos, Inc.; Martingale Consulting<br><br>Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Thomas Jansen**<br><br>Employer: Crissy Field GmbH<br><br>Topic: Accused Products | | X | |
| **Michael Jaynes**<br><br>Employer: Apple Inc.<br><br>Topic: Finance | | X | |
| **Gerald Kenney**<br><br>Employer: Unisys<br><br>Licensing; Communications with VirnetX | | X | |
| **Toby Kusmer**<br><br>Employer: McDermott Will & Emery LLP<br><br>Topic: Patent Prosecution | | X | |
| **Kendall Larsen**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Victor Larson**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Sameer Mathur**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |
| **Daniel McFadden**<br><br>Employer: University of California, Berkeley; University of Southern California; The Brattle Group<br><br>Topic: Damages | | X | |
| **Heather Mewes**<br><br>Employer: Apple Inc.<br><br>Topic: Licensing | | X | |
| **Edmund Colby Munger**<br><br>Employer: Retired<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Simon Patience**<br><br>Employer: Retired<br><br>Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Robert Short**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **John Stauffer**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Gokul Thirumalai**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Michael Williamson**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Jamie Wood**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Justin Wood**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Andy Yang**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Joe Abuan**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Chris Becherer**<br><br>Employer: Rdio<br><br>Topic: Accused Products | | | X |
| **William Becker**<br><br>Employer: SafeNet, Inc.<br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Darryl Bleau**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **George Bonanto**<br><br>Employer: Google Inc.<br><br>Topic: Communications with VirnetX | | | X |
| **Mark Buckley**<br><br>Employer: Unknown<br><br>Topic: Finance | | | X |
| **Adam Bulakowski**<br><br>Employer: ipCapital Group<br><br>Topic: Services provided to VirnetX | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Jeremy Butcher**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Frank Casanova**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products and Corporate History | | | X |
| **Patrick Gates**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **John Glancy**<br><br>Employer: Unknown<br><br>Topic: SAIC/Leidos; Technology-in-Suit | | | X |
| **Jurgen Gobien**<br><br>Employer: Leidos, Inc.<br><br>Topic: SAIC/Leidos; VirnetX; Technology-in-Suit | | | X |
| **Edward Hendrick**<br><br>Employer: Unknown<br><br>Topic: SAIC/Leidos; Technology-in-Suit | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Michael Lachuk**<br><br>Employer: Leidos, Inc.<br><br>Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | | X |
| **Robert Moline**<br><br>Employer: PricewaterhouseCoopers LLP<br><br>Topic: Finance | | | X |
| **Kevin Raidy**<br><br>Employer: Cowen & Co.<br><br>Topic: Services provided to VirnetX | | | X |
| **Art Rangel**<br><br>Employer: Retired<br><br>Topic: Accused Products | | | X |
| **Jeffrey Risher**<br><br>Employer: Tesla<br><br>Topic: Licensing | | | X |
| **Ronak Shah**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Erik Strahm**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Giovanni Tobia**<br><br>Employer: Aastra Technologies Ltd.; Aastra U.S.A.<br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Andrew Vyrros**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Jon Weaklend**<br><br>Employer: VirnetX, Inc.<br><br>Topic: Finance | | | X |
| **Kevin Wells**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Barry Whitebook**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Gregory Wood**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX Business Operations | | | X |

## Bifurcated Willfulness Trial:

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Darin Adler**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Matthew Blaze**<br><br>Employer: University of Pennsylvania<br><br>Topic: Patents-in-Suit; Technology-in-Suit; Accused Products; No Willful Infringement | | X | |
| **Thomas Jansen**<br><br>Employer: Crissy Field GmbH<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Mark Jones**<br><br>Employer: Virginia Tech<br><br>Topic: Patents-in-Suit; Technology-in-Suit; Accused Products; No Willful Infringement | | X | |
| **Jeffrey P. Kushan**<br><br>Employer: Sidley Austin LLP<br><br>Topic: Patents-in-Suit; Patent Office Proceedings; No Willful Infringement | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Simon Patience**<br><br>Employer: Retired<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **John Stauffer**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Gokul Thirumalai**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Lee Van Pelt**<br><br>Employer: Van Pelt, Yi & James LLP<br><br>Topic: Non-infringement opinions of counsel; No Willful Infringement | | X | |
| **Jamie Wood**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Justin Wood**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Andy Yang**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |

\*     \*     \*

Apple reserves the right to call any witness appearing on any opening or rebuttal trial witness lists of Plaintiffs VirnetX, Inc. or Leidos, Inc.

Dated: January 22, 2018	Respectfully submitted,

By: */s/ Joseph A. Loy*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
David N. Draper
david.draper@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 22, 2018.

/s/ *Joseph A. Loy*
Joseph A. Loy