## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **VIRNETX INC., and LEIDOS, INC.,** §<br>§ | |
| **Plaintiffs,** §<br>§ | |
| **v.** §<br>§ | **C.A. No. 6:12-cv-00855-RWS** |
| **APPLE INC.,** §<br>§ | **JURY TRIAL DEMANDED** |
| **Defendant.** §<br>§<br>§<br>§ | |

### VIRNETX INC.'S TRIAL WITNESS LIST

Pursuant to the Tenth Amended Docket Control Order (Dkt. No. 539), entered in this case, Plaintiff VirnetX Inc. ("VirnetX") files this Trial Witness List for identification and categorization of trial witnesses.

At this time, VirnetX identifies the following witnesses for trial:

| | WITNESS | (A)<br>WILL CALL | (B)<br>MAY CALL | PROBABLY<br>WILL NOT<br>CALL |
|---|---|---|---|---|
| 1. | **Jones, Mark T.**<br>Employer: Virginia Polytechnic Institute and State University<br>Topics:  Infringement; Validity; Patents-In-Suit; Technology-In-Suit; Accused Products | √ | | |
| 2. | **Larsen, Kendall S.**<br>Employer: VirnetX, Inc.<br>Topics: Technology-in-Suit; Patents-In-Suit; VirnetX | √ | | |
| 3. | **Larson, Victor J.**<br>Employer: VirnetX, Inc.<br>Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | | √ | |
| 4. | **Mathur, Sameer** | | √ | |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| | Employer: VirnetX, Inc. Topics: Technology-in-Suit; Patents-In-Suit; VirnetX | | | |
| 5. | **Munger, Edmund Colby** Employer: Retired Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | √ | | |
| 6. | **Short, III, Robert Dunham** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | √ | | |
| 7. | **Williamson, Mike** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | | √ | |
| 8. | **Wood, Greg** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | | | √ |
| 9. | **Weinstein, Roy** Employer: Micronomics, Inc. Topic:  Damages | √ | | |
| 10. | **Wecker, William** Employer: William E. Wecker Associates, Inc. Topic:  Damages | √ | | |
| 11. | **Peterson, Gale R.** Employer: Law Offices of Gale R. Peterson PLLC Topics:  Inequitable Conduct; PTO Practice and Procedure | | | √ |
| 12. | **Leidos Representative** Employer: Leidos, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX; SAIC/Leidos | | | √ |
| 13. | **Defendant's Corporate Representative(s) at trial** Employer: Apple Topics: TBD once Apple identifies this witness | | √ | |
| 14. | **Kusmer, Toby** | | | √ |

|  | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
|  | Employer: McDermott Will & Emery LLP<br>Topics:  Patent Prosecution; Inequitable Conduct |  |  |  |
| 15. | **Rashid, Hasan**<br>Employer: McDermott Will & Emery LLP<br>Topics:  Patent Prosecution; Inequitable Conduct |  |  | √ |
| 16. | **Gates, Patrick**<br>Employer: Apple, Inc.<br>Topics:  Accused Products; Technology-In-Suit; Patents-In-Suit; Damages; Apple | √ |  |  |
| 17. | **Allie, Christophe**<br>Employer: Apple, Inc.<br>Topics:  Accused Products; Technology-In-Suit; Patents-In-Suit |  | √ |  |
| 18. | **Matthew Blaze**<br>Employer: University of Pennsylvania<br>Topics: Infringement, Patents-in-Suit, Technology-in-Suit. | √ |  |  |
| 19. | **Lee Van Pelt**<br>Employer: Van Pelt, Yi & James<br>Topics: Damages, Indirect Infringement, Willfulness |  | √ |  |
| 20. | **Any Apple Witness Called at the Consolidated -417/-855 Trial or severed -417 Retrial Not Called at Severed -855 Trial.**<br><br>Topics: Infringement, Damages, Willfulness, Technology-in-Suit, Patents-in-Suit. |  | √ |  |
| 21. | Testimony provided, produced, and/or taken in this case |  | √ |  |

VirnetX expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendant's witness lists.  VirnetX hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.  Many witnesses

presented by VirnetX or Apple would only be relevant to legal issues.  VirnetX objects to

the presentation of legal issues to the jury.

DATED:  January 22, 2018.                Respectfully submitted,

                                         **CALDWELL CASSADY CURRY P.C.**

                                         */s/ Jason D. Cassady*
                                         Bradley W. Caldwell
                                         Texas State Bar No. 24040630
                                         Email: bcaldwell@caldwellcc.com
                                         Jason D. Cassady
                                         Texas State Bar No. 24045625
                                         Email: jcassady@caldwellcc.com
                                         John Austin Curry
                                         Texas State Bar No. 24059636
                                         Email: acurry@caldwellcc.com
                                         Daniel R. Pearson
                                         Texas State Bar No. 24070398
                                         Email: dpearson@caldwellcc.com
                                         Hamad M. Hamad
                                         Texas State Bar No. 24061268
                                         Email: hhamad@caldwellcc.com
                                         Justin T. Nemunaitis
                                         Texas State Bar No. 24065815
                                         Email:  jnemunaitis@caldwellcc.com
                                         Chris S. Stewart
                                         Texas State Bar No. 24079399
                                         Email: cstewart@caldwellcc.com
                                         John F. Summers
                                         Texas State Bar No. 24079417
                                         Email: jsummers@caldwellcc.com
                                         Warren J. McCarty, III
                                         Illinois State Bar No. 6313452
                                         Email: wmccarty@caldwellcc.com
                                         **CALDWELL CASSADY CURRY P.C.**
                                         2101 Cedar Springs Road, Suite 1000
                                         Dallas, Texas 75201
                                         Telephone: (214) 888-4848
                                         Facsimile: (214) 888-4849

                                         Robert M. Parker
                                         Texas State Bar No. 15498000
                                         Email:  rmparker@pbatyler.com
                                         R. Christopher Bunt

Texas State Bar No. 00787165
Email:  rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 22nd day January, 2018.  Local Rule CV-5(a)(3)(A).

  */s/ Jason Cassady*
Jason D. Cassady