IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. AND<br>LEIDOS, INC., | §<br>§<br>§ | Civil Action No. 6:12-cv-855-RWS |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | |
| APPLE INC., | §<br>§ | JURY TRIAL DEMANDED |
| Defendant. | §<br>§ | |

## DEFENDANT APPLE INC.'S AMENDED TRIAL WITNESS LIST

Pursuant to the Court's Discovery Order and Docket Control Order entered in this action, Defendant Apple Inc. ("Apple") hereby respectfully submits its Amended Trial Witness List for identification and categorization of trial witnesses. Apple includes in this trial witness list individuals who may be listed on Plaintiffs' opening and rebuttal witness lists without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony. Apple's trial witness list relates to the current action (6:12-cv-855-RWS) only. Apple expressly reserves the right to modify, supplement, or amend this trial witness list in response to Plaintiffs' witness lists, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court.

At this time, Apple identifies the following witnesses for trial:[1]

---

[1] To the extent a witness is not available to offer live testimony, Apple may present deposition testimony for each such respective witness irrespective of whether the witness is designated as may call by deposition.

**Liability & Damages Phases:**

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **W. Christopher Bakewell** <br><br> Employer: Duff & Phelps <br><br> Topic: Damages | X | | |
| **Matthew Blaze** <br><br> Employer: University of Pennsylvania <br><br> Topic: Non-Infringement; Patents-in-Suit; Technology-in-Suit; Accused Products | X | | |
| **E. Deborah Jay** <br><br> Employer: Field Research Corporation <br><br> Topic: Damages | X | | |
| **Darin Adler** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | X | |
| **Russell Binns** <br><br> Employer: Allied Security Trust <br><br> Licensing; Communications with VirnetX | | X | |
| **Deidre Caldbeck** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Donald Foley**<br><br>Employer: Leidos, Inc.; Martingale Consulting<br><br>Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Thomas Jansen**<br><br>Employer: Crissy Field GmbH<br><br>Topic: Accused Products | | X | |
| **Michael Jaynes**<br><br>Employer: Apple Inc.<br><br>Topic: Finance | | X | |
| **Gerald Kenney**<br><br>Employer: Unisys<br><br>Licensing; Communications with VirnetX | | X | |
| **Toby Kusmer**<br><br>Employer: McDermott Will & Emery LLP<br><br>Topic: Patent Prosecution | | X | |
| **Kendall Larsen**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Victor Larson**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Sameer Mathur**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |
| **Daniel McFadden**<br><br>Employer: University of California, Berkeley; University of Southern California; The Brattle Group<br><br>Topic: Damages | | X | |
| **Heather Mewes**<br><br>Employer: Apple Inc.<br><br>Topic: Licensing | | X | |
| **Edmund Colby Munger**<br><br>Employer: Retired<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Simon Patience**<br><br>Employer: Retired<br><br>Topic: Accused Products | X | | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Robert Short** <br><br> Employer: VirnetX, Inc. <br><br> Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **John Stauffer** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | X | |
| **Gokul Thirumalai** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | X | | |
| **Michael Williamson** <br><br> Employer: VirnetX, Inc. <br><br> Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Jamie Wood** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | X | |
| **Justin Wood** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | X | |
| **Andy Yang** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Joe Abuan**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Chris Becherer**<br><br>Employer: Rdio<br><br>Topic: Accused Products | | | X |
| **William Becker**<br><br>Employer: SafeNet, Inc.<br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Darryl Bleau**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **George Bonanto**<br><br>Employer: Google Inc.<br><br>Topic: Communications with VirnetX | | | X |
| **Mark Buckley**<br><br>Employer: Unknown<br><br>Topic: Finance | | | X |
| **Adam Bulakowski**<br><br>Employer: ipCapital Group<br><br>Topic: Services provided to VirnetX | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Jeremy Butcher**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Frank Casanova**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products and Corporate History | | | X |
| **Patrick Gates**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **John Glancy**<br><br>Employer: Unknown<br><br>Topic: SAIC/Leidos; Technology-in-Suit | | | X |
| **Jurgen Gobien**<br><br>Employer: Leidos, Inc.<br><br>Topic: SAIC/Leidos; VirnetX; Technology-in-Suit | | | X |
| **Edward Hendrick**<br><br>Employer: Unknown<br><br>Topic: SAIC/Leidos; Technology-in-Suit | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Michael Lachuk**  Employer: Leidos, Inc.  Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | | X |
| **Robert Moline**  Employer: PricewaterhouseCoopers LLP  Topic: Finance | | | X |
| **Kevin Raidy**  Employer: Cowen & Co.  Topic: Services provided to VirnetX | | | X |
| **Art Rangel**  Employer: Retired  Topic: Accused Products | | | X |
| **Jeffrey Risher**  Employer: Tesla  Topic: Licensing | | | X |
| **Ronak Shah**  Employer: Apple Inc.  Topic: Accused Products | | | X |
| **Erik Strahm**  Employer: Apple Inc.  Topic: Accused Products | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Giovanni Tobia**<br><br>Employer: Aastra Technologies Ltd.; Aastra U.S.A.<br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Andrew Vyrros**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Jon Weaklend**<br><br>Employer: VirnetX, Inc.<br><br>Topic: Finance | | | X |
| **Kevin Wells**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Barry Whitebook**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Gregory Wood**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX Business Operations | | | X |

