**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., LEIDOS, INC., | § § | |
| Plaintiffs, | § § § | CIVIL ACTION NO.  6:12-CV-00855-RWS |
| v. | § § § | |
| APPLE INC., | § § § | |
| Defendant. | § § | |

## ORDER

Defendant Apple Inc.'s Motion to Modify the Docket Control Order and to Supplement its Initial Disclosures (Docket No. 543) and its Motion for the Sequencing of Issues in the Already Bifurcated Trial (Docket No. 545) are hereby **SET** for hearing at **1 p.m.** on **March 6, 2018** in Texarkana, Texas.

**SIGNED this 28th day of February, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE