IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. AND LEIDOS, INC. | § § § § § § § § § § § § | Civil Action No. 6:12-cv-855-RWS |
| Plaintiffs, | | |
| v. | | |
| APPLE INC. | | |
| | | JURY TRIAL DEMANDED |
| Defendant. | | |

### ELEVENTH AMENDED DOCKET CONTROL ORDER

It is hereby **ORDERED** that the following schedule of deadlines is amended and is in effect until further order of this Court:

| Event | Date |
|---|---|
| Parties to File **Motion to Seal Trial Exhibits**, if they wish to seal any highly confidential exhibits. | 3 DAYS after conclusion of Trial |
| **9:00 a.m. JURY TRIAL as reached at the United States District Court, 211 W. Ferguson, 3rd Floor, Tyler, Texas.**<br><br>For planning purposes, parties shall be prepared to start the evidentiary phase of trial immediately following jury selection. | April 2, 2018<br><br>Court designated date – not flexible without good cause - Motion Required |
| **9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 3rd Floor, Tyler, Texas.** | April 2, 2018<br><br>Court designated date – not flexible without good cause - Motion Required |

| Event | Date |
|---|---|
| **10:00 a.m. PRETRIAL CONFERENCE at the United States District Court, Texarkana, Texas.**<br><br>Discuss trial logistics and *voir dire* procedure. Resolve any pending motions or objections.<br>Lead trial counsel must attend the pretrial conference. | March 20, 2018<br><br>Court designated date – not flexible without good cause - Motion Required |
| **Responses to Motions *in Limine* due.**<br>**Responses to any trial management motion (including any motion to bifurcate) due.** | March 13, 2018 |
| **File Joint Final Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials.**<br><br>Parties shall use the pretrial order form on Judge Schroeder's website.<br><br>Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench. | March 7, 2018 |
| **Motions *in Limine* due**. The parties are directed to confer and advise the Court on or before 3:00 o'clock p.m. the day before the pre-trial conference which paragraphs are agreed to and those that need to be addressed at the pretrial conference.<br><br>**Any remaining motion relating to trial management (including any motion to bifurcate) due.** | March 5, 2018 |
| Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. | March 1, 2018 |

**SIGNED this 2nd day of March, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE