IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and** | § | |
| **LEIDOS INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | No. 6:12-cv-00855-RWS |
| v. | § | |
| | § | |
| **APPLE INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |

**ORDER GRANTING**
**JOINT MOTION FOR SUBMISSION OF JUROR QUESTIONNAIRE**

Before the Court is Plaintiff VirnetX Inc.'s and Defendant Apple Inc.'s Joint Motion for Submission of Juror Questionnaire. The Court has modified the introductory language to the questionnaire but otherwise approves the request. Accordingly, the Motion is **GRANTED-AS-MODIFIED.**

SIGNED this 5th day of March, 2018.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE