## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and**<br>**LEIDOS, INC.,** | § § § | |
| **Plaintiffs,** | § § | |
| | § | No. 6:12-cv-00855-RWS |
| v. | § § | |
| **APPLE INC.,** | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § § | |

### JOINT SUBMISSION OF JURY MATERIALS

Pursuant to this Court's Docket Control Order, Plaintiff VirnetX Inc. ("VirnetX") and Defendant Apple Inc. ("Apple") hereby submit the following jury materials:

Attached as **Exhibit A** hereto are VirnetX's and Apple's Joint Proposed Preliminary Jury Instructions related to liability and damages, with bracketed and highlighted individual proposals and footnoted objections and comments.

Attached as **Exhibit B** hereto are VirnetX's and Apple's Joint Proposed Final Jury Instructions related to liability and damages, with bracketed and highlighted individual proposals and footnoted objections and comments.

Attached as **Exhibit C** hereto are VirnetX's and Apple's Joint Proposed Preliminary Jury Instructions related to willfulness, with bracketed and highlighted individual proposals and footnoted objections and comments.

Attached as **Exhibit D** hereto are VirnetX's and Apple's Joint Proposed Final Jury Instructions related to willfulness, with bracketed and highlighted individual proposals

and footnoted objections and comments.

Attached as **Exhibit E** hereto is VirnetX's Proposed Verdict Form related to liability and damages.

Attached as **Exhibit F** hereto is VirnetX's Proposed Verdict Form related to willfulness.

Attached as **Exhibit G** hereto is Apple's Proposed Verdict Form related to liability and damages.

Attached as **Exhibit H** hereto is Apple's Proposed Verdict Form related to willfulness.

The parties reserve the right to amend, supplement, or modify these proposed jury materials as the case proceeds toward the final pretrial conference and trial, and as the parties continue to meet and confer regarding these materials.  Additionally, the parties do not waive any objections to issues that are the subject of pending or anticipated motions, including *Daubert* motions, motions to strike, motions for summary judgment, and motions *in limine*.

DATED: March 7, 2018 Respectfully submitted,

**CALDWELL CASSADY & CURRY**

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com

Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth

3

Texas State Bar No. 00783521
Email: charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

*/s/ Joseph A. Loy (by permission)*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones, Lead Attorney
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702

                              Telephone: (903) 597-8311
                              Facsimile: (903) 593-0846

                              **ATTORNEYS FOR DEFENDANT,**
                              **APPLE INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 7th day of March, 2018. Local Rule CV-5(a)(3)(A).

                              */s/ Bradley W. Caldwell*
                              Bradley W. Caldwell