IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **LEIDOS, INC.,** | § | Civil Action No. 6:12-cv-855-RWS |
| | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| **APPLE INC.** | § | |

## NOTICE OF SUPPLEMENTAL JOINT STIPULATION
## RELATING TO CERTAIN MOTIONS *IN LIMINE*

The parties file this supplemental joint stipulation to memorialize certain motions *in limine* on which the parties have been able to reach agreement. VirnetX, Inc. ("VirnetX") and Apple Inc. ("Apple") agree that they, their counsel, representatives, and all witnesses tendered by them (whether live or by deposition) will not mention, refer to, interrogate about, or attempt to convey to the jury in any manner, either directly or indirectly, any of the matters set forth below without obtaining a favorable ruling from this Court outside the presence and hearing of the prospective jurors or the jury ultimately selected in this case. Both parties will also warn and caution each witness to follow the same instructions.

- Any reference to Tor Software, the Tor organization, or anyone's involvement with Tor generally including but not limited to the alleged criminal, pornographic, or immoral activity conducted on the Internet, including via the Tor application. (Apple's Motion *In Limine* IV) (Dkt. No. 609).

- Argument, testimony, evidence, reference, or suggestion that VirnetX's SEC filings do not characterize its license with Microsoft as "special." The testimony given previously by Kendall Larsen does not open the door to the reference of VirnetX's SEC filings missing statements that the Microsoft deal is "special." Argument, testimony, evidence, reference, or suggestion concerning how the Microsoft license is or is not described in other contexts (*i.e.*, other than in VirnetX's SEC filings) is not subject to this motion *in limine*. (Modification to VirnetX's Motion *In Limine* C) (Dkt. No. 608).

- Reference or testimony naming Kendall Larsen as an expert witness or an "expert" in licensing. (Modification to Apple's Motion *In Limine* VII) (Dkt. No. 609).

Dated: March 19, 2018

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
Email: jmcmanis@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
**CALDWELL CASSADY CURRY PC**

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165

Respectfully submitted,

*/s/ Joseph A. Loy*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

Email:  rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**

100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323


**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 19, 2018.

*/s/ Bradley W. Caldwell*_____
Bradley W. Caldwell