# ATTORNEY SIGN-IN SHEET

Judge Robert W. Schroeder III
6:12cv855

VIRNETX INC., et al v. APPLE INC.
MARCH 20, 2018

PRE-TRIAL CONFERENCE

**PLEASE PRINT CLEARLY**

| ATTORNEY'S NAME | REPRESENTING |
|---|---|
| Mike Jones | Apple |
| John Desmarais | Apple |
| Jennifer Przybylski | Apple |
| Michael Strdnick | Apple |
| Ameet Modi | Apple |
| Edward Geist | Apple |
| Wesley White | Apple |
| Warren McCarty | VirnetX |
| John Summers | VirnetX |
| David N. Draper | Apple |
| Aaron Resetarits | Apple |
| Akshay Deoras | Apple |

| ATTORNEY'S NAME | REPRESENTING |
|---|---|
| Greg Arovas | Apple |
| Robert Appleby | Apple |
| Brad Caldwell | VirnetX |
| Jason Cassady | " |
| Austin Curry | " |
| Johnny Ward | " |
| Leslie Schmidt | Apple |
| Jeanne Heffernan | " |
| Joe Lay | " |
| Jennifer Yokoyama | " |
| CHRIS BUNT | TI |
| ANDY TINDEL | LEIDOS |