**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., LEIDOS, INC., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.  6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § § | |
| Defendant. | § § | |

## ORDER

A final pretrial conference in this matter is **SET** for 10 a.m. on Monday, March 26, 2018 in Texarkana, Texas.

**SIGNED this 21st day of March, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE