# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and** <br> **LEIDOS, INC.,** <br> <br> Plaintiffs, <br> <br> v. <br> <br> **APPLE INC.,** <br> <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> No. 6:12-cv-00855-RWS <br> <br> <br> <br> <br> **JURY TRIAL DEMANDED** |

## VIRNETX'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
## <u>OPENING STATEMENTS</u>

Pursuant to the Court's request at the March 20, 2018 Pretrial Conference, VirnetX submits this Notice providing the Court with authority explaining that the ordering and timing of opening statements is a matter within the Court's discretion:

- *Son v. Muniz*, No. SACV 15-0020-PA(AJW), 2016 WL 3033689, at *11 (C.D. Cal. Mar. 21, 2016) (In a criminal case, explaining that "[t]here is no clearly established federal law providing that there is a constitutional right to give an opening statement." (collecting cases, and citing *Herring v. New York*, 422 U.S. 853, 863 n.13 (1975)));

- *United Sates v. Conti*, 361 F.2d 153, 158 (2d Cir. 1966) ("The trial court required appellants to choose between making their opening statements immediately after the opening statements of the prosecution, and not making them at all. This seems well within the trial court's broad power to regulate the conduct and timing of a trial, and not prejudicial to the defendants."), *vacated on other grounds*, 390 U.S. 204 (1968);

- *United States v. Breedlove*, 576 F.2d 57, 60 (5th Cir. 1978) (finding a district court's refusal to allow a defendant to reserve opening until its case-in-chief to be harmless error.);

- *Grey v. First Nat. Bank in Dallas*, 393 F.2d 371 (5th Cir. 1968) (time limit on opening statement "is a question so clearly committed to the discretion of the trial judge that we would intervene only where there is an egregious abuse of that discretion.");

- *E. Prop. Dev. LLC v. Gill*, 558 Fed. Appx. 882, 888 (11th Cir. 2014) ("[T]he right to open and conclude argument is a procedural matter governed by federal law, *see Lancaster v. Collins*, 115 U.S. 222, 225, 6 S.Ct. 33, 34–35, 29 L.Ed. 373 (1885), which rests within the district court's discretion.");

- *Encana Oil & Gas (USA), Inc. v. Zaremba Family Farms, Inc.*, 2016 WL 7547687, at *1 (W.D. Mich. Apr. 22, 2016) ("District courts have broad discretion to set and to establish the order of proofs at trial . . . ." (citing *United States v. Dittrich*, 100 F.3d 84, 86 (8th Cir. 1996)).

DATED: March 21, 2018                    Respectfully submitted,

**CALDWELL CASSADY & CURRY**

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114

Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 21st day March, 2018. Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell