# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., LEIDOS, INC., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.  6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

## ORDER

On March 20, 2018, the Court held a pretrial conference in this matter and heard argument on the parties' motions *in limine* ("MILs," Docket Nos. 608, 609).  During the hearing, the Court ruled as outlined below.

### VIRNET'X MILs (Docket No. 608)

**VirnetX's MIL A:  GRANTED.**

**VirnetX's MIL B:**  This motion was **GRANTED** with respect to the Mr. Van Pelt's opinion in the liability phase and **DENIED** with respect to any other use.

**VirnetX's MIL C:  GRANTED BY AGREEMENT** (as modified)**.**  *See* Docket No. 636.

**VirnetX's MIL D:**  Parties are to meet and confer on this motion.

**VirnetX's MIL E:  GRANTED.**

**VirnetX's MIL F:**  This motion is **CARRIED** to the next pretrial.

**VirnetX's MIL G:**  This motion is **CARRIED** to the next pretrial.

**VirnetX's MIL H:**  This motion was **DENIED** as to sub-point (f); the remainder of the motion is **CARRIED** to the next pretrial.

**APPLE'S MILs (Docket No. 609)**

**Apple's MIL 1:** **GRANTED.**

**Apple's MIL 2:** VirnetX agreed to approach before discussing whether design changes were the result of a prior verdict. With respect to discussions of prior determinations, the motion is **CARRIED** to the next pretrial.

**Apple's MIL 3:** This motion is **CARRIED** to the next pretrial.

**Apple's MIL 4:** **GRANTED AS AGREED.** *See* Docket No. 636.

**Apple's MIL 5:** **DENIED**.

**Apple's MIL 6:** **GRANTED** as **AGREED**.

**Apple's MIL 7:** **GRANTED BY AGREEMENT** (as modified). *See* Docket No. 636.

**Apple's MIL 8:** **GRANTED**.

**SIGNED this 21st day of March, 2018.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE