**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., LEIDOS, INC., § § | | |
| Plaintiffs, § | CIVIL ACTION NO. 6:12-CV-00855-RWS | |
| § § | | |
| v. § | | |
| § § | | |
| APPLE INC., § § | | |
| Defendant. § | | |

**ORDER**

At the pretrial conference on March 20, 2018, Plaintiff VirnetX Inc. ("VirnetX") raised an objection to Apple Inc. ("Apple") presenting its opening argument at the beginning of its case-in-chief. Docket No. 646 at 11:8–15. The Court requested VirnetX and Apple each submit supporting authority for their positions on this issue. *Id.* at 18:11–19. Upon review of the parties' submissions (Docket Nos. 643, 648), the Court **OVERRULES** VirnetX's objection. Apple is permitted to reserve its opening statement until VirnetX rests its case-in-chief.

**So ORDERED and SIGNED this 23rd day of March, 2018.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE