IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

VIRNETX INC., et al      §
                         §
V.                       §     CIVIL NO. 6:12cv855
                         §
APPLE INC.               §

MINUTES FOR JURY SELECTION AND FIRST DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 2, 2018

OPEN: 8:46 am                                ADJOURN: 5:03 pm

ATTORNEYS FOR PLAINTIFFS:   See Attorney Sign In Sheet

ATTORNEYS FOR DEFENDANT: See Attorney Sign In Sheet

LAW CLERK:              Aisha Haley

COURTROOM DEPUTY:       Betty Schroeder

COURT REPORTER:         Kelly Polvi

| Time | Event |
|---|---|
| 8:46 am | Outside the presence of the jury, the case was called; parties introduced themselves; Court welcomed everyone; Mr. Johnny Ward requests the Court to ask about hardships first; Mr. Mike Jones responds; Court responds; 30 minutes for voir dire and opening; 45 minutes for closing; parties and Court discuss matters necessary prior to jury selection |
| 9:10 am | Recess |
| 9:34 am | Jury panel seated |
| 9:37 am | Case called; parties announced ready; Court welcomes jury panel |
| 9:47 am | Court questions the panel regarding hardships; takes up hardships with jurors and attorneys at bench |

| Time | Event |
|---|---|
| 9:55 am | Court gives overview of next few days |
| 9:59 am | Jury panel gives basic information on the themselves |
| 10:11 am | Mr. Ward introduces himself, co-counsel and witnesses |
| 10:12 am | Court questions panel as to knowledge of anyone identified by Mr. Ward |
| 10:13 am | Mr. Jones introduces himself, co-counsel and witnesses |
| 10:14 am | Court questions panel as to knowledge of anyone identified by Mr. Jones |
| 10:15 am | Court questions panel; panel members respond |
| 10:42 am | Recess |
| 10:57 am | Panel seated |
| 10:59 am | Mr. Ward begins voir dire |
| 11:30 am | Mr. Jones begins voir dire |
| 12:01 pm | Bench conference |
| 12:06 pm | Panel members excused for a break; bench conference for challenges |
| 12:07 pm | Bench conference |
| 12:27 pm | Recess |
| 12:42 pm | Panel members seated |
| 12:44 pm | Members of the jury announced and seated |
| 12:46 pm | Remaining panel members excused |
| 12:47 pm | Jury members sworn in |
| 12:47 pm | Court gives short instructions to jury |
| 12:51 pm | Recess |
| 2:01 pm | Mr. Brad Caldwell informs the Court of an email just received from Mr. Desmarais regarding an issue with a motion in limine; Mr. Arovas responds; Court responds |

| | |
|---|---|
| 2:08 pm | Jury seated |
| 2:08 pm | Court gives preliminary instructions |
| 2:51 pm | Mr. Caldwell begins opening statement |
| 3:20 pm | Recess |
| 3:34 pm | Court asks if rule is to be invoked; Mr. Caldwell responds; Court advises that the rule is invoked |
| 3:35 pm | Mr. Caldwell calls Dr. Robert Short; witness sworn in |
| 3:36 pm | Mr. Caldwell begins direct examination of Dr. Short |
| 4:47 pm | Mr. Robert Appleby begins cross examination of Dr. Short |
| 4:59 pm | Court informs the jury of trial schedule |
| 5:02 pm | Jury excused |
| 5:03 pm | Recess |