# ATTORNEY SIGN-IN SHEET

## Judge Robert W. Schroeder III
## 6:12cv855

## VIRNETX INC., et al v. APPLE INC.
## APRIL 2, 2018

## JURY SELECTION AND FIRST DAY OF TRIAL

## PLEASE PRINT CLEARLY

| ATTORNEY'S NAME | REPRESENTING |
|---|---|
| Brad Caldwell | VirnetX |
| Jason Cassady | " |
| Austin Curry | " |
| Johnny Ward | " |
| Greg Arovas | Apple |
| Joseph Loy | Apple |
| Jeanna Heffernan | Apple |
| Mike Jones | Apple |
| John Desmarais | Apple |
| | |
| | |
| | |