IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| VIRNETX INC., et al | § § | |
| V. | § § | CIVIL NO. 6:12cv855 |
| APPLE INC. | § § | |

MINUTES FOR THIRD DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 4, 2018

OPEN: 8:51 am                                                          ADJOURN: 5:24 pm

ATTORNEYS FOR PLAINTIFFS:   See Attorney Sign In Sheet from April 2, 2018

ATTORNEYS FOR DEFENDANT: See Attorney Sign In Sheet from April 2, 2018

LAW CLERK:                Aisha Haley

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:           Kelly Polvi

| | |
|---|---|
| 8:51 am | Outside the presence of the jury, Mr. Cassady argues their Offer of Proof (dkt. #682); Court responds; Mr. Arovas responds; Court responds |
| 8:56 am | Jury seated |
| 8:57 am | Mr. Arovas continues with cross examination of Dr. Jones |
| 9:18 am | Mr. Curry begins re-direct examination of Dr. Jones |
| 9:21 am | Objection by Mr. Arovas; sustained |
| 9:21 am | Objection by Mr. Arovas; sustained |
| 9:22 am | Objection by Mr. Arovas; sustained |

| | |
|---|---|
| 9:30 am | Objection by Mr. Arovas; Court - rephrase the question |
| 9:34 am | Objection by Mr. Arovas; sustained |
| 9:38 am | Mr. Arovas begins re-cross examination |
| 10:15 am | Mr. Curry continues with re-direct examination |
| 10:20 am | Mr. Arovas continues with re-cross examination |
| 10:26 am | Mr. Curry continues with re-direct examination |
| 10:28 am | Mr. Arovas continues with re-cross examination |
| 10:30 am | Objection by Mr. Curry; bench conference |
| 10:31 am | Mr. Arovas continues |
| 10:33 am | Jury out |
| 10:34 am | Recess |
| 10:53 am | Jury seated |
| 10:54 am | Mr. Cassady and Mr. Curry move to mark exhibits used with Dr. Jones as demonstratives; no objection by Mr. Arovas |
| 10:55 am | Mr. Cassady calls Edward Gif Munger by deposition testimony |
| 11:20 am | Mr. Cassady calls Kendall Larsen; witness sworn in |
| 11:21 am | Mr. Cassady begins direct examination of Kendall Larsen |
| 12:14 pm | Recess |
| 1:30 pm | Outside the presence of the jury, Mr. Desmarais discusses a MIL previously ruled on; Mr. Cassady responds; Court responds |
| 1:35 pm | Jury seated |
| 1:35 pm | Mr. Cassady continues with direct examination of Mr. Larsen |
| 1:41 pm | Objection by Mr. Desmarais; Mr. Cassady responds; Court responds |
| 1:42 pm | Bench conference |

| Time | Event |
|---|---|
| 1:43 pm | Mr. Cassady continues with direct examination |
| 1:51 pm | Bench conference |
| 1:54 pm | Mr. Desmarais beings cross examination of Mr. Larsen |
| 2:41 pm | Bench conference |
| 2:41 pm | Mr. Desmarais continues with cross examination |
| 2:42 pm | Objection by Mr. Cassady; bench conference |
| 2:44 pm | Mr. Desmarais continues with cross examination |
| 2:59 pm | Objection by Mr. Cassady; bench conference |
| 3:01 pm | Jury out |
| 3:02 pm | Outside the presence of the jury, bench conference continues |
| 3:11 pm | Recess |
| 3:22 pm | Jury seated |
| 3:23 pm | Mr. Desmarais continues with cross examination of Mr. Larsen |
| 3:24 pm | Objection by Mr. Cassady; Mr. Desmarais responds; Court responds |
| 3:32 pm | Objection by Mr. Cassady |
| 4:18 pm | Objection by Mr. Cassady; Mr. Desmarais responds; Court - move on |
| 4:32 pm | Objection by Mr. Cassady; Court responds |
| 4:34 pm | Mr. Desmarais marks the demonstrative exhibits |
| 4:35 pm | Mr. Cassady begins re-direct examination of Mr. Larsen |
| 4:38 pm | Objection by Mr. Desmarais; bench conference |
| 4:40 pm | Mr. Cassady continues with re-direct examination |
| 4:44 pm | Objection by Mr. Desmarais; Court - rephrase the question |
| 4:47 pm | Objection by Mr. Desmarais; Court - rephrase the question |

| | |
|---|---|
| 4:56 pm | Objection by Mr. Desmarais; Court - rephrase the question |
| 4:57 pm | Objection by Mr. Desmarais; Court - rephrase the question |
| 4:59 pm | Bench conference |
| 5:05 pm | Mr. Desmarais begins re-cross examination of Mr. Larsen |
| 5:14 pm | Objection by Mr. Cassady; Court - just ask the question |
| 5:20 pm | Jury out |
| 5:21 pm | Outside the presence of the jury; bench conference |
| 5:24 pm | Recess |