IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| VIRNETX INC., et al | § § | |
| V. | § § | CIVIL NO. 6:12cv855 |
| APPLE INC. | § § | |

---

MINUTES FOR SIXTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 9, 2018

OPEN: 8:53 am                                                          ADJOURN: 5:56 pm

---

ATTORNEYS FOR PLAINTIFFS:   See Attorney Sign In Sheet from April 2, 2018

ATTORNEYS FOR DEFENDANT:  See Attorney Sign In Sheet from April 2, 2018

LAW CLERK:                  Aisha Haley

COURTROOM DEPUTY:           Betty Schroeder

COURT REPORTER:             Kelly Polvi

---

| | |
|---|---|
| 8:53 am | Outside the presence of the jury, Court advises the parties he will take up the filings regarding Dr. Jones testifying in the willfulness phase later; Mr. Appleby discusses an issue regarding Dr. Blaze's testimony; Mr. Caldwell responds; Court responds |
| 9:00 am | Jury seated |
| 9:02 am | Mr. Appleby continues with direct examination of Dr. Blaze |
| 9:48 am | Courtroom sealed |
| 9:54 am | Courtroom unsealed |
| 10:10 am | Mr. Appleby moves that the four boards used be marked as demonstrative exhibits; no objections |

| Time | Event |
|---|---|
| 10:11 am | Mr. Caldwell begins cross examination of Dr. Blaze |
| 10:36 am | Jury out |
| 10:37 am | Court advises the parties he expects objections to jury instructions to be put on the record at the end of the day |
| 10:37 am | Recess |
| 10:56 am | Jury seated |
| 10:57 am | Mr. Caldwell continues with cross examination of Dr. Blaze |
| 11:08 am | Courtroom sealed |
| 11:17 am | Courtroom unsealed |
| 11:32 am | Bench conference |
| 11:33 am | Mr. Caldwell continues with cross examination |
| 11:36 am | Objection by Mr. Appleby; bench conference |
| 11:45 am | Mr. Caldwell continues with cross examination |
| 12:00 pm | Mr. Appleby begins re-direct examination of Dr. Blaze |
| 12:07 pm | Objection by Mr. Caldwell; Mr. Appleby responds; Court - overruled |
| 12:12 pm | Objection by Mr. Caldwell; Mr. Appleby responds; Court - overruled |
| 12:18 pm | Bench conference |
| 12:19 pm | Mr. Caldwell begins re-cross examination of Dr. Blaze |
| 12:21 pm | Objection by Mr. Appleby; bench conference |
| 12:26 pm | Mr. Caldwell continues with re-cross examination |
| 12:29 pm | Mr. Appleby continues with re-direct examination of Dr. Blaze |
| 12:30 pm | Recess |
| 1:47 pm | Jury seated |

| | |
|---|---|
| 1:48 pm | Mr. Caldwell offers demonstrative exhibits into the record; no objections |
| 1:49 pm | Ms. Schmidt calls Dr. Deborah Jay; witness sworn in |
| 1:49 pm | Ms. Schmidt begins direct examination of Dr. Jay |
| 1:54 pm | Ms. Schmidt offers Dr. Jay as an expert in the field of consumer survey research and analysis; no objections |
| 2:17 pm | Mr. Ward begins cross examination of Dr. Jay |
| 2:30 pm | Ms. Schmidt begins re-direct examination of Dr. Jay |
| 2:40 pm | Mr. Ward begins re-cross examination of Dr. Jay |
| 2:43 pm | Mr. Desmarais calls Russell Binns; witness sworn in |
| 2:44 pm | Mr. Desmarais begins direct examination of Mr. Binns |
| 3:07 pm | Mr. Desmarais labels the demonstrative exhibit; no objection |
| 3:08 pm | Mr. Cassady begins cross examination of Mr. Binns |
| 3:18 pm | Mr. Desmarais begins re-direct examination |
| 3:22 pm | Recess |
| 3:38 pm | Jury seated |
| 3:39 pm | Ms. Heffernan calls Chris Bakewell; witness sworn in |
| 3:39 pm | Ms. Heffernan begins direct examination of Mr. Bakewell |
| 3:48 pm | Ms. Heffernan offers Mr. Bakewell as an expert in intellectual property valuation and patent damages |
| 4:04 pm | Objection by Mr. Ward; Ms. Heffernan responds; Court - overruled |
| 4:15 pm | Ms. Heffernan moves into evidence exhibits DTX 9-19 and 28; no objection |
| 4:17 pm | Ms. Heffernan moves into evidence exhibits DTX 26, 172 and 198; no objection |
| 4:18 pm | Bench conference |
| 4:21 pm | Ms. Heffernan continues with direct examination of Mr. Bakewell |

| Time | Event |
|---|---|
| 4:23 pm | Ms. Heffernan moves into evidence exhibit DTX 201; no objection |
| 4:37 pm | Ms. Heffernan labels the demonstrative exhibit; no objection |
| 4:38 pm | Mr. Ward offers exhibit PX 1201 into evidence; no objection |
| 4:38 pm | Mr. Ward begins cross examination of Mr. Bakewell |
| 4:41 pm | Bench conference |
| 4:42 pm | Mr. Ward continues with cross examination |
| 4:43 pm | Objection by Ms. Heffernan; Mr. Ward will rephrase the question |
| 4:43 pm | Objection by Ms. Heffernan; Court - overruled |
| 4:50 pm | Objection by Ms. Heffernan; bench conference |
| 4:51 pm | Mr. Ward continues with cross examination |
| 4:59 pm | Courtroom sealed |
| 5:02 pm | Courtroom unsealed; bench conference |
| 5:03 pm | Jury out |
| 5:03 pm | Outside the presence of the jury, Mr. Arovas argues the issue of a curative instruction; Mr. Caldwell responds; Court will take this under advisement; Court and parties discuss tomorrow's schedule; Mr. Caldwell requests an additional 10 minutes; Mr. Arovas responds; Court denies additional time |
| 5:11 pm | Mr. Summers and Mr. Mizzo inform the Court regarding the hypothetical negotiation date agreed upon (replaces first full paragraph on page 13); Mr. Summers and Mr. Mizzo discuss substantive points and objections to jury instructions; Court responds; Mr. Mizzo objects to the current verdict form; Mr. Summers responds; Court responds |
| 5:56 pm | Recess |