IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12cv855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR SEVENTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 10, 2018

OPEN: 8:43 am                                    ADJOURN: 5:16 pm

ATTORNEYS FOR PLAINTIFFS:   See Attorney Sign In Sheet from April 2, 2018

ATTORNEYS FOR DEFENDANT: See Attorney Sign In Sheet from April 2, 2018

LAW CLERK:                        Aisha Haley

COURTROOM DEPUTY:          Betty Schroeder

COURT REPORTER:              Kelly Polvi

| | |
|---|---|
| 8:43 am | Outside the presence of the jury, Ms. Heffernan and Mr. Summer discuss the verdict form; Court responds; Court discusses jury instructions with Mr. Appleby, Mr. Caldwell, Ms. Heffernan, Mr. Summers, and Mr. Mizzo; Court discusses today's schedule; Court discusses potential issues with rebuttal case; Mr. Caldwell and Mr. Arovas respond; Mr. Arovas and Mr. Curry discuss presenting JMOLs; Court responds |
| 9:21 am | Jury seated |
| 9:22 am | Mr. Ward continues with cross examination of Mr. Blakewell |
| 9:51 am | Ms. Heffernan begins re-direct examination of Mr. Blakewell |
| 10:03 am | Mr. Ward offers exhibit DTX 944.17 into the record; no objection; Mr. Ward begins re-cross examination of Mr. Blakewell |

| | |
|---|---|
| 10:06 am | Ms. Heffernan marks exhibit as demonstrative; no objection |
| 10:06 am | Ms. Heffernan advises the Court that Apple rests its case |
| 10:07 am | Mr. Curry calls Dr. Mark Jones as a rebuttal witness |
| 10:08 am | Mr. Curry begins direct examination of Dr. Jones |
| 10:24 am | Bench conference |
| 10:27 am | Mr. Appleby begins cross examination of Dr. Jones |
| 10:32 am | Courtroom sealed |
| 10:38 am | Courtroom unsealed; Mr. Appleby and Mr. Curry mark demonstratives; no objections |
| 10:39 am | Mr. Curry begins re-direct examination of Dr. Jones |
| 10:41 am | Mr. Appleby begins re-cross examination of Dr. Jones |
| 10:42 am | Courtroom sealed |
| 10:43 am | Courtroom unsealed |
| 10:43 am | Mr. Cassady submits the final list of admitted exhibits; no objections |
| 10:44 am | Mr. Caldwell advises the Court that Plaintiff rests |
| 10:45 am | Mr. Aaron Resetarits submits the final list of admitted exhibits; no objections |
| 10:46 am | Mr. Arovas advises the Court that Defendant rests |
| 10:46 am | Court informs the jury of the day's remaining schedule |
| 10:47 am | Jury out |
| 10:48 am | Mr. Summers argues a  JMOL as to direct infringement; Mr. Akshay Deoras responds; Court will carry the motion; Mr. Summers argues a JMOL as to $1.20 per unit in damages; Ms. Schmidt responds; Court will carry the motion |
| 11:05 am | Mr. Deoras argues a JMOL as to non-infringement; Mr. Summers responds; Court will carry the motion; Ms. Schmidt argues a JMOL as to damages; Mr. Summers responds; Court will carry the motion |

| | |
|---|---|
| 11:18 am | Recess |
| 11:37 am | Outside the presence of the jury, Court inquires of the parties' objections to the jury instructions; Mr. Mizzo informs the Court they will carry their objections forward; Mr. Summers advises the Court they have nothing further subject to last night's objections; Court inquires of time split during closing |
| 11:39 am | Jury seated |
| 11:40 am | Court gives instructions |
| 12:25 pm | Mr. Caldwell begins closing statement |
| 12:51 pm | Mr. Ward continues with closing statement |
| 1:01 pm | Mr. Arovas begins closing statement |
| 1:09 pm | Objection by Mr. Caldwell; Court informs Mr. Caldwell this is closing argument |
| 1:47 pm | Mr. Caldwell completes his closing statement |
| 2:00 pm | Court instructs the jury |
| 2:02 pm | Jury out |
| 2:03 pm | Recess |
| 2:59 pm | Outside the presence of the jury, the Court and parties (Mr. Demarais, Mr. Cassady, Mr. Caldwell, Mr. Curry, and Mr. Summers) discuss filings regarding the willfullness phase; 15 minutes per side for opening |
| 3:38 pm | Recess |
| 4:56 pm | Jury has reached a verdict |
| 5:06 pm | Jury seated |
| 5:06 pm | Court asks the foreperson if the verdict is unanimous; it is; Court reviews the verdict |
| 5:08 pm | Verdict is read |
| 5:09 pm | Jury polled; all jurors stood |
| 5:09 pm | Bench conference |

| 5:10 pm | Court thanks the jury for their service so far; informs them they will determine willfullness beginning tomorrow |
| 5:13 pm | Jury out |
| 5:14 pm | Outside the presence of the jury, Court instructs parties to meet and confer regarding the preliminary instructions; Mr. Caldwell responds; Court responds |
| 5:16 pm | Recess |