IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| VIRNETX INC., et al | § § | |
| V. | § § | CIVIL NO. 6:12cv855 |
| APPLE INC. | § § | |

MINUTES FOR EIGHTH DAY OF TRIAL- PHASE 2
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 11, 2018

OPEN: 8:46 am                                                                                      ADJOURN: 7:31 pm

ATTORNEYS FOR PLAINTIFFS:    See Attorney Sign In Sheet from April 2, 2018

ATTORNEYS FOR DEFENDANT:  See Attorney Sign In Sheet from April 2, 2018

LAW CLERK:                            Aisha Haley

COURTROOM DEPUTY:           Betty Schroeder

COURT REPORTER:                 Kelly Polvi

| | |
|---|---|
| 8:46 am | Outside the presence of the jury, the Court and parties (Mr. Desmarais and Mr. Cassady) discuss bringing in the prior verdicts and IPRs; Mr. Cassady advises the Court of the evidentiary matters that have been resolved; Mr. Cassady argues Mr. Stauffer testifying to the 311 patent/willfully infringing; Mr. Desmarais responds; Mr. Caldwell responds; Court responds; Mr. Summers argues preliminary instructions; Ms. Jennifer Przybylski responds; Court responds; Mr. Desmarais objects to VirnetX playing depositions of random Apple witnesses; Mr. Cassady responds |
| 9:09 am | Jury seated |
| 9:10 am | Court gives preliminary instructions |
| 9:21 am | Mr. Caldwell begins opening statement |

| | |
|---|---|
| 9:32 am | Mr. Chris Stewart calls Dr. Mark Jones; witness previously sworn in; Mr. Stewart begins direct examination of Dr. Jones |
| 9:52 am | Mr. Desmarais begins cross examination of Dr. Jones |
| 10:17 am | Mr. Stewart begins re-direct examination of Dr. Jones |
| 10:21 am | Mr. Desmarais begins re-cross examination of Dr. Jones |
| 10:23 am | Recess |
| 10:43 am | Outside the presence of the jury, Mr. Caldwell advises the Court the Plaintiff rests; Mr. Arovas questions as to whether Plaintiff will object to defendant making their JMOLs at a later time; no objection |
| 10:45 am | Jury seated; Mr. Caldwell informs the jury that the Plaintiff rests |
| 10:45 am | Mr. Desmarais gives opening statement |
| 10:59 am | Mr. Desmarais calls John Stauffer; witness sworn in |
| 10:59 am | Mr. Mike Stadnick begins direct examination of Mr. Stauffer |
| 11:18 am | Bench conference |
| 11:20 am | Mr. Stadnick continues with direct examination of Mr. Stauffer |
| 11:38 am | Mr. Ward begins cross examination of Mr. Stauffer |
| 12:05 pm | Mr. Stadnick begins re-direct examination of Mr. Stauffer |
| 12:10 pm | Mr. Ward begins re-cross examination of Mr. Stauffer |
| 12:12 pm | Recess |
| 1:19 pm | Outside the presence of the jury, bench conference |
| 1:20 pm | Jury seated |
| 1:21 pm | Mr. Desmarais calls Simon Patience by video deposition |
| 2:01 pm | Mr. Desmarais calls Lee Van Pelt; witness sworn in |
| 2:02 pm | Mr. Ameet Modi begins direct examination of Mr. Van Pelt |

| | |
|---|---|
| 2:19 pm | Mr. Modi offers exhibits DTX 93, 94, 97 and 98 into the record; no objections |
| 2:44 pm | Mr. Caldwell begins cross examination of Mr. Van Pelt |
| 2:48 pm | Courtroom sealed |
| 3:10 pm | Courtroom unsealed |
| 3:26 pm | Mr. Modi begins re-direct examination of Mr. Van Pelt |
| 3:27 pm | Mr. Caldwell begins re-cross examination of Mr. Van Pelt |
| 3:28 pm | Jury out |
| 3:28 pm | Outside the presence of the jury, Mr. Desmarais informs the Court that was their last witness |
| 3:29 pm | Recess |
| 3:43 pm | Outside the presence of the jury, Mr. Desmarais informs the Court Apple has filed its JMOLs today; Mr. Summers responds; Court will carry the motions; Mr. Summer moves for JMOL on willfulness; Mr. Desmarais responds; Court will carry the motion; Court informs the parties of the changes made to submissions of the party on the instructions; Mr. Summers argues VirnetX's objections; Ms. Przybylski responds; Court responds; Ms. Przybylski argues Apple's objections; Mr. Summers responds; Court responds |
| 3:56 pm | Recess |
| 4:01 pm | Outside the presence of the jury, Mr. Caldwell questions the Court regarding time split on closing; Court responds |
| 4:02 pm | Jury seated |
| 4:02 pm | Mr. Desmarais informs the Court that Apple rests; Mr. Cassady informs the Court that VirnetX rests; Mr. Cassady offers demonstrative exhibits into the record; no objections; Mr. Cassady offers final exhibit list; Mr. Desmarais offers exhibits 93, 94, 97 and 98; no objections |
| 4:03 pm | Court gives jury instructions |
| 4:22 pm | Mr. Caldwell begins closing statement |
| 4:35 pm | Mr. Desmarais gives closing statement |

| Time | Event |
|---|---|
| 4:50 pm | Mr. Caldwell completes closing statement |
| 4:54 pm | Jury out for deliberation |
| 4:55 pm | Recess |
| 5:19 pm | Note from jury - bench conference with counsel; response to jury note |
| 5:25 pm | Written response given to jury |
| 7:19 pm | Note from jury - verdict |
| 7:20 pm | Outside the presence of the jury, the Court informs the parties a verdict has been reached |
| 7:21 pm | Jury seated |
| 7:21 pm | Court asks the foreperson if the jury has reached a verdict; foreperson responds that a verdict has been reached and that it is unanimous |
| 7:22 pm | Verdict is read |
| 7:23 pm | Court polls the jury; all stood |
| 7:23 pm | Court thanks the jury |
| 7:26 pm | Jury excused |
| 7:26 pm | Outside the presence of the jury, the Court discusses post trial motions and timing; any corrections to transcript are to be provided to us by next Friday, April 20; within 30 days of the filing of transcripts all post-trial motions will be due; responses due 14 days later; replies due 7 days after that; page limits - motions 45 pages per side; responses 45 pages per side; 15 pages replies; parties are to meet and confer by next Friday to submit an agreed schedule for post-trial briefing; hearing will be set after agreed schedule; Mr. Caldwell questions the Court regarding sur-replies; Court will allow an additional 7 days for sur-replies and 15 pages; Court thanks everyone for a great job |
| 7:31 pm | Recess |