IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| | § | |
| v. | § | |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions provided by the Court during the Court's jury instructions. Your answers to each question must be unanimous.

As used herein, "'135 patent" means U.S. Patent No. 6,502,135; "'151 patent" means U.S. Patent No. 7,490,151; "'504 patent" means U.S. Patent No. 7,418,504; "'211 patent" means U.S. Patent No. 7,921,211.

1. Did VirnetX prove by a preponderance of the evidence that Apple's redesigned version of its VPN on Demand feature infringes the following claims of VirnetX's '135 & '151 patents?

   **Answer "Yes" or "No" for each Claim.**

   '135 Patent                           '151 Patent

   Claim 1    YES                        Claim 13    YES
   Claim 7    YES

*CONTINUE ON TO NEXT PAGE*

2. Did VirnetX prove by a preponderance of the evidence that Apple's redesigned version of the FaceTime feature infringes the following claims of VirnetX's '504 & '211 patents?

**Answer "Yes" or "No" for each Claim.**

'504 Patent

Claim 1 — YES
Claim 2 — YES
Claim 5 — YES
Claim 27 — YES

'211 Patent

Claim 36 — YES
Claim 47 — YES
Claim 51 — YES

*Answer Question 3 only if you answered "yes" for any of Questions 1 or 2 above. Otherwise, do not answer this question.*

3. What royalty do you find, by a preponderance of the evidence, would fairly and reasonably compensate VirnetX for any infringement that you have found?

$502,567,709.00

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: 10 APR 2018                    By: ██████████████████
                                         **JURY FOREPERSON**