IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., | § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | | |
| APPLE INC., | | |
| Defendant. | | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions provided by the Court during the Court's jury instructions. Your answers to each question must be unanimous.

As used herein, "'135 patent" means U.S. Patent No. 6,502,135; "'151 patent" means U.S. Patent No. 7,490,151; "'504 patent" means U.S. Patent No. 7,418,504; and "'211 patent" means U.S. Patent No. 7,921,211.

1. With respect to the redesigned VPN on Demand feature that was released in September 2013, did VirnetX prove by a preponderance of the evidence that Apple willfully infringed any of the following claims?

**Answer "Yes" or "No" for each Claim.**

'135 Patent

Claim 1 __YES__
Claim 7 __YES__

'151 Patent

Claim 13 __YES__

*CONTINUE ON TO NEXT PAGE*

2. With respect to the redesigned FaceTime feature that was released in September 2013, did VirnetX prove by a preponderance of the evidence that Apple willfully infringed any of the following claims?

**Answer "Yes" or "No" for each Claim.**

'504 Patent

Claim 1 __YES__
Claim 2 __YES__
Claim 5 __YES__
Claim 27 __YES__

'211 Patent

Claim 36 __YES__
Claim 47 __YES__
Claim 51 __YES__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: __11 APR 2018__      By: __[redacted]__
                              **JURY FOREPERSON**