## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **LEIDOS, INC.,** | § | **Civil Action No. 6:12-cv-00855-RWS** |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **APPLE INC.** | § | |
| | § | **JURY TRIAL DEMANDED** |

### ORDER ON JOINT MOTION FOR ENTRY OF POST-TRIAL BRIEFING SCHEDULE

The Court, having considered the parties' Joint Motion for Entry of Post-Trial Briefing Schedule, hereby **GRANTS** the motion and sets the post-trial briefing schedule as follows:

| Event | Date |
|---|---|
| Post-trial motions due (45 pages per side) | May 31, 2018 |
| Responses to post-trial motions due (45 pages per side) | June 13, 2018 |
| Replies in support of post-trial motions due (15 pages per side) | June 20, 2018 |
| Sur-replies re post-trial motions due (15 pages per side) | June 28, 2018 |
| Hearing on post-trial motions in **Texarkana, Texas.** | **10 a.m. on July 18, 2018** |

The parties are advised that any footnotes in their post-trial briefing shall not contain substantive argument.

  **SIGNED this 9th day of May, 2018.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE