**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., LEIDOS, INC., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § § | |
| Defendant. | § § | |

## ORDER

On August 30, 2018, the Court ordered the parties to submit a joint motion requesting redactions to the Court's August 30, 2018 Sealed Memorandum Opinion and Order (Docket No. 798). Docket No. 799. In response, the parties have filed a joint notice (Docket No. 803) indicating that neither party will seek to seal any portion of Docket No. 798 and that the Court may file publicly an unredacted version of Docket No. 798 without objection from the parties.

Accordingly, the Clerk of the Court is directed to unseal Docket No. 798.

**SIGNED this 4th day of September, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE