IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., and<br>LEIDOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | § § § § § § § § § § § § | No. 6:12-cv-00855-RWS<br><br><br>JURY TRIAL DEMANDED |

**<u>STIPULATED ORDER ON EXECUTION OF JUDGMENT AGAINST APPLE INC.</u>**

The parties have agreed as follows:

A.     Apple will not be required to post bond or other security pending appeal. Plaintiffs have agreed to accept the verification of Exhibit A to this Stipulated Order as sufficient evidence of Apple's present ability to satisfy the Judgment in this matter entered on August 30, 2018 ("Judgment in this matter" or "Judgment").

B.     Apple further agrees (i) to provide updated verifications, in the form of Exhibit B hereto, to Plaintiffs on a quarterly basis, confirming Apple's continuing ability to satisfy the Judgment in this matter and (ii) to report to Plaintiffs, in the form of Exhibit C hereto, within seven days of the Company's determination that its ability to satisfy the Judgment in this matter is compromised.

C.     Apple agrees that, as provided in Exhibit A, Apple will pay any payments then due under the Judgment within 20 days of completion of any appeal from the Judgment in this matter, as well as any proceedings seeking relief from the Judgment before the Supreme Court of the United States, and any remand proceedings in the event the court of appeals or Supreme Court

grants Apple relief from the Judgment, or within 20 days of the expiration of the times for initiating such appellate or Supreme Court proceedings.

D.     In reliance on the certification of Exhibit A and Apple's obligations in paragraphs B and C immediately above, Plaintiffs agree that they will not execute before 20 days after the completion of proceedings as provided in paragraph C.

E.     Any party can move the Court for modification, failing agreement between the parties on such modification, under any circumstances which that party deems sufficient to justify modification.

**Signed and agreed as to form and content:**

DATED:  September 12, 2018

/s/ Joseph A. Loy
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
David N. Draper
david.draper@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoas@kirkland.com
KIRKLAND & ELLIS LP
555 California Street
San Francisco, California 94104

                                          Michael E. Jones, ***Lead Attorney***
                                          Texas Bar No. 10969400
                                          mikejones@potterminton.com
                                          **POTTER MINTON**
                                          A Professional Corporation
                                          110 N. College Avenue, Suite 500
                                          Tyler, Texas 75702
                                          Telephone: (903) 597-8311
                                          Facsimile: (903) 593-0846

                                          **ATTORNEYS FOR PLAINTIFF APPLE INC.**