IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., and <br> LEIDOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 6:12-cv-00855-RWS <br><br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION CONCERNING APPLE'S iMESSAGE COUNTERCLAIMS

On April 10, 2018, Apple moved for judgment as a matter of law ("JMOL") under Federal Rule of Civil Procedure 50(a), requesting that the Court enter judgment of no infringement based on Apple's iMessage noninfringement counterclaim. 4/10/2018 Trial Tr. 111:1–17. The Court carried Apple's motion for consideration in connection with post-trial briefing. *Id.* at 113:1–6.

On May 31, 2018, Apple renewed its motion for JMOL under Federal Rule of Civil Procedure 50(b), requesting that the Court enter judgment of no infringement based on Apple's iMessage noninfringement counterclaim. Dkt. 775 at 14–15.

On August 30, 2018, the Court denied Apple's renewed motion for JMOL of no infringement based on Apple's iMessage counterclaim. Dkt. 798 at 24. In denying Apple's motion, the Court stated that, with respect to iMessage, "Apple's counterclaim for declaratory judgment of noninfringement has not been dismissed." *Id.*

On August 30, 2018, the Court entered final judgment. Dkt. 801.  The final judgment did not expressly state the disposition of Apple's counterclaim of noninfringement for iMessage.  *Id.*

For the avoidance of doubt, the parties stipulate that the Court's August 30, 2018 order and judgment dismissed Apple's counterclaim for declaratory judgment of noninfringement as to iMessage without prejudice.  To the extent necessary, the parties stipulate to dismissal without prejudice under Rule 41(a)(1)(A)(ii) and (c) of Apple's counterclaim for declaratory judgment of noninfringement as to iMessage.

Dated: September 27, 2018

*/s/ Bradley W. Caldwell (with permission)*
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Warren J. McCarty, III
E-mail: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
1717 McKinney Ave., Suite 700
Dallas, Texas 75202
Telephone: (214) 810-4705
Telecopier: (214) 481-1757

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR VIRNETX INC.**

*/s/ Donald Urrbazo (with permission)*
Andy Tindel
State Bar No. 20054500
E-mail: atindel@andytindel.com
**MANN, TINDEL & THOMPSON - ATTORNEYS AT LAW**
112 E. Line, Ste. 304
Tyler, TX 75702

Respectfully submitted,

*/s/ Joseph A. Loy*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

Telephone: (903) 596-0900
Facsimile: (903) 596-0909

*Of Counsel:*

Donald Urrbazo (*Pro Hac Vice*)
California State Bar No. 489509
Email: donaldu@ulawpc.com
Arturo Padilla (Pro Hac Vice)
California State bar No. 188902
Email: apadilla@ulawpc.com
**URRABAZO LAW, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF LEIDOS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 27th day of September, 2018. Local Rule CV-5(a)(3)(A).

<div style="text-align:right">

*/s/ Joseph A. Loy*

</div>