IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., and LEIDOS, INC., | § § § | |
| Plaintiffs, | § § | No. 6:12-cv-00855-RWS |
| v. | § § | |
| APPLE INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## ORDER

The Court, having considered Defendant Apple Inc.'s Unopposed Motion to Modify the Accounting Deadline (Docket No. 810), finds that the motion should be **GRANTED**.

**SIGNED this 15th day of October, 2018.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE