# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| | § | |
| v. | § | |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

In light of the Federal Circuit's opinion remanding this matter for further proceedings, see *VirnetX, Inc. v. Apple Inc.*, Case No. 19-1050, 2019 U.S. App. LEXIS 34866 (Fed. Cir. Nov. 22, 2019), *modified* (Fed. Cir. Nov. 26, 2019). The parties are

**ORDERED** to meet and confer and file a joint notice within **seven (7) days** of this Order, indicating whether the parties agree on whether a new trial is necessary. If the parties do not agree, they are further

**ORDERED** to meet and confer and file a proposed briefing schedule on the necessity of a new trial within **seven (7) days** of this Order. Briefing, if necessary, shall be completed by **March 11, 2020.**

**So ORDERED and SIGNED this 18th day of February, 2020.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE