## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the parties' Joint Notice Regarding New Trial. Docket No. 822. It is therefore

**ORDERED** that the parties shall brief whether a new trial is necessary according to the following schedule:

| FILING | DATE | PAGE LIMIT |
|---|---|---|
| Plaintiffs' Opening Filing | February 28, 2020 | 20 pages |
| Defendant's Response | March 6, 2020 | 20 pages |
| Plaintiffs' Reply | March 9, 2020 | 5 pages |
| Defendant's Surreply | March 11, 2020 | 5 pages |

The Court anticipates setting this matter for hearing soon after briefing concludes, likely during the week of March 16 or the week of March 23. A separate order shall follow.

**So ORDERED and SIGNED this 26th day of February, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE