# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., ET AL., | § |
| Plaintiffs, | § |
| | § CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § |
| APPLE INC., | § |
| Defendant. | § |

## ORDER

The Court hereby **SETS** the above-titled matter for a telephonic hearing at **10 a.m. CDT** on **April 14, 2020**. The parties should be prepared to discuss the filings made in response to Docket No. 821 (*i.e.*, whether a new trial is necessary), any additional fact or expert discovery that will be required, a schedule for completing such discovery, and any other anticipated tasks necessary for resolution of the issues on remand. It is

**ORDERED** that, although any counsel of record may attend the telephonic hearing, each party shall designate one attorney only to present argument and respond to any questions. It is further

**ORDERED** that the parties shall circulate dial-in conference call information for this hearing at least 24 hours prior to the hearing. The parties shall jointly email the dial-in information to Kain_Day@txed.uscourts.gov.

**So ORDERED and SIGNED this 1st day of April, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE