# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** § | | |
| **LEIDOS, INC.,** § | Civil Action No. 6:12-cv-855-RWS | |
| § | | |
| § | ▮▮▮▮▮▮▮▮▮▮ | |
| **v.** § | | |
| § | | |
| § | **JURY TRIAL DEMANDED** | |
| **APPLE INC.** § | | |

## DEFENDANT APPLE INC.'S NOTICE OF FILING OF
## APRIL 14, 2020 HEARING PRESENTATION

Apple hereby files the PowerPoint slides that it presented at the April 14, 2020 Hearing in Case No. 12-cv-855. The presentation is attached hereto as Exhibit 1.

Dated: April 14, 2020

Respectfully submitted,

By:     */s/ Leslie M. Schmidt*
    Gregory S. Arovas
    greg.arovas@kirkland.com
    Robert A. Appleby
    robert.appleby@kirkland.com
    Jeanne M. Heffernan
    jeanne.heffernan@kirkland.com
    Joseph A. Loy
    joseph.loy@kirkland.com
    Leslie M. Schmidt
    leslie.schmidt@kirkland.com
    David N. Draper
    david.draper@kirkland.com
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900

    Akshay S. Deoras
    akshay.deoras@kirkland.com

>KIRKLAND & ELLIS LLP
>555 California Street
>San Francisco, CA 94104
>Telephone: (415) 439-1400
>Facsimile: (415) 439-1500
>
>Michael E. Jones
>Texas Bar No. 10969400
>mikejones@potterminton.com
>POTTER MINTON
>A Professional Corporation
>110 N. College Avenue, Suite 500
>Tyler, Texas 75702
>Telephone: (903) 597-8311
>Facsimile: (903) 593-0846
>
>Attorneys for Apple Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on April 14, 2020.

I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this documents, under seal, pursuant to L.R. CV-5(a)(7) on April 14, 2020

>*/s/ Leslie M. Schmidt*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

>*/s/ Leslie M. Schmidt*