**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § § | |
| Defendant. | § § | |

**ORDER**

Today, the Court entered its Order on the pending motion for entry of judgment under seal. To maintain the general public interest in the disclosure of court records, the Court plans to file an unsealed version within two weeks. Following a meet and confer, the parties may file a joint sealed motion to redact limited portions of the order within one week of this order. The parties shall request as few redactions as possible and provide "sufficiently compelling reasons that override the public policies favoring disclosure." *See S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *see also Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013). The parties shall attach to their motion the Court's Order with the proposed redactions.

**So ORDERED and SIGNED this 23rd day of April, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE