# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | C.A. No. 6:12-cv-00855-RWS |
| § | |
| APPLE INC., § | |
| § | |
| Defendant. § | **JURY TRIAL DEMANDED** |
| § | |
| § | |

## PLAINTIFF VIRNETX INC.'S NOTICE REGARDING REDACTIONS

Pursuant to the Court's April 23, 2020 Order (Dkt. No. 841), VirnetX Inc. ("VirnetX") hereby files this Notice Regarding Redactions. The parties have reviewed the Sealed Memorandum Opinion and Order entered April 23, 2020, and hereby notify the Court that the parties will not be requesting redactions to the Order.

DATED: April 30, 2020.

Respectfully submitted,

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No.
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2121 N. Pearl St., Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000

      Email:  rmparker@pbatyler.com
      R. Christopher Bunt
      Texas State Bar No. 00787165
      Email:  rcbunt@pbatyler.com
      Charles Ainsworth
      Texas State Bar No. 00783521
      Email:  charley@pbatyler.com
      **PARKER, BUNT & AINSWORTH, P.C.**
      100 East Ferguson, Suite 1114
      Tyler, Texas 75702
      Telephone: (903) 531-3535
      Telecopier: (903) 533-9687

      T. John Ward, Jr.
      Texas State Bar No. 00794818
      Claire Abernathy Henry
      Texas State Bar No. 24053063
      **WARD, SMITH, & HILL PLLC**
      1507 Bill Owens Parkway
      Longview, Texas 75604
      (903) 757-6400
      (903) 757-2323 (fax)
      jw@jwfirm.com
      wh@wsfirm.com
      claire@wsfirm.com

      **ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 30, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

      */s/ Jason D. Cassady*
      Jason D. Cassady

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for VirnetX and counsel for Apple met and conferred pursuant to the Court's order.  Apple has informed VirnetX that they do not intend to file a motion for redactions.

*/s/ Jason D. Cassady*
Jason D. Cassady
