**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| | § | |
| v. | § | |
| | § | |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On April 23, 2020, the Court ordered the parties to submit a joint motion requesting any necessary redactions to the Court's April 23, 2020 Order (Docket No. 840) prior to its unsealing. Docket No. 841. In response, the parties have filed a joint notice (Docket No. 843) indicating that neither party will seek to seal any portion of Docket No. 840.

Accordingly, the Clerk of the Court is directed to unseal Docket No. 840.

**So ORDERED and SIGNED this 1st day of May, 2020.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE