# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **LEIDOS, INC.** | § | |
| | § | **Civil Action No. 6:12-cv-855-RWS** |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| v. | § | |
| | § | |
| **APPLE INC.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant**. | § | |

## TWELFTH AMENDED DOCKET CONTROL ORDER

It is hereby **ORDERED** that the following schedule of deadlines is amended and is in effect until further order of this Court:

| Event | Date |
|---|---|
| Parties to File **Motion to Seal Trial Exhibits**, if they wish to seal any highly confidential exhibits. | 3 DAYS after conclusion of Trial |
| **9:00 a.m. JURY TRIAL as reached at the United States District Court, 211 W. Ferguson, 3rd Floor, Tyler, Texas.**<br><br>Court designated date – not flexible without good cause - Motion Required | August 17, 2020 |
| **9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 3rd Floor, Tyler, Texas.**<br><br>Court designated date – not flexible without good cause - Motion Required | August 17, 2020 |
| **10:00 a.m. PRETRIAL CONFERENCE at the United States District Court, Texarkana, Texas.**<br><br>Court designated date – not flexible without good cause - Motion Required | August 3, 2020 |

| Event | Date |
|---|---|
| Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. | July 14, 2020 |
| **Objections to Rebuttal Deposition Testimony due** | July 29, 2020 |
| **Exhibit List Objections due.** | July 24, 2020 |
| **Rebuttal Designations and Objections to Deposition Testimony due**. Cross examination line and page numbers to be included. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. | July 27, 2020 |
| **Responses to Motions *in Limine*, including *Daubert* motions, due.** | July 23, 2020 |
| **Parties Exchange Stickered Copies of Trial Exhibits** | July 20, 2020 |
| Parties to file joint proposed **Juror Questionnaires** | July 8, 2020 |
| **Motions *in Limine*, including *Daubert* motions, due**. The parties are directed to confer and advise the Court on or before 3 p.m. the day before the pre-trial conference which paragraphs are agreed to and those that need to be addressed at the pretrial conference. | July 16, 2020 |
| **Pretrial Disclosures due.** Exhibit Lists and Video and Stenographic Deposition Designation due. Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. | July 15, 2020 |
| **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials due**. Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench. | July 9, 2020 |

| Event | Date |
|---|---|
| **Witness Lists Due** Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due. If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court | July 9, 2020 |
| **Close of Expert Discovery** | June 30, 2020 |
| **Supplemental Expert Reports (Party without burden)** | June 19, 2020 |
| **Supplemental Expert Reports (Party with burden)** | June 5, 2020 |
| **Close of Fact Discovery** | May 28, 2020 |

**So ORDERED and SIGNED this 6th day of May, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE