## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § § | |
| Defendant. | § § § | |

## ORDER

The Court hereby **SETS** VirnetX's Motion to Compel (Docket No. 852) for a telephonic hearing at **2 p.m. CDT** on **June 18, 2020**. It is

**ORDERED** that, although any counsel of record may attend the telephonic hearing, each party shall designate one attorney only to present argument and respond to any questions. It is further

**ORDERED** that the parties shall circulate dial-in conference call information for this hearing at least 24 hours prior to the hearing. The parties shall jointly email the dial-in information to [Kain_Day@txed.uscourts.gov](mailto:Kain_Day@txed.uscourts.gov).

The parties are reminded of their obligation to comply with the Standing Order Regarding "Meet and Confer" Obligations to Discovery Disputes.

**So ORDERED and SIGNED this 12th day of June, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE