**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC. AND** § | | |
| **LEIDOS, INC.,** § | **Civil Action No. 6:12-cv-00855-RWS** | |
| § | | |
| **Plaintiffs**, § | | |
| § | | |
| **v.** § | | |
| § | | |
| **APPLE INC.** § | | |
| § | **JURY TRIAL DEMANDED** | |
| **Defendant**. § | | |

**JOINT NOTICE REGARDING MEET AND CONFER**

Pursuant to the Court's Standing Order Regarding Meet and Confer Obligations Related to Discovery Disputes, Plaintiff VirnetX Inc. and Apple Inc. hereby file this Joint Notice Regarding Meet and Confer.

On Monday June 15, 2020 at 11am Central time, Counsel for Apple Greg Arovas of Kirkland & Ellis LLP and Mike Jones of Potter Minton conferred with Counsel for VirnetX Jason Cassady of Caldwell Cassady Curry and Chris Bunt of Parker Bunt and Ainsworth regarding VirnetX's motion to compel [Dkt. 852] pursuant to Local Rule CV-7(h).  Counsel discussed the motion and agreed that no compromise could be reached at this time.

Later the same day, Greg Arovas and Brad Caldwell of Caldwell Cassady Curry had a follow up call to comply with the local rule and to be certain that no compromise could be reached.  At this time, the parties respectfully request that the Court resolve the issue between the parties.

Dated: June 16, 2020

/s/ Jason D. Cassady
Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
E-mail: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

Andy Tindel
State Bar No. 20054500
E-mail: atindel@andytindel.com

Respectfully submitted,

/s/ Leslie M. Schmidt
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

**MANN, TINDEL & THOMPSON -**
**ATTORNEYS AT LAW**
112 E. Line, Ste. 304
Tyler, TX 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

*Of Counsel:*

Donald Urrbazo (*Pro Hac Vice*)
California State Bar No. 489509
Email: donaldu@ulawpc.com
**URRABAZO LAW, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF**
**LEIDOS, INC.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that all counsel of record who have consented to electronic

service are being served with a copy of this document via the Court's CM/ECF system pursuant

to Local Rule CV-5(a)(3) on this the 16th day of June, 2020.

*/s/ Jason D. Cassady*
Jason D. Cassady