IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JUNE 18, 2020

OPEN: 2:00 p.m.                                                                                          ADJOURN: 2:47 p.m.

ATTORNEYS FOR PLAINTIFFS:   Jason Cassady, Austin Curry, Daniel Pearson, Claire Henry, Chris Bunt, Bailey Blaies and Andy Tindel

ATTORNEY FOR DEFENDANTS:   Greg Arovas, Robert Appleby, Jeanne Hefferman, Leslie Schmidt, Nathaniel DeLucia, Akshay Deoras and Mike Jones

LAW CLERK:                Kain Day

COURTROOM DEPUTY:         Shedera Combs

COURT REPORTER:           Cindy Donald

(VIA TELEPHONE)

| | |
|---|---|
| 2:00 p.m. | Case called; Parties introduced themselves and announced ready; Court welcomes everyone and gives preliminary comments |
| 2:04 p.m. | Jason Cassady argues motion to compel |
| 2:13 p.m. | Court questions re relevance of documents to damages; Mr. Cassady responds |
| 2:21 p.m. | Court questions re delay in filing motion; Mr. Cassady responds |

| | |
|---|---|
| 2:24 p.m. | Court questions re slides being used; Mr. Cassady responds |
| 2:26 p.m. | Leslie Schmidt responds re motion to compel |
| 2:32 p.m. | Court questions re timing for documents to be searched for and produced; Ms. Schmidt responds |
| 2:36 p.m. | Court questions re royalty rates; Ms. Schmidt responds |
| 2:38 p.m. | Mr. Cassady rebuttal argument |
| 2:40 p.m. | Court questions re not being previously raised; Mr. Cassady responds |
| 2:42 p.m. | Ms. Schmidt addresses previous production and willingness to increase custodians |
| 2:45 p.m. | Court questions re general case status and other matters that need to be addressed; Mr. Cassady responds; Gregory Arovas responds |
| 2:47 p.m. | Adjourned |