# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND LEIDOS, INC.**, | § § § § § § § § § § § § | Civil Action No. 6:12-cv-855-RWS |
| Plaintiffs, | | |
| v. | | |
| **APPLE INC.** | | **JURY TRIAL DEMANDED** |
| Defendant. | | |

## VIRNETX INC,'S UNOPPOSED MOTION TO TAKE APPLE'S EXPERT'S DEPOSITION OUT OF TIME

VirnetX Inc. hereby files this Unopposed Motion to Take Apple's Expert's Deposition Out of Time.  VirnetX humbly requests that the Court allow VirnetX to take the deposition of Christopher Bakewell on July 2nd, 2020.

DATED:  July 1, 2020

Respectfully submitted,

**CALDWELL CASSADY & CURRY**

/s/ *Jason D. Cassady*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email:  jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email:  acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email:  dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268

    Email: hhamad@caldwellcc.com
    Justin T. Nemunaitis
    Texas State Bar No. 24065815
    Email: jnemunaitis@caldwellcc.com
    Christopher S. Stewart
    Texas State Bar No. 24079399
    Email: cstewart@caldwellcc.com
    John F. Summers
    Texas State Bar No. 24079417
    Email: jsummers@caldwellcc.com
    Warren J. McCarty, III
    Texas State Bar No. 24107857
    Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

    Robert M. Parker
    Texas State Bar No. 15498000
    Email: rmparker@pbatyler.com
    R. Christopher Bunt
    Texas State Bar No. 00787165
    Email: rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

    T. John Ward, Jr.
    Texas State Bar No. 00794818
    Email: jw@wsfirm.com
    Claire Abernathy Henry
    Texas State Bar No. 24053063
    Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 1st day of July 2020.

*/s/ Jason D. Cassady*
Jason D. Cassady
