# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND LEIDOS, INC.,** | § § § § | **Civil Action No. 6:12-cv-855-RWS** |
| Plaintiffs, | § | |
| v. | § § | |
| **APPLE INC.** | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## ORDER

Before the Court is VirnetX Inc.'s Unopposed Motion to Take Apple's Expert's Deposition Out of Time. After considering the Motion, the Court hereby **GRANTS** the motion.