**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC., et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | C.A. No. 6:12-cv-00855-RWS |
| **APPLE INC.,** | § § § | |
| **Defendant.** | § § § § | **JURY TRIAL DEMANDED** |

**PLAINTIFF VIRNETX INC.'S NOTICE REGARDING REDACTIONS**

Pursuant to the Court's June 25, 2020 Order (Dkt. No. 872), VirnetX Inc. ("VirnetX") hereby files this Notice Regarding Redactions. The parties have reviewed the Sealed Order entered June 24, 2020 (Dkt. 871), and hereby notify the Court that the parties will not be requesting redactions to the Order.

DATED: July 1, 2020.                              Respectfully submitted,

/s/ *Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2121 N. Pearl St., Suite 1200
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

    Robert M. Parker
    Texas State Bar No. 15498000
    Email:  rmparker@pbatyler.com
    R. Christopher Bunt
    Texas State Bar No. 00787165
    Email:  rcbunt@pbatyler.com
    Charles Ainsworth
    Texas State Bar No. 00783521
    Email:  charley@pbatyler.com
    **PARKER, BUNT & AINSWORTH, P.C.**
    100 East Ferguson, Suite 1114
    Tyler, Texas 75702
    Telephone: (903) 531-3535
    Telecopier: (903) 533-9687

    T. John Ward, Jr.
    Texas State Bar No. 00794818
    Claire Abernathy Henry
    Texas State Bar No. 24053063
    **WARD, SMITH, & HILL PLLC**
    1507 Bill Owens Parkway
    Longview, Texas 75604
    (903) 757-6400
    (903) 757-2323 (fax)
    jw@jwfirm.com
    wh@wsfirm.com
    claire@wsfirm.com

    **ATTORNEYS FOR PLAINTIFF VIRNETX INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on July 1, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

    */s/ Jason D. Cassady*
    Jason D. Cassady

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for VirnetX and counsel for Apple met and conferred pursuant to the Court's order.  Apple has informed VirnetX that they do not intend to file a motion for redactions.

*/s/ Jason D. Cassady*
Jason D. Cassady
