# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., ET AL., | § |
| Plaintiffs, | § CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § |
| APPLE INC., | § |
| Defendant. | § |

## ORDER

On June 25, 2020, the Court ordered the parties to submit a joint motion requesting any necessary redactions to the Court's June 24, 2020 Order (Docket No. 871) prior to its unsealing. Docket No. 872. In response, the parties have filed a joint notice (Docket No. 875) indicating that neither party will seek to seal any portion of Docket No. 871.

Accordingly, the Clerk of the Court is directed to unseal Docket No. 871.

**So ORDERED and SIGNED this 2nd day of July, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE