# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is VirnetX's Unopposed Motion to Take Apple's Expert's Deposition Out of Time. Docket No. 874. Finding good cause, that motion is **GRANTED**.

**So ORDERED and SIGNED this 2nd day of July, 2020.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE