IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX, INC. AND LEIDOS, INC.,** | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:12-cv-855-RWS |
| v. | § § § | |
| **APPLE INC.** | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## NOTICE OF REQUEST FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING BY DEFENDANT APPLE INC.

Pursuant to the Court's Twelfth Amended Docket Control Order entered in the above-referenced action (Dkt. No. 849), Defendant Apple Inc. hereby requests daily transcripts and real-time reporting of the court proceedings during all phases of the trial of this action.

Dated: July 9, 2020            Respectfully submitted,

By: */s/ Michael E. Jones*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
David N. Draper
david.draper@kirkland.com
Aaron D. Resetarits
aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
nathaniel.delucia@kirkland.com
Ryan Jin
ryan.jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Christopher Mizzo
chris.mizzo@kirkland.com
John C. O'Quinn
john.o'quinn@kirkland.com
Nathan S. Mammen
nathan.mammen@kirkland.com
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Michael E. Jones  
Texas Bar No. 10969400  
mikejones@potterminton.com  
**POTTER MINTON**  
A Professional Corporation  
110 N. College Avenue, Suite 500  
Tyler, Texas 75702  
Telephone: (903) 597-8311  
Facsimile: (903) 593-0846  

**ATTORNEYS FOR APPLE INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 9, 2020.

*/s/ Michael E. Jones*