**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

**ORDER**

Before the Court is the parties' Joint Motion for Submission of Juror Questionnaire. Docket No. 878.  Finding good cause, that motion is **GRANTED-AS-MODIFIED**.  On page three, "❑Male  ❑Female" will be replaced with "Gender: _____[.]"

**So ORDERED and SIGNED this 9th day of July, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE