# *Exhibit A*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VIRNETX INC., and LEIDOS, INC.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **v.** § | **C.A. No. 6:12-cv-00855-RWS** |
| § | |
| **APPLE INC.,** § | |
| § | **JURY TRIAL DEMANDED** |
| **Defendant.** § | |
| § | |
| § | |

**VIRNETX INC.'S TRIAL WITNESS LIST**

      Pursuant to the Twelfth Amended Docket Control Order (Dkt. No. 849), entered in

this case, Plaintiff VirnetX Inc. ("VirnetX") files this Trial Witness List for identification

and categorization of trial witnesses.

      At this time, VirnetX identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | **Jones, Mark T.** Employer: Virginia Polytechnic Institute and State University Topics:  Infringement; Validity; Patents-In-Suit; Technology-In-Suit; Accused Products | √ | | |
| 2. | **Larsen, Kendall S.** Employer: VirnetX, Inc. Topics: Technology-in-Suit; Patents-In-Suit; VirnetX | √ | | |
| 3. | **Larson, Victor J.** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | | | √ |
| 4. | **Mathur, Sameer** | | √ | |

| | WITNESS | (A) WILL CALL | (B) MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| | Employer: VirnetX, Inc. Topics: Technology-in-Suit; Patents-In-Suit; VirnetX | | | |
| 5. | **Munger, Edmund Colby** Employer: Retired Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | √ | | |
| 6. | **Short, III, Robert Dunham** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | √ | | |
| 7. | **Williamson, Mike** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | | | √ |
| 8. | **Wood, Greg** Employer: VirnetX, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX | | | √ |
| 9. | **Weinstein, Roy** Employer: Micronomics, Inc. Topic:  Damages | √ | | |
| 10. | **Wecker, William** Employer: William E. Wecker Associates, Inc. Topic:  Damages | | | √ |
| 11. | **Leidos Representative** Employer: Leidos, Inc. Topics:  Technology-In-Suit; Patents-In-Suit; VirnetX; SAIC/Leidos | | | √ |
| 12. | **Defendant's Corporate Representative(s) at trial** Employer: Apple Topics: TBD once Apple identifies this witness | | √ | |
| 13. | **Gates, Patrick** Employer: Apple, Inc. Topics:  Accused Products; Technology-In-Suit; Patents-In-Suit; Damages; Apple | | √ | |
| 14. | **Allie, Christophe** Employer: Apple, Inc. | | √ | |

|  | WITNESS | (A)<br>WILL CALL | (B)<br>MAY CALL | PROBABLY<br>WILL NOT<br>CALL |
|---|---|---|---|---|
|  | Topics:  Accused Products; Technology-In-Suit; Patents-In-Suit |  |  |  |
| 15. | **Matthew Blaze**<br>Employer: University of Pennsylvania<br>Topics: Infringement, Patents-in-Suit, Technology-in-Suit. |  | √ |  |
| 16. | **Lee Van Pelt**<br>Employer: Van Pelt, Yi & James<br>Topics: Damages, Indirect Infringement, Willfulness |  |  | √ |
| 17. | **Any Apple Witness Called at the Prior Trials Between the Parties**<br><br>Topics: Infringement, Damages, Willfulness, Technology-in-Suit, Patents-in-Suit. |  | √ |  |
| 18. | Testimony provided, produced, and/or taken in this case |  | √ |  |

VirnetX expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Defendant's witness lists.   VirnetX expressly identifies these witnesses as being relevant to damages or rebuttal to Apple's damages positions.   VirnetX hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.  VirnetX reserves the right to call anyone on Apple's witness list and/or initial disclosures.  Many witnesses presented by VirnetX or Apple would only be relevant to legal issues.  VirnetX objects to the presentation of legal issues to the jury.

DATED:  July 9, 2020.

Respectfully submitted,

**CALDWELL CASSADY CURRY P.C.**

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas State Bar No. 24040630

Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815
Email:  jnemunaitis@caldwellcc.com
Chris S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert M. Parker
Texas State Bar No. 15498000
Email:  rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email:  rcbunt@pbatyler.com
Charles Ainsworth
Texas State Bar No. 00783521
Email:  charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 9th day July, 2020.  Local Rule CV-5(a)(3)(A).

   */s/ Jason Cassady*
Jason D. Cassady