*Exhibit B*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. AND LEIDOS, INC., | § § § | Civil Action No. 6:12-cv-855-RWS |
| Plaintiffs, | § § | |
| v. | § § | |
| APPLE INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## DEFENDANT APPLE INC.'S WITNESS LIST

Pursuant to the Court's Twelfth Amended Docket Control Order (D.I. 849) entered in this action, Defendant Apple Inc. ("Apple") hereby respectfully submits its Trial Witness List for identification and categorization of trial witnesses. Apple includes in this trial witness list individuals who may be listed on Plaintiffs' opening and rebuttal witness lists without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony. Apple's trial witness list relates to the current action (6:12-cv-855-RWS) only. Apple expressly reserves the right to modify, supplement, or amend this trial witness list in response to Plaintiffs' witness lists, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court.

At this time, Apple identifies the following witnesses for trial:[1]

---

[1] To the extent a witness is not available to offer live testimony, Apple may present deposition testimony for each such respective witness irrespective of whether the witness is designated as may call by deposition.

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **W. Christopher Bakewell**  Employer: Duff & Phelps  Topic: Damages | X | | |
| **Matthew Blaze**  Employer: University of Pennsylvania  Topic: Patents-in-Suit; Technology-in-Suit; Accused Products | X | | |
| **Heather Mewes**  Employer: Apple Inc.  Topic: Licensing | X | | |
| **E. Deborah Jay**  Employer: Jay Survey Strategics LLC  Topic: Damages | | X | |
| **Darin Adler**  Employer: Apple Inc.  Topic: Accused Products | | X | |
| **Russell Binns**  Employer: Allied Security Trust  Licensing; Communications with VirnetX | X | | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Deidre Caldbeck**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Donald Foley**<br><br>Employer: Leidos, Inc.; Martingale Consulting<br><br>Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Thomas Jansen**<br><br>Employer: Crissy Field GmbH<br><br>Topic: Accused Products | | | X |
| **Michael Jaynes**<br><br>Employer: Apple Inc.<br><br>Topic: Finance | | | X |
| **Gerald Kenney**<br><br>Employer: Unisys<br><br>Licensing; Communications with VirnetX | | | X |
| **Mitel Representative**<br><br>Employer: Mitel Networks Corporation<br><br>Licensing; Communications with VirnetX | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Jeffrey P. Kushan**<br><br>Employer: Sidley Austin LLP<br><br>Topic: Patents-in-Suit; Patent Office Proceedings | | | X |
| **Toby Kusmer**<br><br>Employer: McDermott Will & Emery LLP<br><br>Topic: Patent Prosecution | | | X |
| **Kendall Larsen**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |
| **Victor Larson**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Sameer Mathur**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Licensing; Patents-in-Suit; Technology-in-Suit | | X | |
| **Daniel McFadden**<br><br>Employer: University of California, Berkeley; University of Southern California; The Brattle Group<br><br>Topic: Damages | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Edmund Colby Munger**<br><br>Employer: Retired<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Simon Patience**<br><br>Employer: Retired<br><br>Topic: Accused Products | | | X |
| **Robert Short**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **John Stauffer**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |
| **Gokul Thirumalai**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Michael Williamson**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX; Patents-in-Suit; Technology-in-Suit | | X | |
| **Jamie Wood**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | X | |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Justin Wood** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **Andy Yang** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **Joe Abuan** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **Chris Becherer** <br><br> Employer: Rdio <br><br> Topic: Accused Products | | | X |
| **William Becker** <br><br> Employer: SafeNet, Inc. <br><br> Topic: Licensing; Communications with VirnetX | | | X |
| **Darryl Bleau** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **George Bonanto** <br><br> Employer: Google Inc. <br><br> Topic: Communications with VirnetX | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Mark Buckley** <br><br> Employer: Unknown <br><br> Topic: Finance | | | X |
| **Adam Bulakowski** <br><br> Employer: ipCapital Group <br><br> Topic: Services provided to VirnetX | | | X |
| **Jeremy Butcher** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **Frank Casanova** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products and Corporate History | | | X |
| **Patrick Gates** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |
| **John Glancy** <br><br> Employer: Unknown <br><br> Topic: SAIC/Leidos; Technology-in-Suit | | | X |
| **Jurgen Gobien** <br><br> Employer: Leidos, Inc. <br><br> Topic: SAIC/Leidos; VirnetX; Technology-in-Suit | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Edward Hendrick** <br><br> Employer: Unknown <br><br> Topic: SAIC/Leidos; Technology-in-Suit | | | X |
| **Michael Lachuk** <br><br> Employer: Leidos, Inc. <br><br> Topic: SAIC/Leidos; VirnetX; Patents-in-Suit; Technology-in-Suit | | | X |
| **Robert Moline** <br><br> Employer: PricewaterhouseCoopers LLP <br><br> Topic: Finance | | | X |
| **Kevin Raidy** <br><br> Employer: Cowen & Co. <br><br> Topic: Services provided to VirnetX | | | X |
| **Art Rangel** <br><br> Employer: Retired <br><br> Topic: Accused Products | | | X |
| **Jeffrey Risher** <br><br> Employer: Tesla <br><br> Topic: Licensing | | | X |
| **Ronak Shah** <br><br> Employer: Apple Inc. <br><br> Topic: Accused Products | | | X |

| WITNESS | WILL CALL LIVE | MAY CALL LIVE OR BY DEPOSITION | MAY, BUT PROBABLY WILL NOT, CALL LIVE OR BY DEPOSITION |
|---|---|---|---|
| **Erik Strahm**<br><br>Employer: Apple Inc.<br><br>Topic: Accused Products | | | X |
| **Giovanni Tobia**<br><br>Employer: Aastra Technologies Ltd.; Aastra U.S.A.<br><br>Topic: Licensing; Communications with VirnetX | | | X |
| **Andrew Vyrros**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Jon Weaklend**<br><br>Employer: VirnetX, Inc.<br><br>Topic: Finance | | | X |
| **Kevin Wells**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Barry Whitebook**<br><br>Employer: Unknown<br><br>Topic: Accused Products | | | X |
| **Gregory Wood**<br><br>Employer: VirnetX, Inc.<br><br>Topic: VirnetX Business Operations | | | X |

\*          \*          \*

Apple reserves the right to call any witness appearing on any opening or rebuttal trial witness lists of Plaintiffs VirnetX, Inc. or Leidos, Inc.

Dated: July 9, 2020                              Respectfully submitted,

By: */s/ Leslie Schmidt*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie Schmidt
leslie.schmidt@kirkland.com
David N. Draper
david.draper@kirkland.com
Aaron Resetarits
aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
nathaniel.delucia@kirkland.com
Ryan Jin
ryan.jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Christopher Mizzo
chris.mizzo@kirkland.com
John C. O'Quinn
john.o'quinn@kirkland.com
Nathan S. Mammen
nathan.mammen@kirkland.com
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

        Michael E. Jones, ***Lead Attorney***
        Texas Bar No. 10969400
        mikejones@potterminton.com
        **POTTER MINTON**
        A Professional Corporation
        110 N. College Avenue, Suite 500
        Tyler, Texas 75702
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846

        **ATTORNEYS FOR APPLE INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 9, 2020.

*/s/ Leslie Schmidt*