*Exhibit C*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VIRNETX INC. AND LEIDOS, INC.**,<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.**<br><br>    Defendant. | §<br>§<br>§   Civil Action No. 6:12-cv-855-RWS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   **JURY TRIAL DEMANDED**<br>§ |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions provided by the Court during the Court's jury instructions.  Your answers to each question must be unanimous.

As used herein, "'135 patent" means U.S. Patent No. 6,502,135; "'151 patent" means U.S. Patent No. 7,490,151

1. It has been previously determined that Apple's VPN on Demand infringes claims 1 and 7 of the '135 Patent and claim 13 of the '151 Patent.  What royalty do you find, by a preponderance of the evidence, would fairly and reasonably compensate VirnetX for this infringement? Express your answer as a dollar amount per infringing device.


$\underline{\hspace{4in}}$ per device


**Date:** _____   **By:** _____
                                          **JURY FOREPERSON**