*Exhibit D*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC., ET AL.,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | C.A. No. 6:12-cv-00855-RWS |
| **APPLE INC.,** | § § § | |
| **Defendant.** | § § § § | **JURY TRIAL DEMANDED** |

# **VERDICT FORM**[1]

In answering this question, you are to follow all of the instructions provided by the Court during the Court's jury instructions. Your answer must be unanimous.

1. What royalty do you find, by a preponderance of the evidence, would fairly and reasonably compensate VirnetX for Apple's infringement?

    $_____

**Date:** _____          **By:** _____
                                              **JURY FOREPERSON**

---

[1] Apple objects to VirnetX's proposed verdict form and incorporates all objections that are set forth in the proposed Preliminary and Final jury instructions. The Court did not adopt VirnetX's request for a per-unit verdict form at the 2018 -855 trial. (D.I. 722–723). Apple also incorporates its arguments from its Trial Brief Regarding the Verdict Form. (D.I. 704; *see also* 04/09/2018 Trial Tr. at 308:313:7; 04/10/2018 Trial Tr. at 4:4-6:21).