# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND LEIDOS, INC.,** | § § § | Civil Action No. 6:12-cv-855 |
| Plaintiffs, | § § | |
| v. | § § | |
| **APPLE INC.** | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## ORDER

Before the Court is Apple Inc.'s Motion to Expedite Briefing on Apple's Motion to Conduct the Pretrial Conference Remotely for All Parties. Docket No. 887. After careful consideration, the motion is **GRANTED**. It is

**ORDERED** that VirnetX's opposition is due on July 21, 2020. No further briefing will be permitted.

SIGNED this 15th day of July, 2020.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE