**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

**ORDER**

Before the Court is Apple's Opposed Motion to Conduct the Pretrial Conference Remotely for All Parties. Docket No. 886. VirnetX has filed a response in opposition. Docket No. 901.

The Court in recent months has presided over numerous proceedings, both remote and in-person, including a week-long trial beginning June 22 that involved a jury panel of 60 citizens. Although in-person proceedings are always preferable and the Court has confidence in its ability to safely manage an in-person pretrial conference in this matter, Apple's request is reasonable. Moreover, VirnetX strains to identify any potential prejudice resulting from a remote hearing, and its arguments are ultimately unconvincing.

Accordingly, Apple's motion is **GRANTED**. The pretrial conference will remain as scheduled on August 3, 2020. Consistent with the Court's normal practice, only one attorney from each party will be permitted to argue each motion. Each party shall designate an information technology specialist for purposes of coordinating logistics with the Court's information technology department. This designation, and accompanying contact information, should be provided by **5 p.m. CDT on Friday, July 24, 2020** to kain_day@txed.uscourts.gov. The parties are further instructed to provide the Court with any materials they intend to use during the pretrial

conference, including any slides or other demonstratives, by **12 p.m. CDT on July 31, 2020**. The parties are encouraged to limit their submitted materials as much as possible. Finally, to the extent feasible, the Court intends to make the pretrial conference publicly available and will provide further information regarding dial-in or log-in instructions in a notice filed on the docket. Provisions will be made to seal any confidential portion of the proceedings as may be necessary.

**So ORDERED and SIGNED this 22nd day of July, 2020.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE