**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIRNETX INC., ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

**ORDER**

Before the Court is Apple's Unopposed Motion to Expedite Briefing on Apple's Motion to Continue the Trial. Docket No. 915. Finding good cause, that motion is **GRANTED**. It is

**ORDERED** that Plaintiffs shall file their opposition to Apple's motion by **12 p.m. on July 31, 2020**. No further briefing will be permitted. It is further

**ORDERED** that Apple's Motion to Continue the Trial will be heard during the pretrial conference previously scheduled for **10 a.m. on August 3, 2020**.

**So ORDERED and SIGNED this 28th day of July, 2020.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE