**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC. AND LEIDOS, INC.,** § § § | **Civil Action No. 6:12-cv-855** | |
| Plaintiffs, § § | | |
| v. § § | | |
| **APPLE INC.** § § | **JURY TRIAL DEMANDED** | |
| Defendant. § | | |

## APPLE INC.'S RESPONSE TO THE COURT'S QUESTION AT THE PRETRIAL CONFERENCE REGARDING HAVING ALL LIVE WITNESSES TESTIFY BY VIDEO

At the August 3, 2020 pretrial conference, the Court asked whether the parties would be agreeable to having all live witnesses testify by video at the upcoming August 17, 2020 trial. While Apple maintains the trial date should be continued to November 2020 (Dkt. 918), to the extent the trial goes forward in August, Apple would agree to have all witnesses testify by video to avoid the prejudice to Apple that would otherwise ensue if two of Apple's four witnesses, and no VirnetX witnesses, were to testify by video.

| | |
|---|---|
| Dated: August 3, 2020 | Respectfully submitted, |

                                               */s/ Leslie Schmidt*

Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie Schmidt
leslie.schmidt@kirkland.com
Aaron Resetarits
aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
nathaniel.delucia@kirkland.com
Ryan Jin
ryan.jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael E. Jones, Lead Attorney
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

                                       **ATTORNEYS FOR APPLE INC.**

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 3rd day of August 2020.

*/s/ Leslie Schmidt*
Leslie Schmidt