IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR MOTION HEARING AND PRETRIAL CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
AUGUST 3, 2020

OPEN: 10:02 a.m.                                                                 ADJOURN: 5:49 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Brad Caldwell, Jason Cassady, Austin Curry, Daniel Pearson, Claire Henry, Chris Bunt, Johnny Ward and Andy Tindel |
| ATTORNEY FOR DEFENDANTS: | Greg Arovas, Robert Appleby, Jeanne Hefferman, Leslie Schmidt, Joseph Loy, Aaron Resetarits, Akshay Deoras, Glenn Thames and Mike Jones |
| LAW CLERK: | Kain Day |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

(VIA VIDEO)

| | |
|---|---|
| 10:02 a.m. | Case called; parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 10:09 a.m. | Court details the reconfiguration of the courtrooms; will use three courtrooms; Steger courtroom for trial; Barker courtroom for overflow; Mitchell courtroom for jury room; parties can do a walk through of the courtroom on Friday, August 14 after picking up the questionnaires; each side will have four people inside gallery during voir dire |

| | |
|---|---|
| 10:19 a.m. | Mr. Brad Caldwell questions the Court; Court responds |
| 10:22 a.m. | Mr. Mike Jones questions the Court; Court responds |
| 10:24 a.m. | Court details the process of jury selection; will have 8 jurors; will split the panel in two; first group will be the first half of the alphabet and will start around 9:30; second group will be the second half of the alphabet and will start around 2:30; panel members will not be assigned a number; after qualification of second panel, the panels will be shuffled and a strike list will be made; 3 peremptory strikes per side |
| 10:39 a.m. | Mr. Johnny Ward questions the Court; Court responds |
| 10:41 a.m. | Mr. Caldwell questions the Court; Court responds - each side will get 30 minutes for each voir dire section |
| 10:42 a.m. | Mr. Chris Bunt questions the Court; Court responds - questionnaires can be picked up at noon on August 14 |
| 10:43 a.m. | Court discuss conduct of trial; days will start at 10:00 and end at 4:00; lunch will be provided and taken around 11:30 for about an hour; break around 2:00; disputes to be heard around 9:30 a.m.; written disputes must be filed by 9:00 p.m. the night before and any response to be filed by 5:00 a.m.; there will be no side bars during the trial |
| 10:48 a.m. | Mr. Caldwell questions the Court; Court responds - there will be attorney break out rooms - contact Kyla Dean in Tyler |
| 10:51 a.m. | Mr. Jones questions the Court; Court responds - further questions for the panel will be taken up during hardship and cause |
| 10:53 a.m. | Mr. Greg Arovas questions the Court - Court responds - open to ideas from the parties regarding format on objections and side bars |
| 10:56 a.m. | Court discusses exhibits and demonstratives; parties are to meet and confer regarding any disputes before raising a dispute to the Court; exhibits not used do not go back to the jury regardless if admitted; demonstratives are not evidence unless parties agree otherwise; procedure for sealing courtroom will stay the same; jury notebooks will be allowed; there will be no questions from the jury |
| 11:02 a.m. | Recess |
| 11:20 a.m. | Mr. Jason Cassady argues VirnetX's Motions in Limine (dkt. #896) - MIL A |
| 11:33 a.m. | Mr. Jones responds to argument |

| | |
|---|---|
| 11:35 a.m. | Mr. Cassady replies |
| 11:37 a.m. | Court responds; Mr. Cassady replies; Court responds |
| 11:38 a.m. | Ms. Jeanne Heffernan argues Apple's Motions in Limine (dkt. #895) - MIL 1 |
| 11:5 a.m. | Mr. Caldwell responds to argument |
| 12:00 p.m. | Break |
| 12:07 p.m. | Mr. Caldwell continues with response |
| 12:12 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 12:17 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 12:28 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 12:32 p.m. | Ms. Heffernan replies |
| 12:39 p.m. | Court questions Ms. Heffernan; Ms. Heffernan responds |
| 12:42 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds and responds to Ms. Heffernan's reply |
| 12:47 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 12:49 p.m. | Ms. Heffernan replies |
| 12:51 p.m. | Recess |
| 1:55 p.m. | Mr. Daniel Pearson argues VirnetX's MIL B |
| 2:02 p.m. | Court questions Mr. Pearson; Mr. Pearson responds |
| 2:08 p.m. | Court questions Mr. Pearson; Mr. Pearson responds |
| 2:15 p.m. | Mr. Robert Appleby responds to argument |
| 2:30 p.m. | Mr. Pearson replies |
| 2:33 p.m. | Court questions Mr. Pearson; Mr. Pearson responds |
| 2:36 p.m. | Mr. Appleby responds |

