# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., *et al.*, | § |
| | § |
| Plaintiffs, | § CIVIL ACTION NO. 6:12-CV-00855-RWS |
| | § |
| v. | § |
| | § |
| APPLE INC.; | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is Apple Inc's Unopposed Motion to Authorize Videoconference Testimony (Docket No. 943). Having considered the motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED** that Apple is permitted to call, using the Court's videoconferencing technology, witnesses Dr. Matthew Blaze and Mr. Russell Binns by live videoconferencing stream at the upcoming trial.

**SIGNED this 15th day of October, 2020.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE