# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> APPLE INC.; § <br> § <br> Defendant. § | CIVIL ACTION NO. 6:12-CV-00855-RWS |

## ORDER

It is hereby **ORDERED** that the October 20, 2020, final pretrial conference in this matter is **CANCELLED**.

**SIGNED** this 15th day of October, 2020.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE