IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR JURY SELECTION
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 26, 2020

OPEN: 9:21 a.m.                          ADJOURN: 5:53 p.m.

ATTORNEYS FOR PLAINTIFFS:    Brad Caldwell and Johnny Ward

ATTORNEYS FOR DEFENDANT: Mike Jones, Greg Arovas, Jamie Laird and Jeanne Heffernan

LAW CLERK:                     Jacob Vannette

COURTROOM DEPUTY:      Betty Schroeder

COURT REPORTER:         Shelly Holmes

9:05-9:15 a.m. In chambers conference

| Time | Event |
|---|---|
| 9:21 a.m. | Case called; Court welcomes everyone and introduces staff; gives preliminary comments and history of the jury system; gives length of trial and asks for hardships; gives overview of proceedings |
| 9:40 a.m. | Panel members introduce themselves |
| 9:51 a.m. | Mr. Johnny Ward introduces himself, co-counsel, client and witnesses; Court questions panel members if anyone knows Mr. Ward or anyone mentioned; no response |
| 9:54 a.m. | Mr. Mike Jones introduces himself, co-counsel, client and witnesses; Court questions panel members if anyone knows Mr. Jones or anyone mentioned; |

| | |
|---|---|
| | response from panel member |
| 9:56 a.m. | Court voir dires the panel |
| 10:14 a.m. | Recess |
| 10:29 a.m. | Mr. Ward begins voir dire for the Plaintiffs |
| 11:00 a.m. | Mr. Jones begins voir dire for the Defendant |
| 11:26 a.m. | Bench conference |
| 11:27 a.m. | Court releases panel except for those who's names were called out; Court gives instructions regarding discussing or researching case; advises that the selected jury members will be notified later today |
| 11:32 a.m. | Panel members dismissed |
| 11:33 a.m. | Court questions Ms. Carswell; Ms. Carswell responds |
| 11:36 a.m. | Mr. Ward questions Ms. Carswell; Ms. Carswell responds |
| 11:37 a.m. | No questions from Mr. Jones |
| 11:37 a.m. | Ms. Carswell taken out of the courtroom; Court questions Mr. Ward; Mr. Ward responds; Mr. Jones responds; Court responds |
| 11:39 a.m. | Court questions Mr. Harris; Mr. Harris responds |
| 11:41 a.m. | Mr. Ward questions Mr. Harris; Mr. Harris responds |
| 11:42 a.m. | Mr. Jones questions Mr. Harris; Mr. Harris responds |
| 11:43 a.m. | Mr. Ward questions Mr. Harris; Mr. Harris responds |
| 11:43 a.m. | Mr. Harris taken out of the courtroom; Court questions parties; Mr. Ward responds; Mr. Jones responds; Court responds - Mr. Harris will be released |
| 11:45 a.m. | Court advises Mr. Harris that he is released |
| 11:47 a.m. | Court questions Ms. Carswell; Ms. Carswell responds |
| 11:49 a.m. | Ms. Carswell taken out of the courtroom; Court questions parties; Mr. Ward responds; Mr. Jones responds; Court responds - Ms. Carswell will be released |

| | |
|---|---|
| 11:50 a.m. | Court advises Ms. Carswell that she is released |
| 11:52 a.m. | Recess |
| 2:27 p.m. | Case called; parties announce ready; Court welcomes everyone and introduces staff;  gives preliminary comments and history of the jury system; gives length of trial and asks for hardships; gives overview of proceedings |
| 2:46 p.m. | Panel members introduce themselves |
| 2:58 p.m. | Mr. Johnny Ward introduces himself, co-counsel, client and witnesses; Court questions panel members if anyone knows Mr. Ward or anyone mentioned; no response |
| 3:01 p.m. | Mr. Mike Jones introduces himself, co-counsel, client and witnesses; Court questions panel members if anyone knows Mr. Jones or anyone mentioned; no response |
| 3:04 p.m. | Court voir dires the panel |
| 3:25 p.m. | Recess |
| 3:35 p.m. | Mr. Ward begins voir dire for the Plaintiffs |
| 4:04 p.m. | Mr. Jones begins voir dire for the Defendant |
| 4:32 p.m. | Bench conference |
| 4:35 p.m. | Court releases panel except for those who's names were called out;  Court gives instructions regarding discussing or researching case; advises the selected jury members will be notified later today |
| 4:41 p.m. | Panel members released |
| 4:42 p.m. | Court questions Ms. Ricketts; Ms. Ricketts responds |
| 4:45 p.m. | Mr. Ward questions Ms. Ricketts; Ms. Ricketts responds |
| 4:46 p.m. | Mr. Jones questions Ms. Ricketts; Ms. Ricketts responds |
| 4:47 p.m. | Court releases Ms. Ricketts until further notification |
| 4:48 p.m. | Court questions Mr. Ward and Mr. Jones regarding Ms. Ricketts; parties have no concerns regarding Ms. Ricketts |

| Time | Event |
|---|---|
| 4:49 p.m. | Mr. Ward questions Mr. Riuz; Mr. Riuz responds |
| 4:50 p.m. | No questions from Mr. Jones; Court releases Mr. Riuz until further notification |
| 4:51 p.m. | Court questions Ms. McFadden; Ms. McFadden responds regarding her hardship; no questions from Mr. Ward; Mr. Jones questions Ms. McFadden; Ms. McFadden responds; Ms. McFadden released until further notification |
| 4:54 p.m. | Court, Mr. Ward and Mr. Jones discuss Ms. McFadden's hardship; Ms. McFadden is excused |
| 4:55 p.m. | Mr. Ward questions Mr. Mogle; Mr. Mogle responds |
| 4:56 p.m. | Mr. Mogle released pending further notification |
| 4:57 p.m. | Mr. Jones questions Ms. LaPeyre; Ms. LaPeyre responds |
| 4:58 p.m. | Ms. LaPeyre released pending further notification |
| 4:58 p.m. | Mr. Ward addresses Mr. Swann and Mr. McCloud; no comment from Mr. Jones; Court will remove Mr. Swann and Mr. McCloud; Ms. Ricketts is fine; no further discussion regarding questioned jurors; Court and parties review strike list; parties agree with remaining panel members |
| 5:05 p.m. | Recess |
| 5:23 p.m. | Court reviews and announces selected jury to parties; will start at 9:30 in the morning; Court and parties discuss the preliminary instructions and the claim construction chart; parties to be here at 9:00 a.m. |
| 5:53 p.m. | Recess |