IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR FIRST DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 27, 2020

OPEN: 9:21 a.m.                                                                                        ADJOURN: 5:14 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Brad Caldwell, Justin Curry, Jason Cassidy and Johnny Ward |
| ATTORNEYS FOR DEFENDANT: | Mike Jones, Greg Arovas, Jeanne Heffernan and Robert Appleby |
| LAW CLERK: | Jacob Vannette |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 9:16 a.m. | Outside the presence of the Court, Mr. Arovas argues dispute over some opening slides |
| 9:23 a.m. | Court questions Mr. Arovas; Mr. Arovas responds |
| 9:27 a.m. | Mr. Caldwell responds |
| 9:31 a.m. | Court questions Mr. Caldwell; Mr. Caldwell responds |
| 9:34 a.m. | Court questions Mr. Arovas; Mr. Arovas responds |
| 9:34 a.m. | Mr. Caldwell continues with response |

| | |
|---|---|
| 9:39 a.m. | Mr. Arovas replies |
| 9:44 a.m. | Court questions the parties; Mr. Arovas and Mr. Caldwell respond; Court responds - will allow slide |
| 9:52 a.m. | Mr. Arovas questions the wording on the heading; Mr. Caldwell responds; Court responds; Mr. Arovas responds |
| 9:54 a.m. | Recess |
| 10:00 a.m. | Jury seated |
| 10:01 a.m. | Court welcomes jury and gives brief comments; jury sworn in |
| 10:03 a.m. | Court gives preliminary instructions |
| 10:27 a.m. | Court gives trial schedule |
| 10:29 a.m. | Mr. Caldwell gives opening statement for Plaintiffs |
| 10:59 a.m. | Mr. Arovas gives opening statement for Defendant |
| 11:29 a.m. | Court questions the parties regarding agreed exhibits; Mr. Cassidy responds; Court asks if parties want to invoke the rule; Mr. Caldwell does not; Mr. Arovas does; rule is invoked |
| 11:33 a.m. | Mr. Caldwell calls Dr. Robert Short; witness sworn in |
| 11:33 a.m. | Mr. Caldwell begins direct examination of Dr. Short |
| 12:05 p.m. | Jury excused for lunch break |
| 12:06 p.m. | Outside the presence of the jury, the Court and Mr. Caldwell discuss the placing of the chart to be used |
| 12:07 p.m. | Recess |
| 1:06 p.m. | Jury seated |
| 1:09 p.m. | Mr. Caldwell continues with direct examination of Dr. Short |
| 1:36 p.m. | Mr. Robert Appleby begins cross examination of Dr. Short |
| 2:21 p.m. | Mr. Caldwell begins redirect examination of Dr. Short |

| | |
|---|---|
| 2:24 p.m. | Mr. Appleby begins recross examination of Dr. Short |
| 2:27 p.m. | Mr. Austin Curry calls Mark Jones; witness sworn in |
| 2:27 p.m. | Mr. Curry begins direct examination of Dr. Jones |
| 2:33 p.m. | Mr. Curry offers Dr. Jones as an expert in computer networking; no objections |
| 3:07 p.m. | Recess |
| 3:24 p.m. | Jury seated |
| 3:26 p.m. | Mr. Curry continues with direct examination of Dr. Jones |
| 3:30 p.m. | Mr. Arovas begins cross examination of Dr. Jones |
| 4:07 p.m. | Mr. Curry begins redirect examination of Dr. Jones |
| 4:11 p.m. | Mr. Arovas begins recross examination of Dr. Jones |
| 4:13 p.m. | Mr. Jason Cassidy calls Edmund "Gif" Munger by deposition |
| 4:40 p.m. | Jury excused for the day |
| 4:41 p.m. | Recess |
| 4:49 p.m. | Outside the presence of the jury, Ms. Heffernan argues Defendant's Motion to Strike Supplemental Report of Mr. Weinstein (dkt. #956); Court questions Ms. Heffernan; Ms. Heffernan responds |
| 4:59 p.m. | Mr. Cassidy responds; Court questions Mr. Cassidy; Mr. Cassidy responds |
| 5:06 p.m. | Ms. Heffernan replies |
| 5:10 p.m. | Mr. Cassidy responds; Ms. Heffernan replies |
| 5:12 p.m. | Court responds - will grant the motion and strike the opinion |
| 5:12 p.m. | Mr. Jones advises the Court of an agreement with the Plaintiff regarding MIL with regard to Mr. Larsen; Mr. Caldwell agrees |
| 5:14 p.m. | Recess |