IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

---

MINUTES FOR SECOND DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 28, 2020

OPEN: 9:08 a.m.                                                     ADJOURN: 4:27 p.m.

---

ATTORNEYS FOR PLAINTIFFS:   Brad Caldwell, Justin Curry, Jason Cassidy and Johnny Ward

ATTORNEYS FOR DEFENDANT: Mike Jones, Greg Arovas, Jeanne Heffernan and Robert Appleby

LAW CLERK:                            Jacob Vannette

COURTROOM DEPUTY:            Betty Schroeder

COURT REPORTER:                 Shelly Holmes

---
---

| | |
|---|---|
| 9:08 a.m. | Outside the presence of the Court, Mr. Jones argues as to what Apple is permitted to cross examine Mr. Larsen on; Court questions Mr. Jones; Mr. Jones responds; Mr. Caldwell responds to argument; Mr. Jones replies; Court responds - overrules objection |
| 9:19 a.m. | Ms. Heffernan argues Apple's objection to Mr. Weinstein testimony; Mr. Cassady responds; Court responds |
| 9:29 a.m. | Mr. Arovas confirms that the parties will bring all JMOLs at the conclusion of all the evidence; Court confirms |
| 9:30 a.m. | Mr. Curry asks if Dr. Jones may be excused; no objections |

| | |
|---|---|
| 9:30 a.m. | Court questions Plaintiffs if there is an objection to a demonstrative of Mr. Blaze; Mr. Cassady advises that there is an objection |
| 9:31 a.m. | Court and parties discuss time line for today; Court would like to have final proposed instructions by close of business today |
| 9:34 a.m. | Jury seated |
| 9:36 a.m. | Mr. Cassady moves into evidence exhibits used yesterday; Ms. Heffernan moves into evidence exhibits used yesterday |
| 9:38 a.m. | Mr. Cassady calls Kendall Larsen; witness sworn in |
| 9:46 a.m. | Objection by Mr. Jones; Mr. Cassady responds; sustained |
| 9:47 a.m. | Objection by Mr. Jones; Mr. Cassady responds; Court responds |
| 10:43 a.m. | Objection by Mr. Jones; bench conference |
| 10:47 a.m. | Mr. Cassady continues with direct examination of Mr. Larsen |
| 10:53 a.m. | Objection by Mr. Jones; bench conference |
| 10:54 a.m. | Mr. Cassady continues with direct examination of Mr. Larsen |
| 10:56 a.m. | Recess |
| 11:13 a.m. | Outside the presence of the jury, the Court advises the parties of a concern with one of the jurors; Court questions the juror; Mr. Ward questions the juror; no questions from the defendant |
| 11:18 a.m. | Outside the presence of the jury, the Court and parties discuss the situation |
| 11:20 a.m. | Recess |
| 11:28 a.m. | Outside the presence of the jury, Mr. Jones addresses the Court regarding Apple's position; Mr. Ward agrees; Court responds; juror brought back into courtroom; Court asks the juror to get more information and report back during lunch |
| 11:36 a.m. | Recess |
| 12:32 p.m. | Outside the presence of the jury, the Court advises the parties the juror should be dismissed because of the circumstances; parties agree; juror brought into courtroom; Court addresses the juror and advises him that he will be dismissed |

| 12:39 p.m. | Recess |
|---|---|
| 12:46 p.m | Jury seated; Court explains the absence of one of the jurors |
| 12:50 p.m. | Mr. Jones begins cross examination of Mr. Larsen |
| 1:26 p.m. | Bench conference |
| 1:27 p.m. | Mr. Jones continues with cross examination of Mr. Larsen |
| 1:29 p.m. | Mr. Cassady begins redirect examination of Mr. Larsen |
| 1:30 p.m. | Objection by Mr. Jones; bench conference |
| 1:30 p.m. | Mr. Cassady continues |
| 1:34 p.m. | Objection by Mr. Jones; Court - rephrase the question |
| 1:37 p.m. | Objection by Mr. Jones; Court - sustained |
| 1:42 p.m. | Mr. Jones begins recross examination of Mr. Larsen |
| 1:45 p.m. | Mr. Cassady calls Mr. Roy Weinstein; witness sworn in |
| 1:46 p.m. | Mr. Cassady asks the Court if Mr. Larsen may be excused; no objections |
| 1:46 p.m. | Mr. Cassady begins direct examination of Mr. Weinstein |
| 1:53 p.m. | Mr. Cassady offers Mr. Weinstein as an expert on the evaluation of intellectual property, on the calculation of patent damages, and on the analysis of the hypothetical negotiation; no objections |
| 2:49 p.m. | Courtroom sealed |
| 2:50 p.m. | Recess |
| 3:06 p.m. | Jury seated |
| 3:08 p.m. | Mr. Cassady continues with direct examination of Mr. Weinstein |
| 3:15 p.m. | Courtroom unsealed |
| 3:15 p.m. | Mr. Cassady continues with direct examination of Mr. Weinstein |
| 3:31 p.m. | Ms. Heffernan begins cross examination of Mr. Weinstein |

4:23 p.m.        Bench conference

4:25 p.m.        Jury excused for the day

4:25 p.m.        Outside the presence of the jury; Court advises parties he has received the
                 proposed Instructions

4:27 p.m.        Recess