IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR THIRD DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 29, 2020

OPEN: 9:11 a.m.                                               ADJOURN: 5:48 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | Brad Caldwell, Justin Curry, Jason Cassidy and Johnny Ward |
| ATTORNEYS FOR DEFENDANT: | Mike Jones, Greg Arovas, Jeanne Heffernan, Robert Appleby and Leslie Schmidt |
| LAW CLERK: | Jacob Vannette |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 9:11 a.m. | Outside the presence of the Court, Mr. Curry argues Plaintiff's objections to Dr. Blaze's testimony; Mr. Appleby responds; Court questions parties; Mr. Ward argues Plaintiff's objection regarding Mr. Bakewell's testimony; Ms. Heffernan responds |
| 9:30 a.m. | Jury seated |
| 9:30 a.m. | Ms. Heffernan continues with cross examination of Mr. Weinstein |
| 9:41 a.m. | Objection by Mr. Cassady; bench conference |
| 9:43 a.m. | Ms. Heffernan continues with cross examination |

| Time | Event |
|---|---|
| 10:11 a.m. | Bench conference |
| 10:17 a.m. | Mr. Cassady begins redirect examination of Mr. Weinstein |
| 10:21 a.m. | Objection by Ms. Heffernan; Court - rephrase the question |
| 10:41 a.m. | Objection by Ms. Heffernan; bench conference |
| 10:44 a.m. | Mr. Cassady continues with redirect examination |
| 10:59 a.m. | Ms. Heffernan begins recross examination of Mr. Weinstein |
| 11:03 a.m. | Mr. Cassady moves into evidence exhibits used yesterday; no objections; also marked for the record demonstratives used |
| 11:04 a.m. | Ms. Heffernan moves into evidence exhibits used yesterday; no objections; also marked for the record demonstratives used |
| 11:06 a.m. | Mr. Caldwell advises that Plaintiff would like to call Ms. Mewes adverse but parties have agreed that Apple will put her on direct first |
| 11:07 a.m. | Jury excused; outside the presence of the jury, the Court confirmed that the parties have agreed that any motions as a matter of law will be presented at the conclusion of both sides' evidence; parties confirm |
| 11:08 a.m. | Recess |
| 11:25 a.m. | Jury seated |
| 11:26 a.m. | Ms. Schmidt calls Heather Mewes; witness sworn in |
| 11:27 a.m. | Ms. Schmidt begins direct examination of Ms. Mewes |
| 11:38 a.m. | Courtroom sealed |
| 11:45 a.m. | Courtroom unsealed |
| 11:45 a.m. | Mr. Caldwell begins cross examination of Ms. Mewes |
| 11:56 a.m. | Objection by Ms. Schmidt; bench conference |
| 12:00 p.m. | Mr. Caldwell continues with cross examination |
| 12:07 p.m. | Ms. Schmidt begins redirect examination of Ms. Mewes |

| | |
|---|---|
| 12:11 p.m. | Mr. Caldwell begins recross examination of Ms. Mewes |
| 12:12 p.m. | Ms. Schmidt continues with redirect examination |
| 12:13 p.m. | Jury excused for lunch |
| 12:14 p.m. | Outside the presence of the jury, the Court will allow the slides of Dr. Blaze discussed earlier this morning |
| 12:15 p.m. | Recess |
| 1:18 p.m. | Outside the presence of the jury, Court and parties discuss next witness |
| 1:20 p.m. | Jury seated |
| 1:20 p.m. | Mr. Cassady moves demonstrative exhibits in; no objections |
| 1:21 p.m. | Mr. Caldwell advises that the Plaintiff rests |
| 1:21 p.m. | Mr. Appleby calls Matthew Blaze (remotely); witness sworn in |
| 1:22 p.m. | Mr. Appleby begins direct examination of Dr. Blaze |
| 1:31 p.m. | Mr. Appleby offers Dr. Blaze as an expert in computer networks and computer communication security; no objections |
| 2:04 p.m. | Recess |
| 2:13 p.m. | Jury seated |
| 2:15 p.m. | Mr. Appleby continues with direct examination of Dr. Blaze |
| 2:35 p.m. | Mr. Caldwell begins cross examination of Dr. Blaze |
| 3:21 p.m. | Mr. Appleby begins redirect examination of Dr. Blaze |
| 3:34 p.m. | Mr. Caldwell begins recross examination Dr. Blaze |
| 3:39 p.m. | Mr. Appleby continues with redirect examination |
| 3:42 p.m. | Mr. Caldwell continues with recross examination |
| 3:43 p.m. | Jury out for recess |
| 3:44 p.m. | Outside the presence of the Court, the parties discuss the day's remaining |

|  |  |
|---|---|
|  | schedule |
| 3:44 p.m. | Recess |
| 3:57 p.m. | Jury seated |
| 3:59 p.m. | Mr. Arovas calls Russell Binns (remotely) witness sworn in |
| 4:00 p.m. | Mr. Arovas begins direct examination of Mr. Binns |
| 4:27 p.m. | Mr. Cassady begins cross examination of Mr. Binns |
| 4:47 p.m. | Mr. Arovas begins redirect examination of Mr. Binns |
| 4:50 p.m. | No questions from Mr. Cassady |
| 4:51 p.m. | Jury excused |
| 4:51 p.m. | Outside the presence of the jury, the Court informs the parties he would like to discuss the jury instructions and verdict form tonight; Mr. Caldwell and Mr. Arovas believe the case will go to the jury tomorrow |
| 4:54 p.m. | Recess |
| 5:04 p.m. | Informal charge conference; counsel in attendance were John Summers, Austin Curry, Jason Cassady and Leslie Schmidt |
| 5:48 p.m. | Recess |