IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **LEIDOS, INC.**, | § | Civil Action No. **6:12-cv-855-RWS** |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| v. | § | |
| | § | |
| **APPLE INC.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant**. | § | |

# ORDER

Before the Court is VirnetX Inc.'s Rule 50(a) Motion of at Least $1.20/Unit in Damages.

After considering the briefing, the Court hereby **GRANTS** the motion.