IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR FOURTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 30, 2020

OPEN: 8:25 a.m.                                                              ADJOURN: 4:47 p.m.

ATTORNEYS FOR PLAINTIFFS:   Brad Caldwell, Justin Curry, Jason Cassidy and Johnny Ward

ATTORNEYS FOR DEFENDANT:   Mike Jones, Greg Arovas, Jeanne Heffernan, Robert Appleby and Leslie Schmidt

LAW CLERK:                 Jacob Vannette

COURTROOM DEPUTY:          Betty Schroeder

COURT REPORTER:            Shelly Holmes

| | |
|---|---|
| 8:25 a.m. | Outside the presence of the Court, Mr. Summers argues Plaintiff's objections to the instructions; Ms. Schmidt responds; Ms. Schmidt argues Defendant's objections to the instructions; Ms. Schmidt argues Defendant's objections to the verdict form; Mr. Summers responds; Court responds |
| 8:42 a.m. | Recess |
| 8:51 a.m. | Jury seated |
| 8:53 a.m. | Mr. Arovas calls Giovanni Tobia by deposition |
| 8:59 a.m. | Mr. Arovas calls Sameer Mathur by deposition |

| | |
|---|---|
| 9:01 a.m. | Ms. Heffernan calls Christopher Bakewell; witness sworn in |
| 9:01 a.m. | Ms. Heffernan begins direct examination of Mr. Bakewell |
| 9:09 a.m. | Ms. Heffernan offers Mr. Bakewell as an expert in intellectual property valuation and patent damages; no objections |
| 9:53 a.m. | Objection by Mr. Ward; Ms. Heffernan responds; Court responds - overruled |
| 10:13 a.m. | Objection by Mr. Ward; Court - overruled |
| 10:20 a.m. | Mr. Ward begins cross examination of Mr. Bakewell |
| 10:39 a.m. | Objection by Ms. Heffernan; bench conference |
| 10:40 a.m. | Mr. Ward continues with cross examination |
| 10:42 a.m. | Bench conference |
| 10:44 a.m. | Mr. Ward continues with cross examination |
| 11:19 a.m. | Objection by Ms. Heffernan; Court - rephrase the question |
| 11:38 a.m. | Bench conference |
| 11:39 a.m. | Mr. Ward continues with cross examination |
| 11:44 a.m. | Bench conference |
| 11:45 a.m. | Jury excused for lunch |
| 11:46 a.m. | Recess |
| 12:53 p.m. | Jury seated |
| 12:55 p.m. | Ms. Heffernan advises she has no additional questions for Mr. Bakewell |
| 12:56 a.m. | Ms. Heffernan moves into the record demonstrative exhibits; no objections; Ms. Heffernan moves into evidence exhibits used; no objections; Mr. Cassady moves to admit PX1236; Ms. Heffernan may have an objection |
| 12:29 p.m. | Bench conference |
| 1:02 p.m. | Court questions the Plaintiff if they are ready to rest their case; Mr. Caldwell rsponds; Ms. Heffernan has no objection to Plaintiff's PX1236; Mr. Caldwell |

|           |                                                                                                                                                                                                                                |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           | announces that Plaintiff will rest; Mr. Arovas advises that Defendant rest                                                                                                                                                     |
| 1:05 p.m. | Jury excused                                                                                                                                                                                                                   |
| 1:05 p.m. | Outside the presence of the jury, the Court and parties discuss the filing of JMOLs, final instructions and verdict form                                                                                                       |
| 1:10 p.m. | Recess                                                                                                                                                                                                                         |
| 1:19 p.m. | Jury seated                                                                                                                                                                                                                    |
| 1:20 p.m  | Court gives final instructions to jury and brief review of verdict form                                                                                                                                                        |
| 1:57 p.m. | Mr. Ward begins closing argument for Plaintiff                                                                                                                                                                                 |
| 2:17 p.m. | Mr. Arovas gives closing argument for Defendant                                                                                                                                                                                |
| 2:49 p.m. | Mr. Caldwell concludes Plaintiff's closing argument                                                                                                                                                                            |
| 3:01 p.m. | Court releases jury to deliberate                                                                                                                                                                                              |
| 3:03 p.m. | Recess                                                                                                                                                                                                                         |
| 4:32 p.m. | Outside the presence of the jury, the Court announces that a verdict has been reached and the parties have reviewed the verdict and the math is correct; Mr Caldwell and Mr. Arovas agree that the math is correct            |
| 4:35 p.m. | Jury seated                                                                                                                                                                                                                    |
| 4:35 p.m. | Court questions the jury if they have reached a verdict and if it is unanimous; foreperson states they have reached a verdict and it is unanimous                                                                              |
| 4:42 p.m. | Jury released                                                                                                                                                                                                                  |
| 4:43 p.m. | Court gives the parties dates for possible post-trial hearing and thanks the attorneys for a well tried case                                                                                                                   |
| 4:47 p.m. | Adjourned                                                                                                                                                                                                                      |
|           |                                                                                                                                                                                                                                |
| 4:36 p.m. | Verdict read                                                                                                                                                                                                                   |
| 4:37 p.m. | Court polls the jury; each member of the jury stands                                                                                                                                                                           |
| 4:38 p.m. | Verdict confirmed and accepted                                                                                                                                                                                                 |

4:38 p.m. Court thanks the jury for their service and releases them from not speaking to anyone about the case