IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., *et al.*, | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |
| v. | § § | |
| APPLE INC.; | § § | |
| Defendant. | § § § | |

### VERDICT FORM

In answering these questions, you are to follow all of the instructions provided by the Court during the Court's jury instructions. You must answer each question, and your answer to each question must be unanimous.

1. What royalty rate, expressed as a dollar amount per device, do you find, by a preponderance of the evidence, would fairly and reasonably compensate VirnetX for Apple's infringement?

    $ __0__.__84_____ per device

2. VirnetX and Apple have stipulated that the total number of infringing units is 598,629,580. Multiplying the per-device royalty rate in Question 1 by this total number of units, what total royalty do you find, by a preponderance of the evidence, would fairly and reasonably compensate VirnetX for Apple's infringement?

    $ __502,848,847.20_____

Date: __30 Oct 2020__        By: _____
                                 JURY FOREPERSON