# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **VIRNETX INC. AND LEIDOS, INC.,** § § § | |
| Plaintiffs, § | Civil Action No. 6:12-cv-00855 |
| § § | |
| v. § | |
| § § | |
| **APPLE INC.** § | **JURY TRIAL DEMANDED** |
| § § | |
| Defendant. § § § | |

## ORDER

Before the Court is Apple Inc.'s Unopposed Motion Requesting Portions of the Damages Trial Transcript Be Sealed (Docket No. 1007).  Having considered the motion, and because Plaintiffs do not oppose the requested relief, the Court is of the opinion that it should be **GRANTED**.  It is therefore

**ORDERED** that the Official Transcript of Jury Trial Proceedings held on October 29, 2020, and October 30, 2020, is to be filed with the portions identified in Apple's motion under seal.

SIGNED this 13th day of November, 2020.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE