# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., *et al.*, | § |
| | § |
| Plaintiffs, | § CIVIL ACTION NO.  6:12-CV-00855-RWS |
| | § |
| v. | § |
| | § |
| APPLE INC.; | § |
| | § |
| Defendant. | § |

## ORDER

Pursuant to the parties' Notice Regarding Meet and Confer and Agreements Relating to Post-Trial Matters (Docket No. 1009), it is

**ORDERED** that the following briefing schedule and page limits shall apply to the parties' post-trial motions:

| Filing | Due Date | Page Limit |
|---|---|---|
| Opening briefs | November 18, 2020 | 25 pages |
| Responsive briefs | December 3, 2020 | 25 pages |
| Reply briefs | December 10, 2020 | 10 pages |
| Sur-reply briefs | December 15, 2020 | 5 pages |

The Court **SETS** this matter for a post-trial hearing at **10 a.m.** on **December 17, 2020**, via videoconference.

**SIGNED this 13th day of November, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE