# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., LEIDOS, INC., § § § Plaintiffs, § § v. § § APPLE INC.; § § § Defendant. § | CIVIL ACTION NO. 6:12-CV-00855-RWS |

## ORDER

It is **ORDERED** that the parties shall have **90 minutes** of argument per side at the post-trial motions hearing on December 17, 2020.

**So ORDERED and SIGNED this 14th day of December, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE