IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al | § | |
| | § | |
| V. | § | CIVIL NO. 6:12-CV-855 |
| | § | |
| APPLE INC. | § | |

MINUTES FOR POST-TRIAL MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
DECEMBER 17, 2020

OPEN: 10:09 a.m.                                                    ADJOURN: 12:34 p.m.

ATTORNEYS FOR PLAINTIFFS:   Brad Caldwell, Christopher Stewart, Daniel Pearson, Chris Bunt and Andy Tindel

ATTORNEYS FOR DEFENDANTS: Mike Jones, Greg Arovas, Jeanne Heffernan, Leslie Schmidt, Aaron Resetarits, Akshay Deoras, Robert Appleby, Joseph Loy and Nathaniel DeLucia

LAW CLERK:                Jacob Vannette

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:           Kate McAlpine

(Via video)

| | |
|---|---|
| 10:09 a.m. | Case called; counsel introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 10:12 a.m. | Mr. Brad Caldwell argues Plaintiff's Motion for Entry of Judgment and Equitable and Statutory Relief (dkt. #1013) |
| 10:17 a.m. | Ms. Jeanne Heffernan responds to argument |
| 10:23 a.m. | Court questions Ms. Heffernan; Ms. Heffernan responds |

| | |
|---|---|
| 10:25 a.m. | Mr. Caldwell replies |
| 10:30 a.m. | Ms. Heffernan responds |
| 10:31 a.m. | Ms. Heffernan argues Defendant's Motion for Judgment as a Matter of Law under Rule 50(b) (dkt. #1012) |
| 10:41 a.m. | Court questions Ms. Heffernan; Ms. Heffernan responds |
| 10:46 a.m. | Court questions Ms. Heffernan; Ms. Heffernan responds |
| 10:52 a.m. | Mr. Daniel Pearson responds to argument |
| 10:58 a.m. | Court questions Mr. Pearson; Mr. Pearson responds |
| 11:00 a.m. | Ms. Heffernan responds to question from Court |
| 11:01 a.m. | Mr. Chris Stewart argues Plaintiff's Motion for Pre-Judgment Interest |
| 11:06 a.m. | Ms. Leslie Schmidt responds to argument |
| 11:06 a.m. | Court questions Ms. Schmidt; Ms. Schmidt responds |
| 11:12 a.m. | Court questions Ms. Schmidt; Ms. Schmidt responds |
| 11:17 a.m. | Mr. Stewart replies |
| 11:20 a.m. | Court questions Mr. Stewart; Mr. Stewart responds |
| 11:21 a.m. | Ms. Schmidt responds |
| 11:23 a.m. | Recess |
| 11:43 a.m. | Mr. Greg Arovas argues Defendant's Motion for New Trial |
| 11:47 a.m. | Court questions Mr. Arovas; Mr. Arovas responds |
| 11:55 a.m. | Court questions Mr. Arovas; Mr. Arovas responds |
| 12:10 p.m. | Mr. Stewart responds to argument |
| 12:19 p.m. | Mr. Arovas replies |
| 12:24 p.m. | Mr. Stewart responds |

| | |
|---|---|
| 12:25 p.m. | Mr. Stewart argues Plaintiff's Motion for Costs |
| 12:27 p.m. | Mr. Aaron Resetarits responds to argument |
| 12:30 p.m. | Court questions Mr. Resetarits; Mr. Resetarits responds |
| 12:34 p.m. | Adjourned |