# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC. AND LEIDOS, INC., | § § § | Civil Action No. 6:12-cv-855 |
| Plaintiffs, | § § | __PUBLIC VERSION__ |
| v. | § § | |
| APPLE INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### APPLE INC.'S NOTICE OF FILING OF
### ITS DECEMBER 17, 2020 POST-TRIAL MOTIONS HEARING PRESENTATIONS

Apple hereby files its presentations that relate to the motions heard at the December 17, 2020 Post-trial Hearing in the above-captioned matter. The presentations are attached as follows:

- Exhibit 1: Apple's Judgment for a Matter of Law on Damages
- Exhibit 2: Apple's New Trial Motion Regarding the Exclusion of the Microsoft Determination and PTO Proceedings, While the -417 Litigation History Was Admitted[1]
- Exhibit 3: Apple's Opposition to VirnetX's Motion for Prejudgment Interest
- Exhibit 4: Apple's Opposition to VirnetX's Motion for Costs

---

[1] At the December 17, 2020 hearing, the Court inquired about whether the version of PDX-1.36 in Exhibit 2 to this submission had been modified before it was displayed to the jury during opening statements. Before opening statements, the Court requested that VirnetX "to change 'previously determined' and the 'agreed infringement' headings to be consistent. Trial Tr. at 275:15-23; *id.* at 279:11-12 ("Let's use agreed infringement"). Apple believes the slide was modified in accordance with the Court's instructions, but the as-displayed demonstrative was not provided to Apple, so Apple included the as-exchanged slide in its presentation. In addition, the Microsoft determination was discussed at a side bar during Mr. Bakewell's cross examination at page 1197 of the transcript.

Dated: December 18, 2020          Respectfully submitted,

By: */s/ Leslie M. Schmidt*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
Aaron Resetarits
Aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
nathaniel.delucia@kirkland.com
Ryan Jin
Ryan.Jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael E. Jones, ***Lead Attorney***
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on December 18, 2020. I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this documents, under seal, pursuant to L.R. CV-5(a)(7) on December 18, 2020.

>   */s/ Leslie M. Schmidt*
>   Leslie M. Schmidt

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

>   */s/ Leslie M. Schmidt*
>   Leslie M. Schmidt