# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., *et al.*, | § |
| | § |
| Plaintiffs, | § CIVIL ACTION NO. 6:12-CV-00855-RWS |
| | § |
| v. | § |
| | § |
| APPLE INC., | § |
| | § |
| Defendant. | § |

## ORDER

On this date, the Court entered its Order on the pending post-trial motions under seal. To maintain the general public interest in the disclosure of court records, the Court plans to file an unsealed version no later than **January 15, 2021**. Following a meet and confer, the parties may file a joint sealed motion to redact limited portions of the order no later than **January 13, 2021**. The parties shall request as few redactions as possible and provide "sufficiently compelling reasons that override the public policies favoring disclosure." *See S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *Apple Inc. v. Samsung Elecs. Co*, 727 F.3d 1214, 1221 (Fed. Cir. 2013). The parties shall attach to their motion the Court's post-trial Order with proposed redactions.

**So ORDERED and SIGNED this 6th day of January, 2021.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE