**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VIRNETX INC., *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> APPLE INC., § <br> § <br> Defendant. § | CIVIL ACTION NO.  6:12-CV-00855-RWS |

## ORDER

On this date, the Court entered its memorandum opinion and order denying Defendant Apple Inc.'s Omnibus Motion for Judgment as a Matter of Law under Rule 50(b) and for a New Trial (Docket No. 1012) and granting-as-modified VirnetX's Motion for Entry of Judgment and for Equitable and Statutory Relief (Docket No. 1013).

A decision having been duly rendered as to all claims and consistent with the Court's order, the Court hereby enters **FINAL JUDGMENT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 6th day of January, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE