# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., et al.,** | § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **C.A. No. 6:12-cv-00855-RWS** |
| **APPLE INC.,** | § § | |
| **Defendant.** | § § § | **JURY TRIAL DEMANDED** |

## APPLE INC.'S NOTICE REGARDING REDACTIONS

Pursuant to the Court's January 6, 2021 Order (Dkt. 1034), Apple Inc. hereby files this Notice Regarding Redactions. The parties have reviewed the Court's post-trial Order (Dkt. 1033 *SEALED*) ("the Order"), and hereby notify the Court that the parties will not be requesting redactions to the Order.

Dated: January 13, 2021

Respectfully submitted,

*/s/ Leslie Schmidt*
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie Schmidt
leslie.schmidt@kirkland.com
Aaron Resetarits
aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
nathaniel.delucia@kirkland.com
Ryan Jin
ryan.jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022

Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael E. Jones, Lead Attorney
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 13, 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ Leslie Schmidt*
Leslie Schmidt

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Apple and counsel for VirnetX met and conferred pursuant to the Court's January 6, 2021 Order (Dkt. 1034).  VirnetX has informed Apple that they do not intend to request redactions.

*/s/ Leslie Schmidt*
Leslie Schmidt
