# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., *et al.*, § § § Plaintiffs, § § v. § § APPLE INC., § § Defendant. § § § § | CIVIL ACTION NO. 6:12-CV-00855-RWS |

## ORDER

The Court, having considered Defendant Apple's Unopposed Motion to Modify the Accounting Deadline (Docket No. 1038), finds that the motion should be **GRANTED**.

**So ORDERED and SIGNED this 21st day of January, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE