# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and LEIDOS, INC.,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | No. 6:12-cv-00855-RWS |
| **APPLE INC.,** | § § | |
| **Defendant.** | § § § | **JURY TRIAL DEMANDED** |

## APPLE'S UNOPPOSED MOTION TO ENTER STIPULATION AS ORDER

Defendant Apple Inc. ("Apple") moves the Court to enter as an Order the Stipulation on Execution of Judgment Against Apple attached hereto as Exhibit 1. Plaintiffs VirnetX Inc. and Leidos, Inc. do not oppose this Motion.

Dated: January 26, 2021

Respectfully submitted,

*/s/ Jason D. Cassady*

Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Justin T. Nemunaitis
Texas State Bar No. 24065815

*/s/ Joseph A. Loy*

Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
Leslie.schmidt@kirkland.com
Aaron Resetarits
Aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
Nathaniel.delucia@kirkland.com
Ryan Jin
Ryan.jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022

Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Telecopier: (214) 888-4849


Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687


T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
Email: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
Akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Nathan S. Mammen
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Michael E. Jones, *Lead Attorney*
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

/s/ *Donald Urrabazo*
DONALD URRABAZO
Lead Attorney (*Pro Hac Vice*)
California Bar No. 189509
**Urrabazo Law, P.C.**
2029 Century Park East, Ste. 400
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088
Email: durrabazo@ulawpc.com

ANDY TINDEL
Texas State Bar No. 20054500
**MT2 LAW GROUP**
**MANN | TINDEL | THOMPSON**
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS PLAINTIFF LEIDOS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 26, 2021, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Joseph A. Loy*