# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and LEIDOS, INC.,** § § § | | |
| **Plaintiffs,** § § | | |
| § | No. 6:10-cv-00855-RWS | |
| v. § § | | |
| **APPLE INC.,** § § | **JURY TRIAL DEMANDED** | |
| **Defendant.** § § § | | |

## STIPULATED ORDER ON EXECUTION OF JUDGMENT AGAINST APPLE INC.

The parties have agreed as follows:

A. Apple will not be required to post bond or other security pending appeal. Plaintiffs have agreed to accept the verification of Exhibit A to this Stipulated Order as sufficient evidence of Apple's present ability to satisfy the Judgment in this matter entered on January 6, 2021 ("Judgment in this matter" or "Judgment").

B. Apple further agrees (i) to provide updated verifications, in the form of Exhibit B hereto, to Plaintiffs on a quarterly basis, confirming Apple's continuing ability to satisfy the Judgment in this matter and (ii) to report to Plaintiffs, in the form of Exhibit C hereto, within seven days of the Company's determination that its ability to satisfy the Judgment in this matter is compromised.

C. Apple agrees that, as provided in Exhibit A, Apple will pay any payments then due under the Judgment within 21 days of the Federal Circuit's mandate issuing from any appeal from the Judgment in this matter, or, if no appeal is taken, within 21 days of the expiration of the time for initiating such appeal.

D.    In reliance on the certification of Exhibit A and Apple's obligations in paragraphs B and C immediately above, Plaintiffs agree that they will not execute before 21 days after the completion of proceedings as provided in paragraph C.

E.    Any party can move the Court for modification, failing agreement between the parties on such modification, under any circumstances which that party deems sufficient to justify modification.

**Signed and agreed as to form and content:**

DATED:  January 26, 2021

/s/ Joseph A. Loy
Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LP
555 California Street
San Francisco, California 94104

Michael E. Jones, **Lead Attorney**
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702

3

Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR PLAINTIFF APPLE INC.**