# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and LEIDOS, INC.,** | § § § | |
| **Plaintiffs,** | § § § | **No. 6:12-cv-00855-RWS** |
| v. | § § | |
| **APPLE INC.,** | § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § § | |

## **CERTIFICATION**

I, _____, _____ of Apple Inc. ("the Company"), do hereby certify as follows:

The Company has the continuing financial wherewithal to satisfy the Judgment due to Plaintiffs (including all pre-judgment and post-judgment interest) in the case currently captioned *VirnetX Inc. et al. v. Apple Inc.*, Eastern District of Texas, Civil Action No. 6:12-cv-00855-RWS.

I declare under penalty of perjury that the foregoing is true and correct. Executed this \_\_\_\_ day of _____, 2021, at Cupertino, California.

_____