# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **VIRNETX INC., and** <br> **LEIDOS, INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **APPLE INC.,** <br><br> **Defendant.** | § § § § § § § § § § § § | **No. 6:12-cv-00855-RWS** <br><br><br> **JURY TRIAL DEMANDED** |

## **CERTIFICATION**

I, _____, _____ of Apple Inc. ("the Company"), do hereby certify as follows:

The Company does not have the financial wherewithal to satisfy the Judgment due to Plaintiffs (including all pre-judgment and post-judgment interest) in the case currently captioned *VirnetX Inc. et al. v. Apple Inc.*, Eastern District of Texas, Civil Action No. 6:12-cv-00855-RWS.

I declare under penalty of perjury that the foregoing is true and correct. Executed this \_\_\_\_ day of _____, 2021, at Cupertino, California.

_____