**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC., and** | § | |
| **LEIDOS, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **No. 6:12-cv-00855-RWS** |
| **v.** | § | |
| | § | |
| **APPLE INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |

**ORDER**

The Court, having considered Defendant Apple Inc.'s Unopposed Motion To Enter Stipulation As Order and has determined that Apple Inc.'s Motion should be granted.

**IT IS, THEREFORE, HEREBY ORDERED that Defendant Apple Inc.'s Motion is GRANTED.**