# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., LEIDOS, INC., | § |
| | § |
| Plaintiffs, | § CIVIL ACTION NO. 6:12-CV-00855-RWS |
| | § |
| v. | § |
| | § |
| APPLE INC.; | § |
| | § |
| Defendant. | § |

## ORDER

The Court, having considered Defendant Apple Inc.'s Unopposed Motion to Enter Stipulation as Order (Docket No. 1041), has determined that Apple Inc.'s Motion should be granted. It is hereby

**ORDERED** that Defendant Apple Inc.'s Motion is **GRANTED**.

The Clerk of the Court is directed to enter the Stipulated Order on Execution of Judgment Against Apple Inc. (Docket No. 1041-1) including its corresponding exhibits (Docket Nos. 1041-2, 1041-3 and 1041-4).

**SIGNED this 27th day of January, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE