**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **VIRNETX INC. AND** | § | |
| **LEIDOS, INC.,** | § | |
| | § | **Civil Action No. 6:12-cv-855-RWS** |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **APPLE INC.** | § | |
| | § | |
| **Defendant**. | § | |

## DEFENDANT APPLE INC.'S NOTICE OF APPEAL

NOTICE IS GIVEN that Defendant Apple Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on January 6, 2021 (Dkt. 1035) and from any and all orders, rulings, findings, and conclusions underlying and relating to that judgment, including but not limited to the January 6, 2021 Order on the parties' post-trial motions (Dkt. 1033); the Jury Verdict (Dkt. 978); the Final Jury Instructions (Dkt. 976 and as read during trial); the Court's evidentiary rulings during trial; and the Court's pre-trial evidentiary rulings and *Daubert* rulings (Dkts. 362, 937, 938).

Dated: February 4, 2021

Respectfully submitted,

*/s/ Leslie M. Schmidt*

Gregory S. Arovas
greg.arovas@kirkland.com
Robert A. Appleby
robert.appleby@kirkland.com
Jeanne M. Heffernan
jeanne.heffernan@kirkland.com
Joseph A. Loy
joseph.loy@kirkland.com
Leslie M. Schmidt
leslie.schmidt@kirkland.com
Aaron D. Resetarits
aaron.resetarits@kirkland.com
Nathaniel L. DeLucia
nathaniel.delucia@kirkland.com
Ryan Jin
ryan.jin@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Akshay S. Deoras
akshay.deoras@kirkland.com
**KIRKLAND & ELLIS LP**
555 California Street
San Francisco, California 94104

Michael E. Jones
Texas Bar No. 10969400
mikejones@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 4, 2021.

*/s/ Leslie M. Schmidt*