# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| VIRNETX INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 6:12-cv-00855-RWS |
| APPLE INC., | § § § | |
| Defendant. | § § § § | JURY TRIAL DEMANDED |

## APPLE INC.'S NOTICE REGARDING QUARTERLY ACCOUNTING

Pursuant to the Court's January 6, 2021 Order ("the Order"), Apple Inc. has been providing an accounting of accused units on a quarterly basis. *See* Dkt. 1037 at 16.

The two patents that were the subject of the Order have now expired: U.S. Patent No. 6,502,135 expired on October 29, 2019, and U.S. Patent No. 7,490,151 expired on January 24, 2022. "[W]hen [a] patent expires, the patentee's prerogatives expire too, and the right to make or use the article, free from all restriction, passes to the public." *Kimble v. Marvel Entm't, LLC*, 576 U.S. 446, 451 (2015); *see also Brulotte v. Thys Co.*, 379 U.S. 29, 30 (1964) ("We conclude that the judgment below must be reversed insofar as it allows royalties to be collected which accrued after the last of the patents incorporated into the machines had expired."). Because both asserted patents are now expired, no further accountings should be required. Apple provided its final accounting to VirnetX on May 12, 2022.

Apple has conferred with VirnetX on this issue, and VirnetX agrees that no further accounting is required by Apple.

<table>
<tr><td>Dated: June 30, 2022</td><td>Respectfully submitted,<br><br>/s/ Michael E. Jones<br>Gregory S. Arovas<br>greg.arovas@kirkland.com<br>Robert A. Appleby<br>robert.appleby@kirkland.com<br>Jeanne M. Heffernan<br>jeanne.heffernan@kirkland.com<br>Joseph A. Loy<br>joseph.loy@kirkland.com<br>Leslie Schmidt<br>leslie.schmidt@kirkland.com<br>Aaron Resetarits<br>aaron.resetarits@kirkland.com<br>Nathaniel L. DeLucia<br>nathaniel.delucia@kirkland.com<br>Ryan Jin<br>ryan.jin@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Akshay S. Deoras<br>akshay.deoras@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael E. Jones, Lead Attorney<br>Texas Bar No. 10969400<br>mikejones@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>**ATTORNEYS FOR APPLE INC.**</td></tr>
</table>

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 30, 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ Michael E. Jones*