**Bifurcated Willfulness Trial:**

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Darin Adler**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Matthew Blaze**<br><br>Employer: University of Pennsylvania<br><br>Topic: Patents-in-Suit; Technology-in-Suit; Accused Products; No Willful Infringement | | X | |
| **Thomas Jansen**<br><br>Employer: Crissy Field GmbH<br><br>Topic: Accused Products; No Willful Infringement | | X | |
| **Mark Jones**<br><br>Employer: Virginia Tech<br><br>Topic: Patents-in-Suit; Technology-in-Suit; Accused Products; No Willful Infringement | | X | |
| **Jeffrey P. Kushan**<br><br>Employer: Sidley Austin LLP<br><br>Topic: Patents-in-Suit; Patent Office Proceedings; No Willful Infringement | X | | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Simon Patience**  Employer: Retired  Topic: Accused Products; No Willful Infringement | X | | |
| **John Stauffer**  Employer: Apple Inc.  Topic: Accused Products; No Willful Infringement | | X | |
| **Gokul Thirumalai**  Employer: Apple Inc.  Topic: Accused Products; No Willful Infringement | | X | |
| **Lee Van Pelt**  Employer: Van Pelt, Yi & James LLP  Topic: Non-infringement opinions of counsel; No Willful Infringement | | X | |
| **Jamie Wood**  Employer: Apple Inc.  Topic: Accused Products; No Willful Infringement | | X | |
| **Justin Wood**  Employer: Apple Inc.  Topic: Accused Products; No Willful Infringement | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Andy Yang**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products; No Willful Infringement | | X | |

\*         \*         \*

Apple reserves the right to call any witness appearing on any opening or rebuttal trial witness lists of Plaintiffs VirnetX, Inc. or Leidos, Inc.

Dated: February 14, 2018

Respectfully submitted,

By: */s/ Joseph A. Loy*
    Gregory S. Arovas
    greg.arovas@kirkland.com
    Robert A. Appleby
    robert.appleby@kirkland.com
    Jeanne M. Heffernan
    jeanne.heffernan@kirkland.com
    Joseph A. Loy
    joseph.loy@kirkland.com
    Leslie M. Schmidt
    leslie.schmidt@kirkland.com
    David N. Draper
    david.draper@kirkland.com
    **KIRKLAND & ELLIS LLP**
    601 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900

    Akshay S. Deoras
    akshay.deoras@kirkland.com
    **KIRKLAND & ELLIS LLP**
    555 California Street
    San Francisco, CA 94104
    Telephone: (415) 439-1400
    Facsimile: (415) 439-1500

    Michael E. Jones, *Lead Attorney*
    Texas Bar No. 10969400
    mikejones@potterminton.com
    **POTTER MINTON**
    A Professional Corporation
    110 N. College Avenue, Suite 500
    Tyler, Texas 75702
    Telephone: (903) 597-8311
    Facsimile: (903) 593-0846

    **ATTORNEYS FOR APPLE INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 14, 2018.

/s/ Joseph A. Loy
Joseph A. Loy