| | |
|---|---|
| 2:38 p.m. | Court questions Mr. Appleby; Mr. Appleby responds |
| 2:40 p.m. | Mr. Pearson replies |
| 2:41 p.m. | Mr. Arovas argues Apple's MIL 2 |
| 2:46 p.m. | Court questions Mr. Arovas; Mr. Arovas responds |
| 2:53 p.m. | Mr. Caldwell responds to argument |
| 2:56 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 3:04 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 3:05 p.m. | Mr. Arovas replies |
| 3:09 p.m. | Mr. Caldwell responds |
| 3:10 pm. | Mr. Jason Curry argues VirnetX's MIL C |
| 3:20 p.m. | Court questions Mr. Curry; Mr. Curry responds |
| 3:29 p.m. | Court questions Mr. Curry; Mr. Curry responds |
| 3:30 p.m. | Mr. Appleby responds to argument |
| 3:36 p.m. | Mr. Curry responds |
| 3:38 p.m. | Court questions Mr. Appleby; Mr. Appleby responds |
| 3:39 p.m. | Court questions Mr. Curry; Mr. Curry responds |
| 3:41 p.m. | Recess |
| 3:56 p.m. | Mr. Cassady argues VirnetX's MIL D |
| 4:07 p.m. | Court questions Mr. Cassady; Mr. Cassady responds |
| 4:09 p.m. | Ms. Schmidt responds to argument |
| 4:14 p.m. | Mr. Cassady responds |
| 4:18 p.m. | Court questions Mr. Cassady; Mr. Cassady responds |
| 4:20 p.m. | Court questions Ms. Schmidt; Ms. Schmidt responds |

| Time | Event |
|---|---|
| 4:21 p.m. | Court questions Mr. Cassady; Mr. Cassady responds |
| 4:21 p.m. | Akshay Deoras argues Apple's MIL 5 |
| 4:27 p.m. | Mr. Curry responds to argument |
| 4:30 p.m. | Court questions Mr. Curry; Mr. Curry responds |
| 4:35 p.m. | Mr. Deoras responds |
| 4:37 p.m. | Mr. Cassady argues VirnetX's MIL E |
| 4:39 p.m. | Mr. Arovas responds to argument |
| 4:41 p.m. | Mr. Cassady responds |
| 4:43 p.m. | Mr. Arovas and Mr. Cassady announce that is all the MILs |
| 4:43 p.m. | Ms. Hefferman argues Apple's Daubert motion (exclude Weinstein) |
| 4:47 p.m. | Mr. Pearson responds to argument |
| 4:52 p.m. | Court questions Mr. Pearson; Mr. Pearson responds |
| 4:55 p.m. | Ms. Hefferman responds |
| 4:56 p.m. | Court questions Ms. Hefferman; Ms. Hefferman responds |
| 4:59 p.m. | Mr. Pearson responds |
| 5:01 p.m. | Court questions re Apple's MIL 6; Mr. Cassady responds parties reached agreement |
| 5:02 p.m. | Mr. Jones argues Apple's Motion to Continue |
| 5:06 p.m. | Court request parties to check that speakers are muted |
| 5:07 p.m. | Mr. Jones continues argument |
| 5:13 p.m. | Court questions Mr. Jones; Mr. Jones responds |
| 5:16 p.m. | Court questions Mr. Jones; Mr. Jones responds |
| 5:19 p.m. | Mr. Caldwell responds to argument |

| | |
|---|---|
| 5:26 p.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 5:28 p.m. | Mr. Jones responds |
| 5:30 p.m. | Court questions Mr. Jones; Mr. Jones responds |
| 5:33 p.m. | Mr. Caldwell responds |
| 5:36 p.m. | Court asks parties to check with their clients re all remote testimony; Mr. Caldwell responds; Court responds; Mr. Jones responds; Court asks parties to let the Court know their clients' position |
| 5:39 p.m. | Court will not have ruling on continuance motion in the next couple of days; Court will have MIL rulings out soon; Court questions re schedule for teams moving in to Tyler; Mr. Caldwell responds; Mr. Jones responds |
| 5:41 p.m. | Mr. Caldwell questions re time for trial; Court responds 10 hours; Court questions re time for closing; Mr. Caldwell responds; Court will consider 30 or 45 minute closings; Mr. Arovas responds |
| 5:44 p.m. | Court asks parties to meet and confer after MIL rulings are out and determine how it effects depositions designations and exhibit objections; Mr. Caldwell responds; Mr. Arovas responds |
| 5:46 p.m. | Court addresses renewed MILs; Mr. Cassady responds; Ms. Schmidt responds |
| 5:49 p.m. | Court will get orders out |
| 5:49 p.m. | Adjourned |